McGREGOR W. SCOTT
United States Attorney
CARL M. FALLER, JR.
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

DEC 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   1: 06 CR 00426 OWW
                                         )   CR. NO.
                Plaintiff,               )   VIOLATIONS: 18 U.S.C. §
                                         )   922(g)(1) - Felon in
        v.                               )   Possession of Firearms;
                                         )   18 U.S.C. § 371 & 641 -
TALAL ALI CHAMMOUT,                      )   Conspiracy to Possess Stolen
                                         )   Government Property
                Defendant.               )
                                         )
                                         )
                                         )
                                         )
_____)

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(g)(1) - Felon in Possession of
           Firearms]

The Grand Jury charges: T H A T

TALAL ALI CHAMMOUT,

defendant herein, on or about December 7, 2006 in the County of Tulare, State and Eastern District of California, after having been previously convicted, on or about June 27, 1995, of Assault with Force Likely to Produce Great Bodily Injury, in violation of

1

California Penal Code Section 245(a)(1), in the Superior Court of California, County of Tulare, a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms, including, but not limited to, three (3) AK-47 assault-type rifles, one (1) Tec 9 pistol, and five (5) Beretta pistols, in and affecting commerce, in that all said firearms had been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:        [18 U.S.C. §§ 371 and 641- Conspiracy to Possess Stolen Government Property]

The Grand Jury further charges: T H A T

TALAL ALI CHAMMOUT,

defendant herein, beginning at a time unknown to the Grand Jury, but no later than on or about, June 1, 2004, and continuing to on or about December 7, 2006, in the County of Tulare, State and Eastern District of California, and elsewhere, did combine, conspire and agree with others, both known and unknown to the grand jury, to commit an offense against the United States, that is:

To receive and retain property of the United States, knowing it to have been stolen, with the intent to convert it to his own use and gain, in violation of Title 18, United States Code, Section 641.

OVERT ACTS.

In furtherance of the conspiracy, and to accomplish the object thereof, the defendant, and others, performed the following overt acts, among others, in the Eastern district of California:

///

2

a.  On or about December 10, 2004, the defendant purchased from a Cooperating Witness, acting at the direction and under the control of federal law enforcement officials, two (2) sets of night vision goggles, one (1) small arms protective insert (ceramic trauma plate), two (2) chemical suits, two (2) ballistic vests, one (1) set of lower torso fragmentation armor, and four (4) pair of hot weather combat boots, all of which he believed to have been stolen from the United States Military.

b.  On or about September 23, 2005, the defendant inquired whether a Cooperating Witness, acting at the direction and under the control of federal law enforcement officials, could obtain rocket launchers that had been stolen from the United States military.

c.  On or about March 6, 2006, the defendant requested a Cooperating Witness who was acting at the direction and under the control of federal law enforcement officials, to obtain technical specifications for AT-4 anti-tank weapons and Stinger ground to air missiles which the defendant could then provide to ultimate purchasers of the weapons.

d.  On or about December 7, 2006, the defendant purchased five (5) Beretta pistols from a Cooperating witness who was acting at the direction and under the control of federal law enforcement officials, which he believed to have been stolen from the United States Military.

///

///

///

///

3

All in violation of Title 18, United States Code, Sections 371 and 641.

A TRUE BILL.

/s)

_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By _____
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office

4