## UNITED STATES DISTRICT COURT

*Eastern District of California*
*Criminal Division*



FILED

DEC 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## THE UNITED STATES OF AMERICA

*vs.*

## TALAL ALI CHAMMOUT

## I N D I C T M E N T

**VIOLATION(S):**   **1:  0 6 CR 0 0 4 2 6 OWW**

**18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms; 18
U.S.C. § 371 & 641 - Conspiracy to Possess Stolen
Government Property**

*A true bill,*

_____ / s / _____
*Foreman.*

*Filed in open court this* ____ 21ˢᵗ ____ *day*

*of* _____ Dec _____ , *A.D. 20* 06 __

_____
*Clerk.*

*Bail, $* __ *Remains detained*

_____

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By [ ] COMPLAINT   [ ] INFORMATION   [X] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

### OFFENSE CHARGED

Felon in Possession of Firearms & Conspiracy to Possess Stolen Government Property

___ Petty
___ Minor
___ Misdemeanor
[X] Felony

**DEFENDANT -- U.S. vs.**

TALAL ALI CHAMMOUT

Address { 1: 0 6 CR 0 0 4 2 6 OWW

Birth Date   [X] Male   ___ Alien
             ___ Female   (if applicable)

(Optional unless a juvenile)

Place of Offense
TULARE COUNTY

U.S.C. Citation

18 U.S.C. §§ 922(g)(1), 371 & 641

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI / RANDY RICHARDSON

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Att'y   [ ] Defense   } SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[X] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

1:06mj0309LJO

### DEFENDANT

**IS _NOT_ IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▸

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Released from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction   [ ] Fed'l   [ ] State

6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ___ Yes   If "Yes" give date ___
                           ___ No

DATE OF ARREST ▸   Mo.   Day   Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸   Mo.   Day   Year

Name and Office of Person Furnishing information on

THIS FORM   NORA A. McBRIDE

[X] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y   CARL M. FALLER

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

*PENALTIES:* COUNT 1: 10 years and/or $250,000 fine - COUNT 1: 5 years and/or $250,000 fine; Next Court Date: 12/22/06 (C)

PENALTY SLIP

DEFENDANT:          TALAL ALI CHAMMOUT

VIOLATIONS:         18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms; 18 U.S.C. §§ 371 & 641 -
                    Conspiracy to Possess Stolen Government Property

PENALTIES:          Counts 1: 10 years and/or $250,000
                    Counts 2: 5 years and/or $250,000