AO 442 (Rev. 10/95) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

——oOo——   '06 DEC -8 A11 :54

**UNITED STATES OF AMERICA**

**v.**

**TALAL ALI CHAMMOUT**

FILED

EASTERN DISTRICT
OF CALIFORNIA
FRESNO

JAN  4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER:

1:  06 NJ 00309   UO

1:06-CR-426-oww

YOU ARE HEREBY COMMANDED to arrest

and bring him forthwith to the nearest magistrate to answer a

___ Indictment      ___ Information      _X_ Complaint      ___ Order of court      ___ Violation Notice

charging him with:

Possession of firearms which have been shipped or transported in interstate commerce, after having been convicted of a crime punishable by a term of imprisonment exceeding one year.

in violation of Title 18, United States Code, Section(s) 922(g)

| | |
|---|---|
| LAWRENCE J. O'NEILL | United States Magistrate-Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | December 8, 2006 at Fresno, California |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   $ No Bail   by   LAWRENCE J. O'NEILL

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED _____ | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/8/06 | FBI S/A | |