EXHIBIT A

(SPACE BELOW FOR FILING STAMP ONLY)

ROGER T. NUTTALL #42500
WESLEY E. STUPAR #229868
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
    TALAL ALI CHAMMOUT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TALAL ALI CHAMMOUT,<br><br>　　　　Defendant. | 1:06-mj-00309-LJO<br><br>DECLARATION OF ROGER T. NUTTALL IN SUPPORT OF SETTING OF BAIL<br><br>Date: December 15, 2006<br>Time: 2:00 p.m.<br>Courtroom: 8<br>Magistrate Judge Lawrence J. O'Neill |

I, ROGER T. NUTTALL, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and before the United State District Court, Eastern District of California.

2.    That on December 12, 2006, my office was contacted with reference to the prospect of representing Talal Ali Chammout in the above captioned action.

3.    That pursuant to the prospect of representing Mr. Chammout, I visited with him on two separate occasions in the Fresno County Jail.

4.    I have learned in conversing with Talal Ali Chammout that he has operated the Trucker's Oil Company since 1987. As the sole principal in this ongoing business, he operates as a gasoline jobber wherein he deals with numerous refineries pursuant to the authority of the State and Federal government. As a gasoline jobber, Mr. Chammout's company obtains orders for gasoline from some seventy to one hundred gas stations, truck stops, etc. wherein they obtain loads of product from the refineries and deliver the product to the customers. Mr. Chammout is personally responsible for obtaining orders and dispatching his tankers in orchestrating this overall process. Since he works long days in what is essentially his commitment to be available twenty-four hours a day, seven days a week, he has nobody else to handle this orchestration of pickup and deliveries.

He has been in business for almost twenty years, and he maintains four tankers for these purposes. The gross annual sales from the business is approximately twenty million dollars. In terms of his employees, he employs one vice president, Mike Algonym. Mr. Algonym has a wife and three children. In addition, he employs three HAZMAT certified drivers, and one other person, each of whom have spouses and families. All of these employees and their families are dependant upon the viability of Mr. Chammout's business for their livelihood. Mr. Chammout adamantly maintains that if he is forced to remain in custody, he will not be able to maintain his business operation.

Mr. Chammout does not present to the Court as a flight risk or as a risk of harm to anybody. The United States is his home,

2

and he would never consider leaving his home or the business in which he has invested most of his adult life. He has three children ages 11, 9, and 7, who live with their mother in Dearborn, Michigan. Mr. Chammout's entire family lives in the United States. He has five brothers and three sisters. He is a United States citizen, and he presents himself as a good citizen, having become a citizen after arriving in the United States in 1980.

By way of Mr. Chammout's personal history, he left the country of Lebanon in 1973, with his family, at the age of fourteen. His family moved to Liberia (in Africa) where he attended the American Community School. Thereafter, he worked at a United States Air Force base in Liberia. The family then proceeded to immigrate to the United States where his family resided in the city of Dearborn, Michigan. For a while, Mr. Chammout worked for the city of Dearborn in their parks division. Thereafter, with his brother, they bought a convenience store. After learning of the prospect of the sale of a truck stop in California, he did, in 1987, move to Porterville, at which time he began to operate a truck stop in Porterville. The truck stop portion of Mr. Chammout's business ventures was sold in 2003; however, based upon the fact that the buyers/new owners of the truck stop defaulted in terms of their obligations, Mr. Chammout now has taken back the truck stop and is in the process of reconstituting that particular business.

Mr. Chammout related to counsel that on Monday, December 11, a significant amount of money, roughly $260,000.00, was deposited with a refinery in the terms of the ongoing business efforts of

3

the Trucker's Oil Company.  It is, therefore, incumbent upon Mr. Chammout that he be able to follow through with his commitments relative to delivery, further payments, etc.

Counsel has also learned that members of Mr. Chammout's family shall be present at the detention hearing to be conducted in this matter.  These family members should be able to present to the Court an indication that there exists sufficient equity in property to support a release on an adequate and reasonable property bond.  In this regard, it is respectfully submitted that this particular gentleman presents himself as a solid individual who, pending a resolution of the instant charges, is indeed a suitable subject for release on a reasonable and adequate property bond.

Upon information and belief, as presented to counsel by Talah Ali Chammout, counsel declares under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2006

By: _____
ROGER T. NUTTALL

4

out of Stanislaus County.

A narcotic tip led detectives to a Terra Bella address at about 1:30 p.m. to check on a murder suspect that was said to have been at the undisclosed location, said Lt. Keith Douglass of the Tulare County Sheriff's Department.

The man was wanted for a Nov. 22 slaying in Turlock.

Information obtained at the site led the officer to a south Lindsay home. While in the process of investigating the lead, a 911 call was received from the Tulare County Sheriff's Department dispatch. A vehicle had been carjacked at gunpoint,

again by Lindsay and Sheriff's Department units.

