EXHIBIT C

03443535 SEP 2 4 2004

Li-41391        Pa-1065
204506607     9/24/2004
Bernard J. Younsblood
Wayne Co. Register of Deeds

## QUIT CLAIM DEED

The Grantor(s): TALAL CHAMMOUT, a Married Man & FERIAL CHAMMOUT, His Wife
24428 MICHIGAN AVE.
DEARBORN, MI 48126

Quit Claim(s) to:  NASSER CHAMMOUT, a Married Man
7251 LITTLEFIELD
DEARBORN, MI 48126

The premises situated in the City of Dearborn, County of Wayne, State of Michigan, legally described as follows, to wit:
Lots 1, 2,3, and 4, SCHANHITE MORRISON GARDENS SUBDIVISION, as recorded in Liber 37, Page 28 of Plats, Wayne County Records.
TAX ID#:
COMMONLY KNOWN AS: 13033 & 13041 W. WARREN

For the sum of: EXEMPT PER MSA 7.456 (26)(6)(a)

Subject to easements, building and use restrictions of record, if any.

$1.00 COPY 660
Receipt #279459
                    RECORDED
BERNARD J. YOUNGBLOOD, REGISTER OF DEED
            WAYNE COUNTY, MI

$6.00 REMONUMENTATION

$9.00 DEED

Signed in the presence of:                    Signed by:

WITNESS: _Salah H. Hazimi_                    _Talal Chammout_
                                              TALAL CHAMMOUT

                                              _Ferial Chammout_
                                              FERIAL CHAMMOUT

STATE OF MICHIGAN)
                 )SS
COUNTY OF WAYNE  )

The foregoing instrument was acknowledged before me the subscriber, a Notary Public, in and for said County, on this /*7th  day of June        , 2004, by:
TALAL CHAMMOUT & FERIAL CHAMMOUT

_____            SALAH H. HAZIMI
NOTARY PUBLIC              NOTARY PUBLIC - WAYNE COUNTY, MI
WAYNE COUNTY, MICHIGAN       MY COMMISSION EXP. 10-09-2005
MY COMMISSION EXPIRES:

DRAFTED BY:                              RETURN TO:
SALAMEY & ASSOCIATES, P.C.
14650 W. WARREN
DEARBORN, MI 48126-2105

Tax ID#:                          State Transfer Tax      $Exempt
                                  County Transfer Tax     $Exempt
                                  Total Tax               $_____
                                  EXEMPT PER MSA 7.456 (26) (6) (a)
                                  Recording Fee           $_____

NO REVENUE ATTACHED

.03443535 SEP 2 4 2004

RETURN TO: CHAMMOUT
NASSER-CHAMMOUT
7251 LiTTLEFIELD -
DEARDRON MI 48126

Li-41391      Pa-1064
204506606    9/24/2004
Bernard J. Youngblood
Wayne Co. Resister of Deeds

## ASSIGNMENT OF PURCHASER'S INTEREST IN LAND CONTRACT

For a valuable consideration, receipt and adequacy of which is acknowledged, the undersigned hereby:

TALAL CHAMMOUT, a Married Man & FERIAL CHAMMOUT, His Wife
24428 MICHIGAN AVE.
DEARBORN, MI  48126

$9.00 DEED
Receipt #279459
          RECORDED
BERNARD J. YOUNGBLOOD, REGISTER OF DEED
          WAYNE COUNTY, MI

Hereinafter the "ASSIGNOR",

Hereby sells, conveys, sets over, quit claims and assigns to;

$6.00 REMONUMENTATION

NASSER CHAMMOUT, a Married Man
7251 LITTLEFIELD
DEARBORN, MI  48126

$1.00 COPY 660

All of his remaining interest in the land and property situated in the City of Dearborn, Wayne County, Michigan, legally described as follows, to wit;
Lots 1, 2, 3, and 4, SCHANHITE MORRISON GARDENS SUBDIVISION, as recorded in Liber 37, Page 28 of Plats, Wayne County Records.

More Commonly Known As: 13033 & 13041 W. WARREN

And conveys and warrants to said assignee the interest above described, subject to any restrictions upon the use of same and any balances owing upon same.

The Assignee hereby accepts, assumes and agrees to pay any sums due in full owed on any contracts pertinent to the conveyed properties.

SIGNED IN THE PRESENCE OF:

ASSIGNED BY:

WITNESS: SALAH H. HAZIMI

TALAL CHAMMOUT, Assignor

FERIAL CHAMMOUT

DRAFTED BY
SALMEY & ASSCIATES-
6053 CHASE
DEARBRON MI 48126.

