EXHIBIT D



RECEIVED
JUL 05 2006
COMMERCIAL REAL ESTATE APPRAISAL

# A COMPLETE APPRAISAL
# IN A SUMMARY REPORT

**A proposed 5,072 SF free standing retail building
on a site containing 12,000 SF
13033 and 13041 W. Warren, Dearborn, MI
CREA Number: MI-2006-PLA-612**

# Complete Appraisal in a Summary Report

A proposed 5,072 SF retail/office center located in Dearborn, Michigan
CREA Number: MI-2006-PLA-612

Date of Report:                     June 30, 2006

Effective Date of Value:            June 13, 2006

Prepared by:                        Kenneth R. Siegle, MAI
                                    Managing Member
                                    Siegle & Associates, LLC
                                    43455 Schoenherr, Suite 5
                                    Sterling Heights, MI 48313

Client:                             Nikkia M. Tisaby
                                    Comerica Reviewer
                                    Comerica Bank
                                    MC 3203
                                    500 Woodward Avenue 4th Floor
                                    Detroit, MI 48275

# Siegle & Associates, LLC

Real Estate Appraisers
Consultants
Appraisal Reviewers

43455 Schoenherr, Suite 5
Sterling Heights, MI 48313
Phone:  (586) 997-3308
Fax:     (586) 997-3338
Cell:    (586) 344-9747

Kenneth R. Siegle, MAI

June 30, 2006

Nikkia M. Tisaby
Comerica Reviewer
Comerica Bank
MC 3203
500 Woodward Avenue 4th Floor
Detroit, MI 48275

Re:    A proposed 5,072 SF free standing, two-story retail/office building located at
       13033 and 13041 W. Warren, Dearborn; CREA Number: MI-2006-PLA-612

Dear Nikkia:

The attached report is a complete appraisal in a summary report for a proposed 5,072 SF
free standing two-story retail/office building situated on a site containing 12,000 SF.
Presently, the site contains two retail buildings that will be demolished. These buildings
total 2,068 SF.

The leased fee interest in the property is appraised – both as is and when complete.

The report has been prepared in accordance with the Standards Rule 2-2(b) of the current
edition of the Uniform Standards of Professional Appraisal Practice (USPAP).

The appraisal complies with **Comerica Bank's** minimum appraisal guidelines, Standard
Rule 2-2 (b) of the Uniform Standards of Professional Appraisal Practice (USPAP) and
Title XI of the Federal Financial Institutions Reform, Recovery, and Enforcement Act of
1989 (FIRREA). The report also complies with the guidelines that are set forth under the
Comptroller of the Currency's (OCC) Standards of 12CFR, Part 34.

In Michigan, appraisers are required to be licensed and are regulated by the Michigan
Department of Consumer and Industry Services, Licensing Division, P.O. Box 30018,
Lansing, Michigan 48909. Kenneth R. Siegle, MAI is licensed in the state of Michigan
as a Certified General Real Estate Appraiser.

The attached report contains an addendum that includes supporting documentation that typically includes copies of deeds, demographic reports, zoning ordinance information and other miscellaneous information.

I, Kenneth R. Siegle, MAI, inspected the subject property on **June 13, 2006**.

Based on my investigation and analysis, my opinion of the "as is" market value for the subject, as of **June 13, 2006**, is **$250,000**.    The prospective market value upon completion is **$1,130,000** with a prospective market value date of **January 1, 2007**. the concluded value for the subject both as is and when complete are subject to the following extraordinary assumptions;

## Extraordinary Assumptions

It is assumed that the subject will be constructed in accordance with plans and specifications provided by the architect as referenced within the report and that the construction will be completed at or within the time frame specified in a workman-like manor. It is assumed that the owner has received final site plan approval, as well as all necessary approvals for the commencement of construction. Further, it is assumed that, per verbal representation by the architect, the interior build-out will be completed according to discussions with the appraiser (the client is advised that interior suite build out detail in regard to partitioning, wall covering, floor covering, interior doors, etc. were not furnished to the appraiser). It is also assumed that the building will have an elevator, contrary to the plans provided to the appraiser. An elevator is assumed for ADA compliance, as well as leasing appeal/enhancement for the second floor office space.

Further, it is assumed that the existing first floor tenant has agreed to the demolition and reconstruction of a new building on site and that nothing within its lease or subsequently agreed upon would prohibit the cancellation of the existing lease.  The client's legal counsel is hereby advised to obtain and review a copy of this lease, as well as any subsequent documentation supporting the assumption that the cancellation of the lease and agreement to the new lease is legally permissible.

