## Recent Detroit Metro Sales Highlights – Marcus & Millichap

| Property Name | Address | City | Sales Price | Sq. Ft. | $/Sq. Ft. |
|---|---|---|---|---|---|
| Laurel Park Place | 37700 W. Six Mile Road | Livonia | $62,200,000 | 385,000 | $163 |
| Hunter's Square | 30667 Orchard Lake Road | Farmington Hills | $68,190,064 | 357,508 | $191 |
| Winchester Center | 1180 S. Rochester Road | Rochester Hills | $59,806,956 | 313,543 | $191 |
| Millennium Park. | 13900 Middlebelt Road | Livonia | $53,100,000 | 268,007 | $198 |
| Builder's Square | 29659 7 Mile Road | Livonia | $15,300,000 | 109,800 | $139 |
| Barnes & Noble | 6800 Orchard Lake Road | West Bloomfield | $11,107,162 | 42,636 | $261 |
| Showcase Cinema | 35100 Van Dyke Avenue | Sterling Heights | $10,000,000 | 81,841 | $122 |
| Merri-Five Plaza | 31072 Five Mile Road | Livonia | $8,074,750 | 78,381 | $103 |
| Sam's Club | 800 E. 14 Mile Road | Madison Heights | $7,250,000 | 113,290 | $64 |
| Broadway Plaza | 32902 - 32960 Middlebelt Road | Farmington Hills | $5,832,875 | 30,566 | $155 |
| Walgreens | 4400 Highland Road | Waterford | $6,750,000 | 14,490 | $466 |
| Walgreens | 20800 Ecorse Road | Taylor | $5,912,614 | 14,501 | $409 |
| Sterling Ponds Shopping Center | 7030 Van Dyke Avenue | Sterling Heights | $5,500,000 | 173,919 | $32 |
| Walgreens | 17071 Fort Street | Riverview | $4,755,696 | 13,908 | $343 |
| Gander Mountain | 14800 Pardee Road | Taylor | $4,125,000 | 57,656 | $73 |
| Rite Aid | 25955 Gratiot Avenue | Roseville | $4,080,000 | 11,060 | $369 |
| Jared Jewelry Store | 3960 Baldwin Road | Auburn Hills | $3,600,000 | 6,020 | $598 |
| Montgomery Wards | 13551 Michigan Avenue | Dearborn | $3,300,000 | 68,640 | $48 |
| First Center Plaza | 13205-13925 E. 14 Mile Road | Sterling Heights | $3,200,000 | 34,470 | $93 |
| Kirkland Plaza | 22301 - 22328 Goddard Road | Taylor | $2,750,000 | 26,565 | $104 |
| Fine Furniture Liquidators | 34650 Woodward Avenue | Birmingham | $2,300,000 | 9,676 | $227 |

## TOP 20 MULTI-TENANT RETAIL PROPERTIES IN SOUTHEAST MICHIGAN
### (Ranked by gross leasable area)

| Name | Square feet | Occupancy rate | Location | Number of stores |
|---|---|---|---|---|
| Northland Center | 1,710,000 | 95% | Southfield | 132 |
| Fairlane Town Center | 1,530,000 | 88% | Dearborn | 170 |
| Lakeside Mall | 1,469,000 | NA | Sterling Heights | 170 |
| Somerset Collection | 1,440,000 | 100 | Troy | 180 |
| Summit Place Mall | 1,436,000 | NA | Waterford | NA |
| Oakland Mall | 1,421,000 | 96 | Troy | 131 |
| Great Lakes Crossing | 1,376,000 | 89 | Auburn Hills | 179 |
| Eastland Center | 1,300,000 | NA | Harper Woods | 100 |
| Twelve Oaks Mall | 1,191,000 | 99 | Novi | 175 |
| Westland Shopping Center | 1,036,116 | 90 | Westland | 84 |
| Briarwood Mall | 979,000 | NA | Ann Arbor | 129 |
| Southland Center | 901,500 | NA | Taylor | 120 |
| Laurel Park Place | 870,000 | 99 | Livonia | 75 |
| Macomb Mall | 850,000 | 99 | Roseville | 100 |
| Fountain Walk | 734,099 | 43 | Novi | 15 |
| Universal Mall | 696,000 | 75 | Warren | 70 |
| West Oaks I and II | 634,961 | 100 | Novi | 37 |
| Auburn Mile | 627,091 | 100 | Auburn Hills | 11 |
| Tel-Twelve Mall | 596,017 | 88 | Southfield | 19 |
| Livonia Mall | 494,566 | 94 | Livonia | 83 |

