## IMPROVED SALES SUMMARY TABLE

| No. | Location | Sale Date | Price | Building Size (SF) | Price/ SF |
|---|---|---|---|---|---|
| 1. | 781-7840 Wyoming | 12/03 | $965,000 | 6,912 | $139.61 |
| 2. | 6621 Schaefer Road | 08/05 | $875,000 | 5,505 | $158.95 |
| 3. | 10633 W. Warren Avenue A & B | 04/03 | $500,000 | 3,200 | $156.25 |
| 4. | 15139 W. Warren | 05/03 | $312,500 | 1,752 | $178.37 |

Improved Sale No. 1



**Property Identification**
Record ID                580
Property Type            Retail, Retail
Address                  7810-7840 Wyoming, Dearborn, Wayne County, Michigan
Tax ID                   82-10-043-01-005

**Sale Data**
Grantor                  Plaza 2000, LLC
Grantee                  Wyoming Shopping Center, LLC
Sale Date                December 03, 2003
Deed Book/Page           39772/0654
Property Rights          Leased fee
Conditions of Sale       Arm's length
Financing                Conventional
Verification             City Records; Co-Star

Sale Price               $965,000

**Land Data**
Land Size                0.526 Acres or 22,898 SF
Front Footage            214 ft Total Frontage: 214 ft Wyoming
Topography               Level
Utilities                All

77

Dimensions                      107x214'
Shape                           Rectangular

General Physical Data
Building Type                   Single Tenant
Gross SF                        6,912

Construction Type               BV/Block
Roof Type                       Flat, built up
Foundation                      Reinf. conc.
Stories                         1
Year Built                      2001

Indicators
Sale Price/Gross SF             $139.61
Floor Area Ratio                0.30
Land to Building Ratio          3.31:1

Siegle & Associates, LLC

Improved Sale No. 2



## Property Identification
| | |
|---|---|
| Record ID | 582 |
| Property Type | Retail, Retail |
| Address | 6621 Schaefer Road, Dearborn, Wayne County, Michigan |
| Tax ID | 82-10-072-12-030 |

## Sale Data
| | |
|---|---|
| Grantor | Ali Nachaat and Ghada Salami |
| Grantee | Hassan's Plaza, LLC |
| Sale Date | August 11, 2005 |
| Deed Book/Page | 42588/1248 |
| Property Rights | Leased fee |
| Conditions of Sale | Arm's length |
| Financing | Conventional |
| Verification | RealCompII; Co-Star, Other sources: City Records |

| | |
|---|---|
| Sale Price | $875,000 |

## Land Data
| | |
|---|---|
| Land Size | 0.301 Acres or 13,108 SF |
| Front Footage | 116 ft Total Frontage: 116 ft Schaefer |
| Topography | Level |
| Utilities | All |

79

Dimensions                116x113'
Shape                     Rectangular
Parking                   20 spaces on asphalt

General Physical Data
Building Type             Single Tenant
Gross SF                  5,505

Construction Type         BV/Block
Roof Type                 Flat, built up
Foundation                Reinf. conc.
Stories                   1
Year Built                1999
Condition                 Average

Indicators
Sale Price/Gross SF       $158.95
Floor Area Ratio          0.00
Occupancy at Sale         100%

Remarks
Reportedly, annual income is $9,400 per month or $20.49 PSF NNN.

Siegle & Associates, LLC

Improved Sale No. 3



## Property Identification

| | |
|---|---|
| Record ID | 583 |
| Property Type | Retail, Retail |
| Address | 10633 W. Warren Avenue A & B, Dearborn, Wayne County, Michigan |
| Tax ID | 82-10-082-02-026 and 82-10-082-02-027 |

## Sale Data

| | |
|---|---|
| Grantor | Ahmad D. Ali |
| Grantee | Metro Investment Group, LLC |
| Sale Date | April 01, 2003 |
| Property Rights | Leased fee |
| Conditions of Sale | Arm's length |
| Financing | Conventioanl |
| Verification | City records; |

Sale Price                    $500,000

## Land Data

| | |
|---|---|
| Land Size | 0.152 Acres or 6,600 SF |
| Front Footage | 66 ft Total Frontage: 66 ft W. Warren |
| Topography | Level |
| Utilities | All |