The suspect drove down Tulare Avenue to Road 224 and then turned along the western bank of the Friant-Kern Canal and crossed over the canal on a small bridge.

"The chase ended with the suspect stuck in mud, just north on the foothills," Douglass said. "The ground is quite moist, the cruiser is heavy enough to get stuck."

Bob McDonald was visiting his brother, Tom McDonald, at a residence on Road 224 at the time.

"He came through here," said Bob McDonald,

Please see SHOOTING, PAGE 9A

California Highway Patrol cruisers arrive at the scene as an ambulance and fire personnel stand by Thursday along East Tulare Road.

# Businessman in running for national tax-cutting honor

**Award:** Winners will be posted in March.

By ESTHER AVILA
THE PORTERVILLE RECORDER

A Porterville man has been nominated for the "2003 Businessman of the Year" award by the Business Advisory Council and the National Republican Congressional Committee.

The list recognizes the top 12 U.S. business leaders who have successfully integrated business and financial success with the support of Republican issues like tax cuts and decreased government regulation.

The NRCC is a political committee devoted to increasing the Republican majority in the U.S. House of Representatives.



RECORDER PHOTO BY CHIEKO HARA
Talal Chammout reviews some paperwork Thursday at his office.

Talal Chammout, owner of Truckers Oil Company in Porterville, has been working with the committee since 2000.

"It was quite a surprise, after only three years in business," Chammout said. "I knew

Please see AWARD, PAGE 9A

# Girl Scouts kick off cookie sale season

**Funds:** Annual activity crucial to scout's efforts.

By ROGER PHELPS
THE PORTERVILLE RECORDER

It's a big annual event in Girl Scouting, one that can make a difference over the course of a year.

So 12 local troops of scouts gathered Thursday in Porterville to prepare for the 2004 sale of Girl Scout Cookies.

"There are probably 60 to 80 scouts," said Christine Henry, troop leader of Girl Scout Troop 686 of Springville, speaking of a gathering at Los Robles Elementary School.

Troops from Lindsay, Porterville and Springville sent their members to the 2004 Cookie Carnival. The idea is to have fun, get some tips on selling and become familiar, by tasting,

with the product.

"We start with games, then go into selling safety," Henry said. "Sell with an older scout or sibling — if a car pulls up and says, 'I want to buy some,' don't go into the car."

In recent years, Girl Scout cookie-sale booths have become familiar sights at supermarkets. Cookie sales frequently raise the lion's share of money troops need to operate during the year.

It's somewhat competitive.

"Probably more than 100 (scouts are selling in the local area)," said Ashley Bennett, 11, of Troop 217 in Porterville. "But I sort of live out of town. There are no Girl Scouts out there."

And if you don't break 300 boxes sold, you feel, well, uncompetitive.

"I don't know if our troop will

Please see COOKIES, PAGE 9A

Case 1:06-cr-00426-LJO  Document 13-1  Filed 01/08/07  Page 6 of 14

terville's incorporat- ... been three Hispanic ... Gilbert Ynigues, Vir- ...artinez.

s first Hispanic coun- ...

ty's largest cities and

said the answer is simple.

"It is important we build bridges," Arambula told the crowd assembled at the Elk's Lodge. "But we must remain faithful to those that got us here.

"But do so in a way that creates unity," he said.

"Where we can be proud of who we are, where we come from, and we won't have to water ourselves down for the sake of getting into office."

▶ Contact Aaron Burgin at 784-5000, Ext. 1046, or aburgin@portervillerecorder.com

...would buy me out and move my business to the county in a heartbeat," he said as he returned to his seat in the audience.

Mayor Pro-tem Cameron Hamilton and Councilman Ron Irish, who cast dissenting votes for both projects, said they

"We need to come up with a idea of what we want to do Hamilton said. "Do we want have a lot of shorter towers, lik in Los Angeles, or a few ta ones.

"I think the most importan thing is appearance of the tow er," Hamilton said.

---

# 'fing dog · bitting ine bag

TED PRESS

, — Basko took a it cost him his life. g-sniffing German after he bit into a n annual certifica- le County, accord- with the Redondo nt.

lly completed the artner's car for the a seizure.

Ken Greenleaf, rby animal clinic, fore he could be

the Police Depart- ping to apprehend wanted for mur- recovery of nar-

as pending.

---

# ELIUM: Friends of the fallen deputy find him difficult to forget

Continued from Page 1A

neighbor a few days ago in order to raise funds for Deputy Elium's three children.

"We decided to reach out to kids because of holidays coming up," Chammout said. "Every (Masjd) member was happy to contribute what they could — many are mini-mart and store owners.

"They're very thankful I could count on them and that's the least you can do for a friend."

Chammout said he first got to know Elium when Elium worked at the mini-mart in the mid-90s.