ACCEPTED & ASSUMED:

BY:

NASSER CHAMMOUT, Assignee

STATE OF MICHIGAN)
                 )SS
COUNTY OF WAYNE )

This instrument was acknowledged before me, a Notary Public, in and for said county, on this the 10TH day of _JUNE_, 2004, by:

TALAL CHAMMOUT & FERIAL CHAMMOUT

This is to certify that there are no tax liens or titles on this property and that taxes are paid for FIVE YEARS previous to date of this instrument EXCEPT _____
No. 7743 _____ Date 09-22-04
WAYNE COUNTY TREASURER  Clerk M. Dobson

Notary Public
Wayne County, Michigan
My Commission Expires:

SALAH H. HAZIMI
NOTARY PUBLIC - WAYNE COUNTY, MI
MY COMMISSION EXP. 10-09-2005    DEED'S    8.00

32·10·081·05·001·00   (13041)
32·10·081·05·029·00   (13033)

R ALC 9 6R TPG S



Comerica Bank

MC 8158
13335 W. Warren
Dearborn, MI 48126

Comerica Bank
411 West Lafayette
Detroit, MI 48226

May 12, 2006

Nasser and Aaeda Chammout
7521 Littlefield Boulevard
Dearborn, Michigan   48126-1668

Dear Mr. and Mrs. Chammout:

I would like to take this opportunity to inform you that Comerica Bank has approved your loan request. The terms and conditions are listed below:

**Commercial Real Estate**

| | |
|---|---|
| **Borrower:** | Nasser A Chammout and Aaeda Chammout, as individuals. |
| **Amount:** | Four Hundred Thousand Dollars ($400,000.00). |
| **Interest Rate:** | The interest rate may either be a variable interest rate or a fixed interest rate. |

The variable interest rate will be calculated on three quarters percent (3/4%) above the announced prime interest rate of the Bank.  The Bank's prime rate is that annual rate of interest so designated by the Bank, and which is changed by the Bank from time to time. Adjustments in the interest rate formula will be made as and when the Bank's prime rate changes.  If your loan closed today, the variable rate would be 8.75%.

The fixed interest rate will be quoted by the Bank and accepted by the Borrower, with the final rate to be determined at the time of closing.  If your loan closed today, the fixed interest rate would be 9%.

| | |
|---|---|
| **Fees:** | $2,000 non refundable, commitment fee, due upon acceptance of these terms. |
| **Security:** | First priority lien on Commercial Real Estate Non Owner Occupied located at 13041 - 13033 West Warren, Dearborn, Michigan.  First priority lien on all furniture and fixtures at the site. |
| **Compensating Balance Requirement:** | The Borrower agrees to maintain an aggregate demand balance of not less than $30,000. |
| **Payment:** | Monthly principal plus interest payment shall be required in the amount of approximately $4,100. |
| **Expiration:** | Five years, with payments amortizing over 20 years. |
| **Delivery of Financial Information:** | |

Periodically as described below, so long as the bank has not demanded payment, you will provide us with the following information:
- Annual tax returns for each of the Borrowers to be received within 90 days of the Borrower's fiscal year end.
- Annual rent roll to be received within 90 days of the Borrower's fiscal year end.
- Updated personal financial statement for each Borrowers to be received within 90 days of

Comerica Bank

MC 8158
13335 W. Warren
Dearborn, MI 48126

the Borrower's year end.

**Subject To:**

- Receipt and satisfactory review by Comerica Bank of an appraisal on the real estate securing this loan. Comerica Bank must order the appraisal. The minimum appraised value will need to be $533,300 or greater which will provide a maximum 75% loan to value based on the appraised value of the property.
- Receipt and satisfactory review by Comerica Bank of an environmental questionnaire, to be completed by you and an environmental assessment to be ordered by Comerica Bank.
- Receipt and satisfactory review by Comerica Bank of a title insurance policy without exceptions, to be ordered by Comerica Bank on the real estate securing this loan.
- Receipt of a current personal financial statement of the Borrowers.
- The loan will be set up on a "draw to" basis during the construction for not greater than 12 months; after construction completion, the balance will be termed out over a 20 year amortization.

Your written acceptance must be received by the bank by 5/23/2006. Further, the loans will need to close by 6/30/2006 or this loan approval will expire in its entirety, unless renewed in writing by the Bank. If these terms and conditions are acceptable to you, please sign this letter and return it to the Bank along with a check in the amount of the fees outlined above.

As a condition to funding this credit facility, the Bank must be provided with all documents and information required in form and substance satisfactory to the Bank.

A further condition of advancing under this credit facility is Comerica Bank's continued satisfaction with the borrower's financial condition, operations, and economic environment which may be reviewed by Comerica Bank at any time.

We hope you view this Loan approval favorably. Comerica Bank prides itself as a full service bank. We offer a variety of corporate and small business lending, trust and cash management services that can be tailored to your business needs. We also provide unique financial services for your individual needs. Please contact me at (313) 359-9718 with any questions or comments you may have.

Sincerely,

Patricia L Alexander
Vice President

cc: Warren-Calhoun
pla

**ACKNOWLEDGED AND AGREED**

_____  Enclosed is my check made payable to Comerica Bank for the fees described in this approval letter.
_____  Please automatically deduct the fee listed above from my Comerica Bank account number
_____.

**Nasser A Chammout and Aaeda Chammout**

| | |
|---|---|
| Nassar Chammout | Aaeda Chammout |
| Social Security Number | Social Security Number |
| 5/19/06 | 5/19/06 |
| Date | Date |