It is further assumed that the leases provided to the appraiser will be dated, signed, and fully enforceable. It is assumed that although the leases contain square footage figures higher than actual measurements per plans and specification that the overall rent levels will remain the same and that these rent levels will not be reduced to reflect the lower square footage calculations per the actual plans.

This letter of transmittal is not an appraisal report, but is attached to the appraisal report, dated **June 30, 2006**.

Should you have any questions, I can be reached at (586) 997-3308, or via e-mail at ksiegle@mirealsource.com.

---

Sincerely,

Kenneth R. Siegle, MAI

*Certified Appraiser License #1201005436*

BASIC APPRAISAL DEFINITIONS

AN APPRAISAL:    An unbiased estimate of the nature, quality, value or utility of an interest in, or aspect of, identified real estate.

MARKET VALUE:    The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeable, and for self-interest, and assuming that neither is under undue duress. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

    a.    buyer and seller are typically motivated;

    b.    both parties are well informed or well advised, and each acting in what they consider their own best interest;

    c.    a reasonable time is allowed for exposure in the open market;

    d.    payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

    e.    the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

HIGHEST AND BEST USE:

The reasonable and probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

---

[1] According to the final rule on Title XI of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) effective September 19, 1990 as defined in 12 CFR Part 323.2.f.

## Table of Contents

SUBJECT PHOTOGRAPHS ........................................................................................................................5

ASSUMPTIONS & LIMITING CONDITIONS.......................................................................................13

SUMMARY OF IMPORTANT FACTS & CONCLUSIONS ...................................................................16

SCOPE OF WORK..................................................................................................................................17

PURPOSE OF THE APPRAISAL, USE, PROPERTY RIGHTS APPRAISED, MARKET VALUE ...........18

EXPOSURE TIME ..................................................................................................................................19

OWNERSHIP HISTORY ........................................................................................................................19

COUNTY AND CITY ANALYSIS..........................................................................................................29

NEIGHBORHOOD ANALYSIS .............................................................................................................39

TAXES & ASSESSMENT ANALYSIS....................................................................................................41

SITE AND BUILDING DATA & ANALYSIS..........................................................................................42

HIGHEST AND BEST USE ANALYSIS ................................................................................................55

SALES COMPARISON APPROACH .....................................................................................................59

INCOME APPROACH.............................................................................................................................91

LAND VALUE ......................................................................................................................................112

COST APPROACH ...............................................................................................................................124

RECONCILIATION AND FINAL VALUE ...........................................................................................130

CERTIFICATION OF VALUE..............................................................................................................131

RESUME...............................................................................................................................................133

ADDENDUM ........................................................................................................................................135



Front view – northern elevation



Western view



**Rear view – southern elevation**



**View of alley looking east**

Siegle & Associates, LLC



**Street scene looking south**



**Street scene looking west**

Siegle & Associates, LLC



Street scene looking east



Main building

Siegle & Associates, LLC



Main building



Second building – storage building



**Second building – storage building**



11



12

## Extraordinary Assumptions

It is assumed that the subject will be constructed in accordance with plans and specifications provided by the architect as referenced within the report and that the construction will be completed at or within the time frame specified in a workman-like manor. It is assumed that the owner has received final site plan approval, as well as all necessary approvals for the commencement of construction. Further, it is assumed that, per verbal representation by the architect, the interior build-out will be completed according to discussions with the appraiser (the client is advised that interior suite build out detail in regard to partitioning, wall covering, floor covering, interior doors, etc. were not furnished to the appraiser). It is also assumed that the building will have an elevator, contrary to the plans provided to the appraiser. An elevator is assumed for ADA compliance, as well as leasing appeal/enhancement for the second floor office space.

Further, it is assumed that the existing first floor tenant has agreed to the demolition and reconstruction of a new building on site and that nothing within its lease or subsequently agreed upon would prohibit the cancellation of the existing lease. The client's legal counsel is hereby advised to obtain and review a copy of this lease, as well as any subsequent documentation supporting the assumption that the cancellation of the lease and agreement to the new lease is legally permissible.

It is further assumed that the leases provided to the appraiser will be dated, signed, and fully enforceable. It is assumed that although the leases contain square footage figures higher than actual measurements per plans and specification that the overall rent levels will remain the same and that these rent levels will not be reduced to reflect the lower square footage calculations per the actual plans.

13

Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, or in any event, it may be used only with proper written qualification and only in its entirety.