26

# Wayne County



The subject is located in Wayne County, Michigan. Wayne County is the hub of the Detroit Metropolitan area in southeastern Michigan, which also includes Oakland and Macomb counties. Encompassing about 623 square miles, it is made up of 33 cities, including the city of Detroit, 10 townships, one village and 41 public school districts.

Between 1990 and 2000, Wayne County's population declined from 2,111,687 to 2,061,162. It further declined to an estimate 1,989,197 in April, 2006, the Southeastern Michigan Council of Governments reported, but is expected to rise slightly in 2030 with a population of 2,013,975.



Source: Southeast Michigan Council of Governments

Although a 4.6 percent decline is forecast from 1990 to 2030 in general population, households are still on the rise, up 1.6 percent in the same period. The growth in households is attributable to a predicted decrease in household size from 2.67 in 1990 to 2.48 in 2030.

## Building Permits

Wayne County's residential building has shown a dramatic increase over the years as its suburban areas have grown, with an annual average building permits of 4,297 from 1995 to 1999, 5,184 from 2000 to 2004, 5,036 in 2005 and 776 through April of 2006.

## Home Values

The median value of homes in Wayne County rose from $64,035 (in 2000 dollars) to $99,400 in 2000, according to SEMCOG.

29

Siegle & Associates, LLC

## Transportation

Wayne County has one of the most extensive toll-free highway systems in the U.S., with 462 miles of interstate freeways and 715 miles of primary roads within its borders. I-75 is a north-south freeway connecting Wayne County to the Upper Peninsula to the north and the state of Florida to the south. Interstate 94 is an east-west freeway that connects  Wayne County to the easternmost point of the freeway at Port Huron and the Bridge to Canada as well as to western states via Chicago.

The Detroit-Wayne County Metropolitan Airport is the largest hub for Northwest Airlines and one of the nation's 10 largest airports. There are four major national railroads with five terminals in Wayne County as well as being one of the nation's busiest shipping ports.

## Retail

Marcus & Millichap, in its first quarter 2006 report, reports that "Detroit's retail market has remained relatively strong in spite of the metro area's economic woes." A  development boom in the city was sparked in anticipation of SuperBowl XL, and the economic impact from the game was expected to contribute to the beginnings of a recovery. The push to revitalize downtown continues, and additional residential development in the area will lure more retailers over the next few years. Redevelopment projects in already strong trade areas are attracting interest from major national chains, M&M said.

The Detroit Free Press reported in its May 6, 2006 edition that Detroit will "take major strides this summer and fall toward becoming the lively, year-round destination long envisioned" along the city's east riverfront. Another two miles of the 5-mile RiverWalk development will be built in 2006, the newspaper reported, and "construction is expected to begin on some or all of the four major residential and retail projects planned for the east riverfront.

M&M reports that Ford Land, Ford Motor Company's real estate development entity, is currently developing a former landfill site in Allen Park, near the company's Dearborn headquarters, into a 1-million-square foot project called Fairlane Green. The first phase is set to open this year and will contain over 400,000 square feet of retail space, with tenants such as Target, Old Navy and Bed Bath & Beyond. The subsequent phases will include a 43-acre park along with an additional 600,000 square feet of retail space.
In addition, M&M notes that IKEA will open its first Michigan location in Canton in the Detroit/West Wayne submarket this spring. The 300,000-square foot store is expected to attract 20,000 to 25,000 shoppers per weekend or over 1 million shoppers in the first year alone.