81

Shape                                    Rectangular

General Physical Data
Building Type                            Single Tenant
Gross SF                                 3,200

Construction Type                        BV/Block
Roof Type                                Flat, built up
Foundation                               Reinf. conc.
Stories                                  1
Year Built                               1950 Renovated
Condition                                Average

Indicators
Floor Area Ratio                         0.48
Land to Building Ratio                   2.07:1

Siegle & Associates, LLC

Improved Sale No. 4



## Property Identification
| | |
|---|---|
| Record ID | 584 |
| Property Type | Retail, Retail |
| Address | 15139 W. Warren, Dearborn, Wayne County, Michigan |
| Tax ID | 82-10-071-04-027 |

## Sale Data
| | |
|---|---|
| Grantor | G & S Development, Inc. |
| Grantee | Faissal & Abir Habhad |
| Sale Date | May 01, 2003 |
| Deed Book/Page | 385/166 |
| Property Rights | Leased fee |
| Conditions of Sale | Arm's length |
| Financing | Conventional |
| Verification | City records; Co-Star |

| | |
|---|---|
| Sale Price | $312,500 |

## Land Data
| | |
|---|---|
| Land Size | 0.138 Acres or 6,000 SF |
| Front Footage | 60 ft Total Frontage: 60 ft W. Warren |
| Topography | Level |
| Utilities | All |

83

Siegle & Associates, LLC

Shape                           Rectangular

**General Physical Data**
Building Type                   Single Tenant
Gross SF                        1,752

Construction Type               BV/Block
Roof Type                       Flat, built up
Foundation                      Reinf. conc.
Stories                         2
Year Built                      1949
Condition                       Average

**Indicators**
Sale Price/Gross SF             $178.37
Floor Area Ratio                0.00

Siegle & Associates, LLC

## Sales Comparable Map



85

Adjustments are applied to sales for comparison to the subject. The following adjustments are applied within the sales adjustment grids:

➢ Buyer expenditures immediately after the sale

➢ Property rights conveyed

➢ Conditions of sale

➢ Market conditions

➢ Location

➢ Construction Quality

➢ Age & Condition

➢ Number of Stories

➢ Building Size

➢ Land-to-building ratio

The first four adjustments after buyer expenditures – property rights conveyed, financing, conditions of sale, and market conditions – are cumulative adjustments. Cumulative adjustments are compounded adjustments, based on the adjusted per unit measurement. The remaining adjustments are additive. This means that positive and negative adjustments are added and the net percentage is multiplied by the adjusted price, which is after property rights, financing, conditions of sale, and market conditions.

**Buyer expenditures** – The appraiser is not aware that expenditures were involved immediately upon sale.

**Property rights conveyed** – Property rights adjustments are adjustments made to sales for fee simple or leased fee sales. A sale of a fee simple interest indicates that a property does not have leases in place. Leases may impact the price a purchaser pays for property. A purchaser might pay more for a property if a lease payment is higher than what the property owner could achieve by renting the property in the open market. Also, capitalization rates may be lower, based on existing income if the purchaser believes that the market is a rising market or rental increase potential is strong.

Sales 1 and 2 are of the leased fee interest while Sales 3 and 4 appear to be fee simple. No property rights adjustment is necessary. The subject is leased at rates mostly comparable to the market. Little is known as to the lease rates for Sale 1, while Sale 2 at

86

over $20 PSF NNN is comparable to market for newer space. An adjustment, however, proceeds the sales reconciliation in which the subject is adjusted for its slightly higher rental rate for the second floor space.

**Financing** – Financing adjustments are adjustments usually made to sales for favorable financing or other concessions offered by the seller. If a seller offers an interest rate or other concession that is better than what a purchaser could obtain from a lending institution or other typical source of financing, the price paid for the property could be impacted. A purchaser might be inclined to pay more for a property than would typically be paid if, for example, the seller offered the purchaser a below market interest rate. None of the sales involved any form of atypical financing that the appraiser is aware of. All appear to have involved conventional bank financing.

**Conditions of Sale** – Conditions of sale adjustments consist of abnormal or unusual motivations for acquiring property that may influence the price paid. To the best of the appraiser's knowledge, none of the sales involved any unusual conditions that would have impacted price paid.