Since then, Chammout said, Elium would stop by and visit.

"He kept coming back; he kept his friendship" with us, Chammout said. "He was a grateful guy."

Deputy Elium died Oct. 7 after he hit a tree while on patrol on Main Street, just north of Porterville.

Elium, Sheriff's Department officials said, was responding, along with his ride-a-long, Chaplain Lee Sorenson, to a high-risk traffic stop.

Sorenson survived the crash.

According to Chammout, he and a friend were right behind Elium when the deputy crashed.

Elium had just visited with him about 90 minute before the accident.

"It's tough," Chammout said, remembering the tragic night.

"Kevin was a good friend of mine, a great friend and wonderful guy, and someone we really miss a lot."

Chammout said he'll continue to do his best to reach out for Elium's family.

"As a community we must live together as one," Chammout said. "We live together and we must be generous with each other."

▶ Contact Kara D. Machado at 784-5000, Ext. 1043, or kmachado@portervillerecorder.com

---

# HYBRID: Each car costs $27,00

Continued from Page 1A

the arrangements to purchase the cars from the state Department of General Services vehicle stockpile, Rodriguez said.

A Congestion Mitigation and Air Quality grant will pay for the new vehicles, which each cost $27,000, officials said.

CMAQ grants are awarded to cities in order to promote improved air quality standards.

The city has tapped its CMAQ well several times in the past, with projects ranging from infrastructure improvements soon to begin on Newcomb Street south of Morton Avenue, and traffic signals at the Mathew Street-Olive Avenue and Newcomb and Westfield Avenue intersections, Rodriguez said.

"I think it shows the citizenry that their local government is a leader in understanding that we're concerned about the environment," Longley said. "We hope that we can set a positive example for the community to follow."

Porterville joins a host of Valley cities who have turned in their gas-guzzlers for hybrids in an effort to curb the effects of soaring gasoline prices.

Visalia announced two weeks ago that it would add five new hybrid vehicles to its stockpile, in addition to the Honda Civic hybrid that City Manager Steve Salomon drives, according to published reports.

Nationwide, motorists are turning toward the hybrids in greater numbers since the sharp upturn in fuel prices dating back to last year. The hybrid market has ballooned by 960 percent since 2000, according to an April 2005 published report.

Gas prices in California dipped to $2.74 for regular unleaded grade gasoline after peaking at $3.08 in the wake of Hurricane Katrina in late August.

The price for gasoline, however, is 37 cents higher than at this point one year ago.

"We get the best of both worlds with the hybrids," Longley said. "We can save some money, and play our role in promoting clean air.

"It's a win-win as far as the city is concerned," he said.

Case 1:06-cr-00426-LJO Document 13-1 Filed 01/08/07 Page 7 of 14



## Don R. Dowling
### 1238 Linda Vista
### Porterville, CA. 93257
Phone 559-781-7759, Cell 559-920-2659, Fax 559-782-9466
e-mail dondowling@clearwire.net

To whom it may concern:

I have known Ted Chamut for the past ten or more years.  Ted has always been a very friendly and nice individual.  During the years I have known Ted he has assisted the veterans of Porterville in many ways.  He has catered food for parties at half price and in some cases free.  When I brought an M-60 tank to Porterville as a war memorial Ted paid for the ground transportation to bring it from Paso Robles CA. To Porterville ($2000.00). Ted has always told me "this is my country now and this is my town, we must all work together to enjoy what we have".  I have seen Ted provide food and gas to those who were on bad times.  I know that Ted is a good man and hw would help anyone.  Ted has flown the American Flag at his business for more than ten years and I have provided him with the flags at his request. I find it hard to believe that Ted Chamut is involved in anything more than gun collecting.

12/15/06

Don R. Dowling
US Army Ret

Matthew P. McCracken
1621 W. Westfield Ave. Porterville, CA 93257
(559) 350-5217 mpmccracken@charter.net

December 14, 2006

To Whom It May Concern:

I am writing to offer a few words about my experience concerning the character of Talal (Ted) Chammout.

I was very upset and confused to hear of Talal's arrest. The circumstances described in the news media are difficult to reconcile with my experience with Talal.

I first met Talal in 1998 when I began doing business with Truckers Mini-Mart. I later had the pleasure of doing a significant amount of work for Talal in 2004 and 2005.

In my experience, Talal has always been a loyal, kind, generous, and respectful man. I know him to be a loving and devoted father to his children. I have seen him go to great lengths to help others. I saw him routinely donate money to local charities, churches, athletes, schools, and sports programs. He treated his employees like family and was quick to help them in times of need with his time, money, and resources.