The appraiser herein by reason of this appraisal is not required to give further consultation or testimony or be in attendance in court with reference to the property in question unless arrangements have been previously made.

Neither all nor any part of the contents of this report (especially any conclusions as to value) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

I have not made a specific compliance survey and analysis of the property to determine whether it is in conformity with the various detailed requirements of the Americans with Disabilities Act (ADA). It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since I have no direct evidence relating to this issue, I did not consider possible non-compliance with the requirements of the ADA in estimated the values of the property.

## Scope of Work

The inspection process involved viewing the interior and exterior of the subject property. Information was collected from the appraiser's inspections and measurements, as well as from municipal records. Plans and specification, including civil engineering plans were reviewed by the appraiser for the new construction upon demolition of the existing buildings.

Improved property sale data and rental data was collected from the appraiser's files, city assessor records, Co-Star, Realcomp II Online, MIREALSOURCE, a third party appraiser, and several local brokerage firms.

From the collection of data received, the appraiser viewed and inspected the most relevant comparable data.

Market vacancy and other relevant market data, including demographic data were obtained from the appraiser's observations, appraisal files, as well as from data from Co-Star, SEMCOG (Southeast Michigan Council of Governments), and the municipality.

The subject appraisal is a completed appraisal whereby all three approaches to value were developed. The "as is" market value is developed first since the subject has two buildings on site. Secondly, a prospective market value was developed upon completion of the construction of the subject.

## Problem Identification

The problem identification is to estimate the subject's market value in its **"as is"** condition, as well as a **"prospective"** market value upon completion of the construction. Since the subject appears to be 100% pre-leased, the "when complete" and "when stabilized" market value dates are the same.

## Use of the Appraisal

The intended use of the appraisal is to assist Comerica Bank with respect to collateral valuation for internal loan underwriting purposes.

## Property Rights Appraised

The leased fee interest of the subject is appraised – both as is and upon completion of the proposed improvements.

## Date of Value Estimated

The effective date of value is **June 13, 2006**. This is the date of inspection. The appraisal also contains a prospective market value upon completion of construction which is expected to be **January 1, 2007**.

## Definition of Value

Market Value is defined as "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated
2. both parties are well informed or well advised, and acting in what they consider their own best interests:
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sale concessions granted by anyone associated with the sale.

Source: Office of Comptroller of Currency, 12 CFR, part 34 and Uniform Standards of Professional Appraisal Practice, 2001 edition.

18

## Exposure Time

Exposure time is retrospective. It is the amount of time necessary to market the property in order to arrive at a sale as of the effective date of the appraisal.

For the subject property, exposure time is estimated from conversations with brokers that have sold property in the subject's sub-market, as well as from published sources and reviews of listing and pending dates from MLS sources.

Conversations with local brokers indicated that market times ranged from 4 to 8 months. Based on current economic conditions, **exposure time** is estimated at **6 months**.

Further, **marketing time** is also estimated at **6 months**. This is a prospective time from the effective date of the appraisal to a subsequent sale date.

## Identification of the Property

13033 – 13041 West Warren, Dearborn, Michigan

The legal description is as follows:

Lots 1 through 4 of the Schanhite-Morrison Garden Subdivision

## Ownership History

Per representation from Kamal Chammout, the subject has been owned by the same ownership entity for over three years. The client, however, is advised to verify this and have appropriate title work ordered as the municipal records appear to indicate a different ownership entity than so stated by Mr. Chammout. The appraiser reserves the right to modify the ownership history section should title work reveal to the contrary.

Presently, there is a tenant in place occupying the existing facilities as a grocery store. The building improvements are proposed to be demolished to make way for a new, 5,072 two-story retail/office building. The first floor will house a retail tenant (reportedly the same tenant that currently occupies the building), while the second floor will house a general office tenant. Both the first and second floor are reportedly pre-leased.

19

## Area Map



20

# Retail Market – Southeastern Michigan

The Southeast Michigan Council of Government defines the Southeast Michigan region as the counties of Wayne, Oakland, Macomb, Livingston, Monroe, St. Clair and Washtenaw, which encompasses 4,602 square miles of land. The region grew in population from 4,590,468 in 1990 to 4,833,368 in 2000, a 5.3 percent increase. Population is estimated at 4,916,852 in December 2005 and 5,408,349 in 2030. Households rose from 1,698,819 in 1990 to 1,845,218 in 2000. Households are expected to rise from an estimated 1,919,060 in December 2005 to 2,252,635 in 2030.