Siegle & Associates, LLC

## Retail (Cont.)

While Canton Township is already a hotspot for retail in the Detroit metro, due to its strong housing market and high household incomes, the addition of IKEA is attracting other major retailers to the area, Marcus & Millichap reports. Since IKEA announced plans to build in Canton Township, the real estate company points out, national chains including Lowe's Home Improvement, Pier 1, PetSmart and Bed Bath & Beyond have all opened new stores in the area.

## Industrial

CB Richard Ellis states in its fourth quarter 2005 market report that despite the concerns surrounding the downsizing of the domestic auto industry, "the impact may not be as tough on Detroit as many had feared. Continued investment by domestic manufacturers and the expanding presence of Asian carmakers in the region helped to buoy activity in the industrial sector."

Signature Associates reports that "big box development" in the south side industrial market in Wayne County continues to flourish. Connecktiv is completing building renovations of its 285,000 square foot DistriPlex 1 and is expanding its DistriPlex II to 160,000 square feet of space from the originally planned 120,000 square feet in Southgate. Although stand-alone buildings in the 20,000 to 80,000 square foot range continue to lag behind the market, Signature notes, Penske leased 37,900 square feet on Trolley Drive in Taylor and Grief Inc. leased 51,500 square feet on Huron Drive in Taylor. Taylor, with 10,107,990 square feet available, had a 10.57% direct vacancy rate, which compares to a 12.68% average for the South Corridor submarket and 13.05% for the overall Detroit suburban market. Says Signature: "There is increased activity as entrepreneurs and businesses maneuver to either take advantage of economic conditions or make the tough choices to help grow business."

### CB Richard Ellis Fourth Quarter Industrial 2005

| Market | Rentable Area | Availability Rate % | Lease and Sale Activity SF | Under Construction SF | Average Asking Lease Rate $ SF/YR |
|---|---|---|---|---|---|
| Macomb Co. | 97,217,567 | 6.69% | 920,778 | 399,651 | $5.77 |
| I-75 Corridor | 77,470,898 | 8.29% | 748,265 | 324,331 | $6.89 |
| Southeast Oakland Co. | 14,067,319 | 6.46% | 556,669 | 0 | $5.18 |
| Northwest Suburbs | 56,673,353 | 10.34% | 455,532 | 688,662 | $8.02 |
| Western Wayne Co. | 86,542,766 | 10.37% | 568,274 | 240,199 | $5.49 |
| Downriver | 70,666,645 | 10.40% | 276,594 | 1,057,151 | $4.97 |
| Detroit | 118,664,140 | 12.09% | 358,471 | 360,000 | $3.56 |
| Washtenaw Co. | 20,462,065 | 7.77% | 242,390 | 115,000 | $7.45 |
| Total | 541,764,753 | 9.59% | 3,677,195 | 3,184,994 | $5.53 |

31

## Non-Residential Development



**The Renaissance Center in Detroit**

In 2003, 3.8 million square feet of nonresidential development was completed and 6 million square feet under way. The 10 million total ranked second in the region only to its northern suburban neighbor, Oakland County, which had 11 million square feet under construction or completed. Included in projects under way was the $750 million makeover of the Renaissance Center by General Motors for its GM Global Head- quarters. In 2004, 4,113,680 square feet of nonresidential construction was completed with 5,185,857 under way. The total of 9,299,537 accounted for 27% of the total nonresidential construction activity in the region. Included were the 350,000 square-foot Independence Market Place in Allen Park, 250,000 square-foot Willow Creek Redevelopment in Canton Township, a 500,000 square-foot addition to Ford's Rouge Assembly Plant in Dearborn and 870,000 square foot Industrial/Research/Hi-Tech building by Visteon in Van Buren Township.