**Market Conditions Adjustments** – Market conditions adjustments are changes in the price paid for property, due to factors, such as changes in supply and demand. These factors are influenced by current and forecasted interest rates, economic conditions, changes in demographics, for example.

One way of determining market conditions adjustments is to examine a sale and resale of a property. The appraiser's files contain comparable sales and re-sales for several relatively current retail properties located throughout the tri-county area. One sold indicated a 5.53% annual increase while another sale increased by 9.9%.

The appraiser also discussed market conditions with a broker from Marcus Millichap. The broker indicated that market conditions have indeed increased since 2002. As rents have increased, capitalization rates have decreased as have equity dividend rates and equity yield rates. The broker cited a center in Dearborn that sold in Dearborn in 2002 for $10 Million. Approximately 2 ½ years later, this same center sold for $12.75 million for an increase of 11% per annum, non-compounded. The same tenants were in place and no physical changes were made to the real estate. Although one can not rely solely on one or several sale/re-sales as a barometer for increasing sale prices, the supply and demand trends appear to indicate continued upward increases in sale prices.

Marcus & Millichap in one of its more recent Detroit retail report projects sale prices to increase by over 6% and historic increases in neighborhood centers have posted large gains. The subject is in a saturated retail market that is considered to be in the stable phase of its neighborhood life cycle. Considering the preceding analysis, it is the appraiser's opinion that sale prices have increased at 5 to approximately 11% per annum since 2002. A rate of **5%** per annum is concluded. Adjustments are applied to those sales preceding current year (2006 sales) at about 5% per annum rounded by calendar year.

**Location** – The subject is in a good location being a corner property on W. Warren, one of the busiest traffic streets in Dearborn. Sale 1 and 2 are adjusted upward slightly for their slightly inferior locations, while Sales 3 and 4 are on the same street as the subject.

**Age and Condition** – The subject is a proposed construction with a completion year forecasted for 2007. Sale 1 and 2 are newer having been constructed in 1999 and 2001, respectively. These sales are adjusted upward slightly reflecting their greater effective ages. Sale 3 and 4 are adjusted upward more significantly, since these buildings are much older buildings although they have been renovated.

**Construction Quality** – All four sales are of average, class C construction, while the subject is of good, class C construction. Upward adjustments are applied to the sales reflecting their overall inferior building quality.

**Building size adjustments** – The sales range bracket the subject's size of 5,072 SF and range form 1,752 to 6,912 SF. Typically, smaller buildings sell for higher rates PSF than larger buildings. However, the sales are all relatively smaller buildings and the appraiser was not able to discern sufficient market evidence that would justify a size adjustment except Sale 4 at 1,752 SF. This sale is adjusted downward slightly for its size of less than one half the size of the subject.

**Design** – The subject is a two-story building with offices to be constructed on the second floor. Typically, second floor space rents for less than first floor retail space. Considering this rent differential, Sale 1 and 2 as pure one-story designs are slightly superior and are adjusted downward. Sales 3 and 4 are of two-story designs and do not require adjustments.

**Land-to-building ratios** bracket the subject and range from 2.06 to 3.42:1. Adjustments are applied to each of the sales at a rate of $5 PSF applied to differences in land-to-building ratios reflecting land as surplus land instead of excess land that could be separated and have its own highest and best use.

The following sales adjustment grid reflects the adjustments discussed in this report.