I have seen Talal loan money to people whom he had no reasonable expectation to expect repayment from. I have seen him buy things he did not need from people who were down on their luck, just so he could help them while allowing them to retain their dignity. When a long time customer and friend began to lose his eyesight, Talal would not accept the diagnosis from local doctors. He tenaciously sought out eye surgeons who were able to restore a substantial degree of sight.

In my experience, Talal Chammout is a good man.

Most Sincerely,

Matthew P. McCracken

I have known Talal "Ted" Chammout, since 1997. I have been a Deputy Sheriff in Tulare County for almost ten years and I have been a Peace Officer in California since 1991. My dealings with Talal were first as Ted being victimized as a local businessman, by local criminals.

Though the years, I grew to know Ted as a very kind and caring man. He was always concerned for family welfare. Not just my family, but many people that would come to his store, were asked how they were and how their family was. Ted seemed genuinely concerned with the welfare of the people in the community.

In 2003 my wife became very ill. She was unable to work and was almost completely disabled. Ted offered weekly to help out, in any way that he could. Although we were able to manage on our own. The thought of someone who I had really known for a relatively short period of time, offering, consistently to help us was very uplifting. It showed to me that the concern that Ted displayed was genuine and not contrived.

On October seventh of 2005, a very good friend of mine Deputy Kevin Elium, was killed on duty in a vehicle collision. Ted went out of his way to help Kevin's family, even Kevin's ex-wife. Kevin was survived by his two children and during this very tough emotional time, Ted took it upon himself to generate donations for Kevin's children's college fund. I do not know the amount of this donation, but I am sure Ted gave as much as he could.

This gesture was unsolicited and unpublicized to my knowledge. As far as I know, there are but a handful of people to this date that are aware of Ted's generosity.

Although I have known Ted for approximately ten years, I am sure that I have only seen a small portion of his generosity to this community. Ted does not brag about what he gives but I know him to be a generous and caring man.

Recently I was in financial trouble, due to a disability. Even though Ted was not financially stable at the time, but still he offered to help me and my family out. Although money was also tight for him, he was generous enough to offer to help out.

The bond between Peace Officers is almost one of a kind. I have seen the same "brotherhood" attitude displayed from Ted, when it comes to his friends and his community.

Tim Satterfield

12-13-06

EXHIBIT B

THE LAW OFFICES OF

## STEVEN A. SILVER

83 E. HARRISON AVENUE
PORTERVILLE, CALIFORNIA 93257-3700

January 5, 2007

E-MAIL: SILVER@SILVERLEGAL.COM
WEB: WWW.SILVERLEGAL.COM

TEL (559) 788-2906
FAX (559) 788-2909

To Whom It May Concern:

I am writing to give the Court and others concerned my thoughts regarding the character of Talal "Ted" Chammout, who is facing federal charges. I have known Ted since I moved my practice to Tulare County in 1999. He was one of my first clients here, and over the last eight years I have handled approximately 10 matters for him, all civil.

I have seen Ted repeatedly make gifts, interest-free loans or extend credit to those in need. In fact, on at least one occasion, Ted hired a woman who was down on her luck to clean up his mini-mart – even though the place was already clean. He did so simply to help her out, yet let her maintain some dignity.

Ted is also well known in the Porterville community for his generous assistance to those in need or other worthy causes. For example, he has sponsored numerous people who have been enrolled in the drug court program, and he spent his own money to help the local American Legion post move a tank onto their premises. He also makes generous donations to many nonprofit organizations such as Ducks Unlimited. As another example, I arranged for a church softball team to use the batting cages at Ted's business facility. He not only opened up the cages for us all afternoon, he did so at no charge.

I can also state unequivocally that he is not a threat to the community. During the eight years I have known Ted, I have never known him to be violent or threaten violence against anyone, nor has even raised his voice or become angry, and I have represented him in some very emotionally charged matters. He has also scrupulously avoided running afoul of the restrictions placed on him due to his 12-year-old felony conviction. For example, I invited Ted to go hunting with me a few years back. He politely refused, reminding me that as a convicted felon he could not possess firearms.

Based on my personal knowledge, I believe Ted is both honest and honorable. I trust him completely and believe he is neither a threat to the community nor a flight risk.

Sincerely yours,

Steven A. Silver

C:\Legal\casefile\133-Chammout\10-US\USDC.010507

THE LAW OFFICES OF

# STEVEN A. SILVER

83 E. HARRISON AVENUE
PORTERVILLE, CA 93257-3700
TELEPHONE: 559/788-2906
TELEFAX: 559/788-2909

## FAX TRANSMISSION SHEET

DATE:          January 5, 2007      FILE NO.: 133-10

PLEASE DELIVER TO:    Roger Nuttall, Esq.

FAX NUMBER:      (559) 485-3852

FROM:        Steven A. Silver, Esq.

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:        2

MESSAGE:

THIS FAX IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX TO US AT THE ABOVE ADDRESS BY U.S. MAIL.  THANK YOU.