The seven-county Southeast Michigan region as defined by the Southeast Michigan Council of Governments

Siegle & Associates, LLC



Source: Southeast Michigan Council of Governments

## Median Housing Value/ Household Income

The median housing value (in 2000 dollars) rose from $91,769 in 1990 to $136,500 in 2000. Median household income (in 1999 dollars) was $46,511 in 1990 and $49,979 in 2000, above the state median household income of $44,667 in 2000 statewide (U.S. Census).

## Retail

The retail market continues to hold its own in the metropolitan Detroit market in spite of high unemployment rates and a struggle by many municipalities – including Detroit – to balance their budgets. News of bankruptcy filings by Northwest and Delphi, and plant closings by Ford and GM has thus far had no apparent influence on the retail scene.



General Motors, which moved its headquarters to Detroit's downtown Renaissance Center, built a public promenade and plaza, and is marketing 70,000 square feet of retail space.

The recession over the last several years which continues in the manufacturing-based Detroit area and Michigan has left many cities strapped for cash and tightening their belts as local and state tax revenues have plummeted.

In Detroit, which faces a $300 million budget deficit and the promise of a close mayoral race this year, some retailers have been reluctant to commit to new ventures. Jerry Beale,

22

president and owner of Southfield-based Beale Group Inc., was quoted in the June 13, 2005 edition of Crain's Detroit Business as saying, "People who own centers are happy, but it's making people think twice about going into the city before things are worked out." Beale's company provides management and leasing services for small strip malls, including about 20 in Detroit. "The developers that are well-connected, that have a very good track record in the city are probably not holding off," he said. "But the ones that are new are going to wait."

The good news for Detroit, according to Crain's Detroit Business, is that lease rates for retail property in the city are holding their own when compared to the suburbs. Beale said many strip mall lease rates in Detroit range from $15 to $20 a square foot, compared to $17 to $20 in Troy and $18 to $25 in Southfield.

Marcus & Millichap in its First Quarter 2006 report states the Detroit retail market is "relatively strong in spite of the metro area's economic woes." Reports M&M: "A development boom in the city was sparked in anticipation of Super Bowl XL and the economic impact from the game was expected to contribute to the beginnings of a recovery. The push to revitalize downtown continues and additional residential development in the area will lure more retailers over the next few years. Redevelopment projects in already strong trade areas are attracting interest from major national chains.

Several new neighborhood and community centers are under construction or being completed in the metro area this year. While the largest project slated for completion is the 275,000-square foot Independence Marketplace in Allen Park, perhaps the most interesting development is Mack Alter Square, located in Detroit's underserved far east side. The $14.5 million, 80,000-square foot center is viewed as a major stepping stone toward re-vitalizing an area that has been blighted, with boarded-up houses and dilapidated vacant commercial buildings. Additionally, the last full-service grocery store in the area closed more than 10 years ago. The first phase of the project, a bright red and white $3 million WOW convenience store was completed in late 2004. Besides WOW, Mack Alter Square will have a Family Dollar Store, Rite Aid, Aldi's and a bank branch."



A 300,000 square-foot mixed use retail outdoor center is planned behind this McDonald's on the southwest corner of 26 Mile and Van Dyke – one of the top 10 retail projects in the works in the Detroit Metropolitan area in 2005.

23

## Largest New Retail Developments in Metro Detroit
(Friedman Real Estate Group)

| City | Use | Developer | Building Size |
| --- | --- | --- | --- |
| Allen Park | Outdoor Lifestyle Center | Ford Motor Land | 1,000,000 SF |
| Clinton Township | Outdoor Lifestyle Center | Taubman Company | 580,000 SF |
| Green Oak Township | Outdoor Lifestyle Center | Redico Management & Lormax Stern Development | 540,000 SF |
| Allen Park | Outdoor Lifestyle Center | Redico Management & Lormax Stern Development | 350,000 SF |
| Detroit | Outdoor Lifestyle Center | Avenue Investors & Detroit Gateway Park LLC | 330,000 SF |
| Shelby Township | Outdoor Lifestyle Center | Modena Development Corp. | 300,000 SF |
| Sterling Heights | MultiTenant Shopping Center | Market Place Properties LLC | 300,000 SF |
| Detroit | MultiTenant Shopping Center | Shafer Development LLC | 250,000 SF |
| Hamburg Township | MultiTenant Shopping Center | First Commercial Realty & Development Inc. | 122,633 SF |
| Rochester | MultiTenant Shopping Center | Curtis Properties Group | 117,000 SF |
| Rochester Hills | MultiTenant Shopping Center | Tienken Partners LLC | 107,000 SF |
| Orion Township | MultiTenant Strip Center | Ferlito Construction | 75,000 SF |
| Royal Oak | MultiTenant Strip Center | Alliance/Marsh LLC | 18,234 SF |
| Detroit | Parking Garage with Retail Space | Detroit/Wayne County Port Authority | 18,000 SF |
| Shelby Township | MultiTenant Strip Center | Curran Building Company | 16,000 SF |