## Employment

Wayne County as well as its largest city, Detroit, still are heavily reliant on manufacturing jobs, which has caused it to get hit hard in the national recession since 2001. That year the state's unemployment rate skyrocketed from 3.5 percent the previous year to 5.3 percent on the heels of a downturn in the national economy. For Wayne County, the Michigan Department of Labor statistics (not seasonally adjusted) showed an 8.7 percent average for March 2006 compared to 7.5 percent for the same period statewide. CB Richard Ellis blames plant closings and offshoring of manufacturing jobs for the area's long-term job losses. Wayne County's top 10 employers include:

| Employer | No. of employees | Type of business |
|---|---|---|
| Ford Motor Co. | 51,822 | Auto manufacturer |
| Detroit Public Schools | 20,218 | School district |
| Chrysler Group | 17,933 | Auto manufacturer |
| City of Detroit | 17,605 | Government |
| Detroit Medical Center | 13,819 | Health care system |
| General Motors Corp. | 11,855 | Auto manufacturer |
| State of Michigan | 9,865 | Government |
| Henry Ford Health Sys | 9,794 | Health care system |
| U.S. Postal Service | 7,239 | Government |
| U.S. Government | 6,957 | Government |
| Source: Wayne County | | |

33

## Summary

Wayne County is a diverse area with growing suburban communities as well as older urban areas in Detroit. Detroit Mayor Kwame Kilpatrick has been proactive in recent years in promoting Detroit, landing a Super Bowl in 2006 and Major League Baseball All Star Game in 2005 as well as lobbying area leaders and the state Legislature for a new convention center. The area is home to two major airports and one of the nation's busiest marine ports.

Although its reliance on the auto industry and manufacturing has impacted employment in the last several years, a robust residential and construction market has softened its impact. Most economic forecasters predict an upswing in job and market growth as the national economy improves and a gradual movement away from reliance on manufacturing jobs in the long term.

Siegle & Associates, LLC

# Area and City Analysis

The property is located in the city of Dearborn, which is in the central part of Wayne County, on the western border of the city of Detroit. Dearborn is named for Henry Dearborn, a general in the American Revolution and Secretary of War under President Thomas Jefferson. The village of Dearborn was established in 1836. Dearborn and neighboring Fordson merged in 1929 to form the city's present day boundaries. Dearborn is home to 40,000 Arab-Americans, the second largest Arab population in the U.S. It is also home to the Ford Motor Company headquarters and the Ford River Rouge Plant. The Henry Ford, which includes historic Greenfield Village, is one of the area's most popular tourist sites. Its neighbors include Dearborn Heights, Inkster, Taylor and Detroit.



## Population

Dearborn's population has increased by nearly 12% since the 1990 census, and is expected to increase by another 6% through 2030. The number of households slightly increased from 35,442 in 1990 to 36,162 in May, 2006. That number is expected to increase by 2030 to 40,104 households.



|  | 1990 | 2000 | May-06 | 2030 Forecast |
|---|---|---|---|---|
| ■ Population | 89,286 | 97,775 | 99,828 | 106,134 |
| □ Households | 35,442 | 36,770 | 36,162 | 40,104 |

Source: Southeast Michigan Council of Governments

## Housing

35

According to SEMCOG, in 1990, 71% of the housing units were owner occupied. This percentage dropped to 69% in 2000. Median household income (in 1999 dollars) was $44,560 in 2000.

Dearborn averaged 256 residential permits from 1995 to 1999 and 115 from 2000 to 2004. It had 74 in 2005 and 28 thus far in 2006. The median housing value (in 2000 dollars) was $91,893 in 1990 and $129,300 in 2000.

## Land Use

The city has a total of 15,700 acres. By far, the largest portion of land is zoned single-family and multiple family – 36% and 3% respectively. In the year 2000, 16% of the land use/land cover was for industrial use and 14% for commercial and office, SEMCOG reported.