## Sales Adjustment Grid

| | Subject | Sale 1 | | Sale 2 | | Sale 3 | | Sale 4 | |
|---|---|---|---|---|---|---|---|---|---|
| Center Name | | | | | | | | | |
| Address | 13041-13033 W. Warren | 7840 Wyoming | | 6621 Schaefer | | 10633 W. Warren | | 15139 W. Warren | |
| | Dearborn | Dearborn | | Dearborn | | Dearborn | | Dearborn | |
| Use | Retail | Retail | | Retail | | Retail | | Retail | |
| Land Area (net useable) | 12,000 | 22,898 | | 13,108 | | 6,600 | | 6,000 | |
| Occupancy at sale | | N/A | | 100.00% | | N/A | | N/A | |
| | | | | | | | | | |
| Sale Price | | $965,000 | | $875,000 | | $500,000 | | $312,500 | |
| Sale Date | N/A | 12/3/2003 | | 8/11/2005 | | 4/1/2003 | | 5/1/2003 | |
| Square Feet | 5,072 | 6,912 | | 5,505 | | 3,200 | | 1,752 | |
| Sale Price/Square Foot | | $139.61 | | $158.95 | | $156.25 | | $178.37 | |
| | | | Adj. | | Adj. | | Adj. | | Adj. |
| Real Property Rights Conveyed | Leased Fee | Leased Fee | | Leased Fee | | Fee Simple | | Leased Fee | |
| Financing | | Conventional | | Conventional | | Conventional | | Conventional | |
| Conditions of Sale | | Arm's Length | | Arm's Length | | Arm's Length | | Arm's Length | |
| Market Conditions | | 12/3/2003 | 12.50% | 8/11/2005 | 5.00% | 4/1/2003 | 15.00% | 5/1/2003 | 15.00% |
| Cumulative Adjustments | | | $157.06 | | $166.89 | | $179.69 | | $205.12 |
| | | | | | | | | | |
| **Physical Adjustments** | | | | | | | | | |
| Location | Corner property | Wyoming/Slight Inf. | 5.00% | Schaefer/Slight Inf. | 3.00% | W. Warren/Similar | 0.00% | W. Warren/Similar | 0.00% |
| Age & Condition | 2006/2007 Proposed | 2001 | 7.00% | 1999 | 7.00% | 1950/Renovated | 20.00% | 1949/Renovated | 20.00% |
| Construction Quality | Avg. of avg. to good, class C | Average, class C | 3.00% | Average, class C | 3.00% | Average, class C | 3.00% | Avg., class C | 3.00% |
| Building Size | 5,072 | 6,912 | 0.00% | 5,505 | 0.00% | 3,200 | 0.00% | 1,752 | -5.00% |
| Design | Two-story | One-story | -5.00% | One-story | -5.00% | Two-story | 0.00% | Two-story | 0.00% |
| Land-to-building ratio | 2.37 | 3.31 | -3.00% | 2.38 | 0.00% | 2.06 | 1.00% | 3.42 | -3.00% |
| Additive Adjustments | | | 7.00% | | 8.00% | | 24.00% | | 15.00% |
| | | | | | | | | | |
| Adjusted Price Per Unit | | | $168.06 | | $180.25 | | $222.81 | | $235.89 |

Siegle & Associates, LLC

89

After adjustments, sale prices range from $168.06 to $235.89 PSF. The average is $201.75 PSF. It is the appraiser's opinion that a rate of approximately $205 PSF is supported.

Applying $205 per square foot to the subject's size of 5,072 SF, results in an opinion of market value of $1,039,760. As is indicated in the Income Approach, the subject is proposed to be leased at a rate slightly above market for the next 10 years. A property rights adjustment is applied recognizing this slightly above market rate for the second floor space over the proceeding 10 years. The present value is $130,000. Adding this to the concluding value of $1,039,760 results in an opinion of market value of the leased fee interest of $1,169,760 or rounded to;

**$1,170,000**
**One Million One Hundred and Seventy Thousand Dollars**

# Income Approach

The Income Approach is based on a number of appraisal principles with the most applicable being the principle of anticipation. This principle is based on the anticipated earning potential of the subject property.

For this appraisal, the direct capitalization technique is used for the when complete/when stabilized value and the discounted cash flow analysis technique is used for the "as is" market value. The direct capitalization technique involves applying a market rent to the subject's gross leasable area. Expenses are then deducted in order to determine the subject's net operating income. This income is then capitalized into perpetuity.

These steps are summarized as follows:

➢ Estimate net rental income;
➢ Estimate general vacancy and collection loss;
➢ Determine effective gross income (renal income less vacancy and collection loss);
➢ Estimate operating expenses for the subject;
➢ Estimate value by selecting an appropriate capitalization rate.

The first step in determining the gross income is to determine market rental rates that would be applicable to the subject.

The following are rentals identified in the market after an extensive search and attempt to identify free-standing retail buildings that are newer, on corners, of good class C or equivalent construction quality.