Friedman gives the following progress reports on three of the largest Detroit metropolitan counties:

**Wayne County**



Downtown Detroit continued to make news this period with the arrival of Foot Locker and a Nike concept store. Both tenants took space in the retail suites located at The Lofts on Woodward. Nearby, at the Renaissance Center, General Motors is marketing 70,000 square feet of retail space that become available when it scrapped plans to create a research library and heritage center. Retail categories under consideration for this space include clothing, fashion accessories, electronics, jewelry, candy, perfumes and an entertainment venue. In Allen Park, Redico Management and Lormax Stern Development Co. announced the lineup for their new shopping center dubbed Independence Marketplace.

The 350,000-square-foot project will feature Lowe's, Petco, JoAnn Etc. and Staples as its lead anchors. Independence Marketplace will compete with Ford Motor Land's new 1-million-square-foot center, Fairlane Green, which is expected to open in 2006 with Target, OfficeMax, and Cost Plus World Market. In Livonia, Etkin Equities continues the development of its College Park project on Haggerty Road. While construction of the project's office component has not yet begun, development of its retail section is well under way. Already completed are outlot restaurant sites for Mitchell's Fish House, Bravo! Cucina Italiana and Claddagh's Irish Pub. A separate 14,000-square-foot strip center will soon open with Potbelly Sandwich Works, Cold Stone Creamery, Panchero's Mexican Grill, and Caribou Coffee.

**Macomb County**

Developers in Macomb County recently announced plans for several large shopping

24

center developments. In Shelby Township, Modena Development Corp. will construct a 300,000-square-foot outdoor lifestyle center at 26 Mile Road and Van Dyke Avenue. Modena hopes to attract high-end retailers like Barnes & Noble and Ann Taylor, among others. Nearby, at the former Partridge Creek Golf Course in Clinton Township, an investment team headed by road builder John Carlo and developer Graham Orley received approval for a $600 million project that will include 1,100 home sites and a 580,000-square-foot outdoor lifestyle center. Shopping center developer Taubman Co. will be involved with the retail component of the project. In Chesterfield Township, Redico Management Inc. and Lormax Stern Development will proceed with plans to redevelop the Gratiot Crossing Market



Place at Gratiot Avenue and 23 Mile Road. The 125,000-square-foot Kmart-anchored center will expand to 170,000 square feet and add tenants like Jo-Ann Etc., Petco and Mobile2Mobile. In Sterling Heights, developers Guy Rizzo and Gary Roncelli are redeveloping the former Showcase Sterling Theater at 15 Mile and Van Dyke Road. Their development plans call for a new 14-screen theater, which opened in fall 2005, 300,000 square feet of retail space and multiple condominium home sites.

## Oakland County

In Oakland County, big-box expansion continued as Meijer announced plans for the opening of two new area stores. Meijer will soon open retail centers at Twelve Mile and Telegraph Road in Southfield and at M-59 and Bogie Lake Road in White Lake Township. Both stores will feature a new design concept created by New York architect David Rockwell. Lowe's Home Improvement Warehouse also expanded locally. The Wilkesboro, North Carolina-based company just opened a retail center on M-5 in Commerce Township, and it recently submitted plans for a new store in White Lake Township. The dollar store concept continues to thrive as evidenced by Dollar Castle's recent lease of the former New York Carpet World building at 23840 Eight Mile Road in Southfield. A portion of the 96,000-square-foot building will be used as a showroom and marketplace for dollar store vendors, while the remaining space will be used as a warehouse for Dollar Castle's growing distribution business. On a down note, owners of the Fountain Walk outdoor lifestyle center in Novi recently filed for Chapter 11 bankruptcy protection. As a result, Andiamo Second City decided to relocate to Main Street of Novi on Grand River Avenue. Across town, high-end retailer Lord & Taylor canceled plans to open a 140,000-square-foot department store at the Oakland Mall.

Siegle & Associates, LLC