## Residential Uses

Residential inventory consists of single-family detached homes, condominiums and multi-family.

## Transportation

 Dearborn is served by the major north-south route of U.S.-24 (Telegraph Road) and the east-west routes of Cherry, Ford, Warren and Michigan. Both Interstate 94 and M-39 (the Southfield Freeway) intersect the city, giving residents easy access to any location in the Detroit metropolitan area. Detroit Metropolitan Airport, which is the region's major international airport, is less than ten miles away. Detroit Metropolitan Airport serves the entire southeastern Michigan region and is a national hub for Northwest Airlines, serving more than 35 million passengers a year. Northwest Airlines filed for bankruptcy in the fall of 2005, but continued to operate and is expected to survive with a trimmed employee force and lower wage and operating costs.

A $1.6 billion renovation completed in 2002 included a new modern terminal for Northwestern Airlines and a massive jump in approval ratings from passengers (J.D.Power 2003 Passenger Satisfaction Index Score), ranking sixth worldwide among the largest airports.

Siegle & Associates, LLC

## Industrial

CB Richard Ellis states in its fourth quarter 2005 market report that despite the concerns surrounding the downsizing of the domestic auto industry, "the impact may not be as tough on Detroit as many had feared. Continued investment by domestic manufacturers and the expanding presence of Asian carmakers in the region helped to buoy activity in the industrial sector." Signature Associates reports that "big box development" in the south side industrial market – including Dearborn – continues to flourish. Dearborn/Dearborn Heights, with 12,007,708 square feet available, had a 10.81% direct vacancy rate, which compares to a 12.68% average for the South Corridor  submarket and 13.05% for the overall Detroit suburban market. Says Signature: "There is increased activity as entrepreneurs and businesses maneuver to either take advantage of economic conditions or make the tough choices to help grow business." Ford Motor Company, which is in the middle of a major restructuring plan, has its headquarters in Dearborn as well as one of the world's largest assembly plants, Ford River Rouge. Neither the plant nor the headquarters have been targeted for closing by the restructuring plan which includes plant shutdowns and employee layoffs.

## Retail

Crain's Detroit Business ranks Dearborn's Ford Fairlane Center as the second largest multi-tenant shopping center in the metropolitan Detroit area, second only to Northland Center in Southfield. Fairlane has 170 stores and 1,530,000 square feet of retail space. One of the city's newer developments converts the former Jacobson's Department Store into a $65 million West Village Commons project in the downtown district along Michigan Avenue. The West Village Commons is the first part of a three-phase project, The Detroit News reported, which will include 48 row houses, ranch-style condos, a hotel and offices as well as retail stores. The city has also been proactive in developing the downtown area. It acquired the former Montgomery Ward's building in the east downtown business district and is working with the private sector to secure a new development. The city also acquired the vacant DOC/Beltone building in 2005 and demolished it to make way for a pedestrian through-way complete with lighting, plantings, brick pavers and a fountain.

## New Construction

In 2004, SEMCOG reports, Dearborn had 803,000 square feet of non-residential construction completed and 358,000 under construction. Among projects completed was a 500,000 square foot addition to the Ford Rouge Plant and, among those projects under construction, was a 160,000 square feet addition to Oakwood Hospital.

# Neighborhood Analysis



39

The subject is located in the heart of Dearborn. Immediately around the subject are numerous older, small commercial buildings ranging in age from the 1940's to new construction with predominant ages in the 1940's and 1950's. Vacancy rates for retail appears quite low in this location with rental rates for new construction to newer buildings appearing to range from about $20 to $28.50 PSF NNN. Very few sales of newer facilities have turned over in recent years; however, typical sale prices range from about $100 to $175 PSF for existing stock.