Siegle & Associates, LLC



Siegle & Associates, LLC

## RENTALS SUMMARY TABLE

| No. | Location | Lease Type | Rent/SF |
|-----|----------|------------|---------|
| 1. | 22805 Michigan Avenue | NNN | $22.00 |
| 2. | 13723-13747 Warren | NNN | $20.00 |
| 3. | 22200 Michigan Avenue | NNN | $28.88 |
| 4. | 16242 W. Warren | NNN | $20.00 |

93

Improved Lease No. 1



**Property Identification**
Record ID                 454
Property Type             Retail, Retail
Property Name             MetroPCS Michigan
Address                   22805 Michigan Avenue, Dearborn, Wayne County, Michigan

**Physical Data**
Gross SF                  12,100

Construction Type         BV/Block
Roof Type                 Flat, built up
Foundation                Reinf. conc.
Stories                   1
Year Built                1998
Condition                 Average

**General Lease Data**
Tenant                    MetroPCS Michigan, Inc.
Typical Lease Term        5 years - began 2/2006
Lease Type                NNN
Tenant Size               2,000 to 2,000

**General Tenant Summary**

94

| | |
|---|---|
| Verification | Signature & Associates broker report; |
| Escalations | Flat |

**Rent Analysis**
Actual Rent       $22.00/SF Average

Improved Lease No. 2



**Property Identification**
Record ID                 455
Property Type             Retail, Retail
Property Name             Maple Grove Plaza
Address                   13723-13747 Warren, Dearborn, Wayne County, Michigan

**Physical Data**
Gross SF                  8,316

Construction Type         BV/Block
Roof Type                 Flat, built up
Foundation                Reinf. conc.
Stories                   1
Floor Height              12
Year Built                2004
Condition                 Average

**General Lease Data**
Tenant                    Jet's Pizza
Typical Lease Term        5 years - began 7/2005
Lease Type                NNN
Tenant Size               1,500 to 1,500

96

**General Tenant Summary**
Verification                          Eddie, Re/Max; 313.505-5160, June 29, 2006;
Escalations                          None noted

**Rent Analysis**
Actual Rent        .                 $20.00/SF Average

**Remarks**
The lease was of a white box only - drywall walls and a finished bathroom. Reportedly, the land was purchased in 2002 or 2003 for $1.1 million. The prior use was as a gas station with environmental clean up involved.

97

Improved Lease No. 3



**Property Identification**
| | |
|---|---|
| Record ID | 456 |
| Property Type | Retail, Restaurant |
| Property Name | Panera and Wing It |
| Address | 22200 Michigan Avenue, Dearborn, Wayne County, Michigan |

**Physical Data**
| | |
|---|---|
| Gross SF | 18,913 |
| | |
| Construction Type | BV/Block |
| Roof Type | Flat, built up |
| Foundation | Reinf. conc. |
| Stories | 1 |
| Year Built | Proposed |
| Condition | Average |

**General Lease Data**
| | |
|---|---|
| Tenant | Panera Bread |
| Typical Lease Term | 10 years - began 2/2006 |
| Lease Type | NNN |
| Tenant Size | 5,000 to 5,000 |

**General Tenant Summary**

98

| | |
|---|---|
| Verification | Signature & Associates, LLC; |
| Escalations | Flat |

**Rent Analysis**

| | |
|---|---|
| Actual Rent | $28.88/SF Average |

Remarks

In addition to Panera Break, Wing It, Inc. signed a 10 year lease in October 2005. The rate is $22 for the first five years and $24.20 PSF for the second five years.

Siegle & Associates, LLC

Improved Lease No. 4



**Property Identification**
Record ID             457
Property Type         Retail, Retail
Address               16242 W. Warren, Dearborn, Wayne County, Michigan

Construction Type     BV/Block
Roof Type             Flat, built up
Foundation            Reinf. conc.
Stories               1
Year Built            2006
Condition             Average

**General Lease Data**
Tenant                Various
Typical Lease Term    5 year minimum
Lease Type            NNN
Average Rent          $20 PSF
**General Tenant Summary**
Verification          John Deco, broker; 598.860.8014, June 29, 2006;
Escalations           Average 3% per year

**Remarks**

100

Siegle & Associates, LLC