The neighborhood has a high population density, as well as good traffic flow resulting in the immediate neighborhood being a good retail location. More than several retail facilities in this neighborhood are new as a result of teardowns of existing buildings. The most major retail development is occurring on Michigan Avenue west of Telegraph where a former F & M building site is now being developed as a mixed use development with notable retail occupants to be Panera Bread, Wing It, etc. Directly across the street from this site is a new mixed use development with new first floor retail and second floor offices. Another newer center is located immediately east of this development.

At worst, the neighborhood is in the stable phase of its life cycle. With new construction as a result of teardowns and redevelopmentm, an argument can be made that the neighborhood is considered to be in a modest growth cycle.

## Taxes and Assessment Analysis

Prior to the change in the laws in 1994, taxes were calculated by multiplying the State Equalized Value (or SEV) by the millage rates in that year. Beginning in 1994 the SEV and Taxable Value were the same number. In 1995 and thereafter, the Taxable Value is subject to a cap. The cap is calculated by taking the previous years' Taxable Value, minus any losses sustained by the property, multiplied by the cap amount (the Consumer Price Index (CPI) or 5%, whichever is less), plus any new value to the property. This calculation is called the Capped Value. This Capped Value is then compared to the SEV and if a transfer has not occurred in the previous year on the property, whichever value is less (SEV or CAP) becomes the new Taxable Value. If a transfer did occur, the Capped Value does not apply to the property and the SEV becomes the new Taxable Value.

| Tax Number | 82-10-081-05-001 | 82-10-081-05-029 |
|---|---|---|
| Taxable Value | $54,900 | $34,300 |
| 2005 Taxes | $3,265.81 | $2,404.36 |

Since the subject will be demolished and replaced with a two-story retail/office building, tax assessment comparables were identified of newer, retail buildings within Dearborn These are as follows;

| Comparable | Address | SEV | Size | SEV PSF | Year Built |
|---|---|---|---|---|---|
| 1 | 4006 Schaefer | $290,400 | 3,992 | $72.75 | 2004 |
| 2 | 7738 Wyoming | $292,750 | 4,947 | $59.18 | 2001 |
| 3 | 6550 Schaefer | $175,200 | 2,780 | $63.02 | 2004 |
| | Average | | | $64.98 | |

Upon reviewing the preceding tax assessment comparables, it is the appraiser's opinion that most weight should be placed on tax assessment comparable 1 and 3 which are the newest centers. These range from $64.98 to $72.75 PSF. A rate of $75 PSF is concluded for the subject. Given the current non-homestead tax rate of $58.8989 per $1,000, the property taxes are projected to be $22,405 or rounded to say $23,000 considering increases in the SEV and/or non-homestead tax rate between the current year and year of completion/stabilization.

Siegle & Associates, LLC

## Site Data and Analysis

Site data was obtained from the appraiser's property inspection, data provided by the property owner, municipal records, and from architectural plans supplied.



PROPOSED SITE PLAN
SCALE: 1"=10'

NORTH

42



43



**Functional Adequacy:** The site has very good exposure for retail building being a corner property with ingress and egress from two access points plus from a concrete paved, 20' wide public alley.

45

## Building Description



PROPOSED NORTH ELEVATION

SCALE 1/8"=1'-0"



PROPOSED SOUTH ELEVATION

SCALE 1/8"=1'-0"

Siegle & Associates, LLC



BRICK FACE

PROPOSED WEST ELEVATION
SCALE: 1/8"=1'-0"



PROPOSED EAST ELEVATION
SCALE: 1/8"=1'-0"

Siegle & Associates, LLC



PROPOSED FIRST FLOOR PLAN
SCALE 1/4"=1'

NORTH

NQNF SYJ7 DZ3V 4VX1 7JHJ
TE87 KQFQ

48



PROPOSED SECOND FLOOR PLAN
SCALE 1/4"=1'

NORTH

49

## SKETCH/AREA TABLE ADDENDUM



Siegle & Associates, LLC