Lease is of white box - drywall, cement floor, basic electrical, drop ceiling, and handicap bathroom. The asking rate is $22 PSF NNN; however, the achieved rates are reportedly $20 PSF NNN with 5-year minimum terms.

Siegle & Associates, LLC

## RENTAL ADJUSTMENT GRID

| | Subject | Rent Comparable 1 | Adj. | Rent Comparable 2 | Adj. | Rent Comparable 3 | Adj. | Rent Comparable 4 | |
|---|---|---|---|---|---|---|---|---|---|
| Location | 13041 W. Warren | 22805 Michigan Avenue | | 13723 Warren | | 22200 Michigan Avenue | | 16242 W. Warren | |
| | Dearborn | Dearborn | | Dearborn | | Dearborn | | Dearborn | |
| Center Name | | | | | | | | | |
| Center Size | 2,657 SF - first floor | 12,100 | | 8,316 | | 18,913 | | | |
| Tenant Name | | MetroPCD Michigan | | Jet's Pizza | | Panera Bread | | Various | |
| Rental Structure | | NNN | | NNN | | NNN | | NNN | |
| Rental Commencement/Term | | Feb-06 | | Jul-05 | | Feb-06 | | Various - 2006 leases | |
| Current Rental Rate | | $22.00 | | $20.00 | | $28.88 | | $20.00 | |
| Average Rent Rate | | $22.00 | | $20.00 | | $28.88 | | $20.00 | |
| Square Feet Leased | | 2,000 | | 1,500 | | 5,000 | | Various | |
| | | | | | | | | | |
| Lease Date Adjustment | | 2006 | 0.00% | 2005 | 0.00% | 2006 | 0.00% | 2006 (pre-leased spaces) | 0.00% |
| Location | W. Warren | Michgan | 0.00% | W. Warren | 0.00% | Michigan | 0.00% | W. Warren | 0.00% |
| Access/Visibility | Good | Good | 0.00% | Good | 0.00% | Good | 0.00% | Good | 0.00% |
| On-Site Parking | Good | Good | 0.00% | Good | 0.00% | Good | 0.00% | Good | 0.00% |
| Age/Condition of Space | Proposed - 2007 | 1998/Slight Inferior | 3.00% | 2004 | 0.00% | 2/2006 - average | 0.00% | 2006 | 0.00% |
| | Adjustments | | 3.00% | | 0.00% | | 0.00% | | 0.00% |
| Adjusted Rent | | | $22.66 | | $20.00 | | $28.88 | | $20.00 |

Siegle & Associates, LLC

As can be seen from the preceding rental adjustment grid, the rental rates range from an adjusted rate of $20 PSF to $28 PSF. Little weight is placed on Rental 3, which is leased to Panera Bread in a much more upscale mixed use development. This leaves rentals ranging from $20 to $22.66 PSF. Slightly more weight is to be placed on rentals 2 and 4 which are on the same street tempered by the fact that these spaces are in-line spaces as compared to the subject's free-standing, corner location. A rate of $21 PSF NNN is supported for the subject's first floor retail space.

Siegle & Associates, LLC

## Analysis of Subject Leases

There are reportedly two leases for the subject's proposed facility. The existing tenant for the subject in its "as is" state also is leased.  However, a copy of this lease was not made available to the appraiser. It is assumed that this lease is at market and that the demolition and new construction will not adversely impact the lease or be prohibited based on the terms of the lease.

The proposed leases are summarized as follows.  It must be noted that the square footage stated in the lease are incorrect, based on the architectural plans supplied to the appraiser. Nevertheless, the following is a summary with the leased space as stated in the lease, as well as the leased based, based on actual measurements drawn from the plans. It must be noted that the leases are both 10-year leases.

| Tenant | Location | Annual Rent | Size per lease | Size per plans | PSF lease | PSF plans |
|--------|----------|-------------|----------------|----------------|-----------|-----------|
| Advanced Petroleum | 2nd floor | $60,000 | 2,800 | 2,447 | $21.43 | $24.52 |
| Nuts & Coffee Gallery | 1st floor | $60,000 | 3,000 | 2,625 | $20.00 | $22.85 |

104

## Vacancy & Credit Loss Discussion

The subject's location is excellent. It is a corner property in an area whereby there are very few vacancies, particularly for newer product. It is expected that vacancy and credit loss will not exceed **5%** on a stabilized basis. Further, due to the subject's smaller size of 5,072 SF, corner lot, and ingress/egress from two streets plus a public alley, the location is ideally suited for a wide variety of uses.

Siegle & Associates, LLC

## Operating Expense Discussion

It should be noted that based on the appraiser's research on this assignment, as well as previous assignments, CAM charges for shopping centers in the area typically run from $2.50 to $5 per square foot.

The appraiser identified several comparable facilities in regard to operating expense data. These expense structures are as follows:

| Address | Van Dyke, Utica | Hoover, Warren | Hayes, Clinton Twp. | Hall Road, Utica | IREM Metro Detroit |
|---|---|---|---|---|---|
| Center Size | 12,050 | 19,309 | 15,230 | 20,884 | |
| Year Built | 1960's | 1960's | 1989 | 1985 | |
| Expense Year | 2002 | 2003 | 2002 | 2003 | |
| | | | | | |
| Cleaning & Maintenance | $2.14 | $1.81 | $0.69 | $1.50 | $.96 median |
| Insurance | $0.33 | $0.08 | $0.17 | $.27 | $.26 median |
| Utilities | $0.41 | $0.21 | $0.20 | $.12 | $.12 median |
| Taxes | $1.80 | $0.45 | $1.76 | $1.34 | $1.00 median |
| Expenses PSF | $4.68 | $2.55 | $2.82 | $3.23 | |

*The Utility Expenses for the Hoover property are an average of 2001 and 2002
**The 2001 taxes were used for the Hayes property, due to a lot split in 2002.

From the comparable operating statements, **Cleaning & Maintenance** costs range from $.69 to $2.14 per square foot with the two older centers being at the upper end. A Cleaning & Maintenance cost of $1 per square foot is applied to the subject, since it is a new facility on a relatively smaller lot require minimal exterior lot maintenance.

**Insurance** costs range from $.08 to $.33 per square foot with IREM's average at $.26 per square foot. Heritage Phase I, which adjoins the subject has an insurance premium of $.27 per square foot. A rate of **$.30** per square foot is expected for the subject.

**Utilities** range from $.12 to $.41 per square foot for local, actual operating statements with the IREM average at $.12 per square foot. A rate of **$.15** per square foot is selected for the subject as it is expected that the suites will be individually metered with utility costs covering exterior site lighting and water for in-ground sprinklers. The site will have minimal landscaping relative to its size. There are no interior common areas except stairwells and an assumed elevator.

**Property taxes** are estimated at **$23,000**.

**Legal & Professional Fees** vary from property to property with the expense comparables ranging from $0 to $.15 per square foot. IREM reports the median at $.25 per square foot. The subject is expected to incur legal & professional fees of approximately **$.10** per square foot to cover accounting and occasional legal costs.

106

Management fees are expected to be **4%** of effective gross income. Due to the subject being a two-tenant building, the management fees would be minimal.

**Reserves for replacement** can vary from $.10 to approximately $.35 per square foot. Due to the subject's age (new construction), the reserve is expected to be **$.10** per square foot.

| Operating Statement – Contract Rents | | |
|---|---|---|
| | | |
| Center Size | | 5,072 |
| | | |
| | SF | |
| Advanced Petroleum | 2,447 | $60,000 |
| Nuts & Coffee | 2,625 | $60,000 |
| Total Rent | | $120,000 |
| | | |
| Expense Reimbursements NNN | | $30,354 |
| Gross Potential Rent | | $150,354 |
| | | |
| Vacancy & Collection Loss | 5.00% | $7,518 |
| Effective Gross Income | | $142,837 |
| | | |
| **Operating Expenses** | | |
| Cleaning & Maintenance(NNN) | $1.00 | $5,072 |
| Insurance(NNN) | $0.30 | $1,522 |
| Legal & Professional | $0.10 | $507 |
| Taxes(NNN) | | $23,000 |
| Utilities(NNN) | $0.15 | $761 |
| Management Fees | 4.00% | $5,713 |
| Reserve for Replacement* | $0.10 | $507 |
| Operating Expenses | | $37,082 |
| | | |
| Net Operating Income | | $105,754 |

## Development of the "going in" rate

At the present time, mortgage rates for retail property similar in size to the subject can be obtained for approximately 6.25 to 7%. Amortization periods can be obtained from 15 to 20 years with loan-to-value ratios of 70 to 75%. From this information, a mortgage constant is developed. A rate of 6.5%, 20-year amortization, and a 75% loan-to-value is selected.

In addition to the mortgage component of a capitalization rate, the second consideration is the equity component. The equity dividend rate is based on the before tax cash flow available to equity after the mortgage, or debt service, has been paid. The percentage is calculated as cash flow to equity divided by the original equity investment.

Equity dividend rates are ranging between 9 and 12% for retail properties similar to the subject. Based on the subject's location, physical, and economic characteristics, an equity dividend rate of 10% is selected.

The following table summarizes the calculation of the weighted average band of investment technique:

|  | LTV | Rate | Weight |
|---|---|---|---|
| Mortgage | 75% | 8.95% | 6.71% |
| Equity | 25% | 10% | 2.50% |
|  |  |  | 9.21% |

As the preceding table indicates, the capitalization rate extracted from the weighted average band of investment technique is approximately 9.21%.

The next method is to examine actual sales of shopping centers. Where the net operating income is made available, the overall rates can be extracted from sale transactions. Capitalization rates should be consistently extracted either with reserves or without reserves. The following overall rates have been extracted from sale transactions:

108

| Location | Sale Date | Square Feet | OAR | Cap Comp |
|---|---|---|---|---|
| 46693-46737 Van Dyke, Shelby | 6/23/2003 | 32,048 | 8.12% | 1 |
| 13459-13471 23 Mile Road, Shelby | 5/15/2002 | 10,764 | 10% | 2 |
| 45555-455563 Van Dyke, Utica | 6/27/2002 | 6,000 | 7.39% | 3 |
| 50620-50662 Van Dyke, Shelby | 4/4/2002 | 18,481 | 9.75% | 4 |
| 16736 Country Meadows, Macomb | 9/02 | 91,343 | 9.46% | 5 |
| 40000 Hayes, Clinton Township | 8/01 | 22,500 | 9.29% | 6 |
| 39725 Garfield, Clinton Township | 3/11/2003 | 40,000 | 9.00% | 7 |
| 22421 Kelly Road, Eastpointe | 9/10/2003 | 10,690 | 10.09% | 8 |
| 43200 Hayes, Clinton Township | 11/23/2003 | 15,230 | 6.79% | 9 |
| 36739 Garfield, Shelby Township | 10/27/2004 | 25,461 | 8% | 10 |
| 13251 Michigan Avenue, Dearborn | 1/01/2005 | 2,014 | 10.34% | 11 |

As the overall rates indicate, the range is from 6.79 to 10.34%. The average of this small sample is 8.93%.

A supplementary source to consider is published sources, which include the RERC report and the Korpacz Real Estate Report. The fourth quarter 2005 Peter Korpacz report indicates that capitalization rates for non-institutional grade strip shopping centers range from 7 to 11.5% with an average of 9.06%. Institutional grade strip shopping centers are selling at cap rates of 6 to 9% with an average of 7.42%. These statistics are based on national averages and do not necessarily reflect the local sub-market dynamics.

The average capitalization rate extracted from sales is 8.93% and the weighted average band of investment supports a 9.21% rate. It is the appraiser's opinion that a capitalization rate of **9%** is supported for the subject.

## Analysis of Leased Fee and Fee Simple

The preceding leased fee cash flow forecast considers leases that are at or slightly above market. The first floor occupant is at the upper end of the range; however, its lease rate is flat over ten years. Rents surveyed by the appraiser range from flat to 3 to 5% per year increases in rent. When considering the average market rent over a ten-year period relative to the subject's flat rent, the first floor tenant's rent is more or less at market.

The second floor tenant, however, is reportedly leased at the same annual rent level as the first floor occupant with less square footage resulting in a rental rate of $24.52 PSF NNN, based on second floor actual measurements from the plans provided by the architect. Typically second floor office space rents for a lower rate PSF than first floor retail space.

The appraiser reviewed lease comparable transactions of office space within Dearborn and based on comparable office space, a range of $12 to $18.35 PSF NNN emerges. When considering the size and location of the subject, a market rental rate for the

109

subject's second floor of **$15 to $18 PSF** NNN emerges. A rate of say **$17 PSF** is concluded.

The following is the subject's fee simple market value via the Income Approach followed by a leased fee adjustment in order to arrive at the leased fee value;

## Operating Statement

| Center Size | | | 5,072 |
|---|---|---|---|
| | Rate | SF | |
| Market Rent for Advanced Petroleum | $17 | 2,447 | $41,599 |
| Nuts & Coffee | | 2,625 | $60,000 |
| Total Rent | | | $101,599 |
| | | | |
| Expense Reimbursements NNN | | | $30,354 |
| Gross Potential Rent | | | $131,953 |
| | | | |
| Vacancy & Collection Loss | | 5.00% | $6,598 |
| Effective Gross Income | | | $125,356 |
| | | | |
| **Operating Expenses** | | | |
| Cleaning & Maintenance(NNN) | | $1.00 | $5,072 |
| Insurance(NNN) | | $0.30 | $1,522 |
| Legal & Professional | | $0.10 | $507 |
| Taxes(NNN) | | | $23,000 |
| Utilities(NNN) | | $0.15 | $761 |
| Management Fees | | 4.00% | $5,014 |
| Reserve for Replacement* | | $0.10 | $507 |
| Operating Expenses | | | $36,383 |
| | | | |
| Net Operating Income | | | $88,973 |
| Capitalization Rate | | | 9.00% |
| Opinion of Value | | | $988,586 |
| Rounded | | | $990,000 |

As can be seen, the fee simple cash flow is slightly less than the leased fee cash flow reflecting the subject's higher contract rates. The contract rents, however, do not continue into perpetuity and instead term out in 10 years.   When considering this rent differential of $7.52 PSF for ten years, or $18,401 per year (Actual annual rent of $60,000 less market rent (2,447 SF second floor x $17 PSF)).   Applying a safe rate of say 7% and assuming annual payments, the present value differential is $129,241.  Adding this $130,000 rounded differential to the concluded prospective market value of $990,000 results in a leased fee value of;

## $1,120,000
## One Million One Hundred and Twenty Thousand Dollars

## Sales Comparison Approach - Land

Principles involved in the sales comparison approach include supply and demand, substitution, balance, and externalities.

The general procedure in the sales comparison approach is as follows:

➢ Research the market for information on sale transactions, listings, pending sales, etc.
➢ Verify the information
➢ Select relevant units of comparison
➢ Compare the comparable properties to the subject and make adjustments for elements of comparison
➢ Reconcile the value indications into a single value or range of values

Over 7 sales were identified. However, the most relevant, comparable sales are selected and analyzed.

The most typical unit of comparison for vacant commercial-zoned land is price per square foot. This is the unit of comparison selected in this report. The sales are identified as follows:

112

## COMPARABLE LAND SALES SUMMARY TABLE

| No. | Location | Sale Date | Price | Size in Acres | Price/ Acre |
|---|---|---|---|---|---|
| 1. | 23541 Ford | 09/02 | $310,000 | 0.238 | $1,301,930 |
| 2. | NW Corner of Warren & Willaimson | 06/01 | $300,000 | 0.529 | $566,892 |
| 3. | SW Corner of Schaefaer & Morross | 03/03 | $288,000 | 0.486 | $592,654 |

113

Land Sale No. 1



**Property Identification**

Record ID: 167
Property Type: Retail, Retail
Address: 23541 Ford, Dearborn, Wayne County, Michigan
Tax ID: 32-09-161-05-001

**Sale Data**

Grantor: Kenneth A. & Lisa A. Norwick
Grantee: Joseph Castlevetere
Sale Date: September 25, 2002
Property Rights: Fee simple
Conditions of Sale: Arm's length
Financing: Conventional
Verification: City records; Co-Star

Sale Price: $310,000

**Land Data**

Zoning: BA
Topography: Level
Utilities: All
Dimensions: 122x85'
Shape: Rectangular

114

**Land Size Information**
Gross Land Size                          0.238 Acres or 10,372 SF
Front Footage                            207 ft Total Frontage: 122 ft Ford;85 ft Mildred

**Indicators**
Sale Price/Gross Acre          $1,301,928
Sale Price/Gross SF            $29.89
Sale Price/Front Foot          $1,498

**Remarks**
The site was subsequently improved with a retail building.  The site was a previously developed site; whereas, the buildings were subsequently demolished.  The new building was constructed in 2003.

Siegle & Associates, LLC

Land Sale No. 2



## Property Identification

| | |
|---|---|
| Record ID | 168 |
| Property Type | Retail |
| Address | NW Corner of Warren & Willaimson, Dearborn, Wayne County, Michigan |
| Location | NW Corner of Warren & Williamson |
| Tax ID | 32-10-064-21-013 |

## Sale Data

| | |
|---|---|
| Grantor | Outer Drive RE, LLC |
| Grantee | Riad Shatila |
| Sale Date | June 11, 2001 |
| Property Rights | Fee simple |
| Conditions of Sale | Arm's length |
| Verification | City records; Co-Star |
| | |
| Sale Price | $300,000 |

## Land Data

| | |
|---|---|
| Zoning | BB |
| Topography | Level |
| Utilities | All |
| Dimensions | 204x113' |

116

Shape                              Rectangular

**Land Size Information**
Gross Land Size                    0.529 Acres or 23,052 SF
Front Footage                      317 ft Total Frontage: 204 ft Warren;113 ft Williamson

**Indicators**
Sale Price/Gross Acre              $566,892
Sale Price/Gross SF                $13.01
Sale Price/Front Foot              $946

**Remarks**
A bakery, Shatila Bakery was constructed in 2002.

117

Land Sale No. 3



**Property Identification**

| | |
|---|---|
| Record ID | 169 |
| Property Type | Retail, Retail |
| Address | SW Corner of Schaefer & Morross, Dearborn, Wayne County, Michigan |
| Location | SW Corner of Schaefer & Morrows |
| Tax ID | 32-10-064-10-022 |

**Sale Data**

| | |
|---|---|
| Grantor | Unity, LLC |
| Grantee | Mahmoud M & Zeinab A. Salami |
| Sale Date | March 28, 2003 |
| Property Rights | Fee simple |
| Conditions of Sale | Arm's length |
| Financing | Conventional |
| Verification | City records; Co-Star |
| | |
| Sale Price | $288,000 |

**Land Data**

| | |
|---|---|
| Topography | Level |
| Utilities | All |
| Dimensions | 182x112' |

118

Shape                           Rectangular

**Land Size Information**
Gross Land Size                 0.486 Acres or 21,168 SF
Front Footage                   189 ft Total Frontage: 189 ft Schaefer

**Indicators**
Sale Price/Gross Acre           $592,653
Sale Price/Gross SF             $13.61
Sale Price/Front Foot           $1,524

Siegle & Associates, LLC



120

Adjustments are applied to sales for comparison to the subject. The following adjustments are applied within the sales adjustment grids:

➢ Buyer expenditures immediately after the sale

➢ Property rights conveyed

➢ Conditions of sale

➢ Market conditions

➢ Location

➢ Size

➢ Zoning

➢ Topography

➢ Utilities

121

## Land Sales Adjustment Grid

| | Subject | Sale 1 | | Sale 2 | | Sale 3 | |
|---|---|---|---|---|---|---|---|
| Address | 13041 W. Warren | 23541 Ford | | NW Corner Warren & Williamson | | SW Corner of Schaefer & Morros | |
| | Dearborn | Dearborn | | Dearborn | | Dearborn | |
| Location | | | | | | | |
| | | | | | | | |
| Sale Price | | $310,000 | | $300,000 | | $288,000 | |
| Sale Date | | 9/25/2002 | | 6/11/2001 | | 3/28/2003 | |
| Land size per square foot (useable) | 12,000 | 10,372 | | 23,052 | | 21,168 | |
| | | | | | | | |
| Sale Price/Net Acre | $0.00 | $29.89 | | $13.01 | | $13.61 | |
| | | | | | | | |
| Real Property Rights Conveyed | | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | | Cash | | Cash | | Cash | |
| Conditions of Sale | | Arm's Length | | Arm's Length | | Arm's Length | |
| Market Conditions | | 9/25/2002 | 17.50% | 6/11/2001 | 25.00% | 3/28/2003 | 15.00% |
| Cumulative Adjustments | | | $35.12 | | $16.27 | | $15.65 |
| | | | | | | | |
| **Physical Adjustments** | | | | | | | |
| Location | Corner property | Corner property | 0.00% | Corner property | 0.00% | Corner property | 0.00% |
| Site Size (net site area) | 12,000 | 10,372 | 0.00% | 23,052 | 5.00% | 21,168 | 5.00% |
| Site Shape | Rectangular | Rectangular | 0.00% | Rectangular | 0.00% | Rectangular | 0.00% |
| Zoning | BB, Comm. Business | BA | 0.00% | BB | 0.00% | CMB | 0.00% |
| Topography | Level | Level | 0.00% | Level | 0.00% | level | 0.00% |
| Utilities | All available | All available | 0.00% | All available | 0.00% | All available | 0.00% |
| Net Adjustments | | | 0.00% | | 5.00% | | 5.00% |
| | | | | | | | |
| Overall Adjustments | | | $35.12 | | $17.08 | | $16.43 |

Siegle & Associates, LLC

Adjusted prices range from $16.43 to $35.12 PSF. The range of land sales researched by the appraiser topped out at a high of slightly over $68 PSF for a previously developed site. Little by way of land sales or land sales as a result of building teardowns were identified by the appraiser for Dearborn. Co-Star, RealcompII online, and MIREALSOURCE were researched. Further, the appraiser researched several potential land sales using the public record data reporting available through Realcomp II. Unfortunately, the city of Dearborn does not keep an active list of land and building sales available to the public and contact made by the appraiser and one of his assistants revealed no response from Dearborn assessing officials as of the date of the report. Little useful information was supplied to the appraiser from city of Dearborn officials.

The preceding sales were the best available for all of Dearborn although all are older sales. Adjustments were made for market conditions as demand for land in Dearborn continues to increase primarily as a result of teardowns of existing buildings. Sales 2 and 3 are nearly double the size of the subject and are adjusted upward slightly for size. Remaining physical attributes are similar.

After adjustments, the range is $16.43 to $35.12 PSF. It is the appraiser's opinion that a per unit rate of $17 PSF is supported.

Applying $17 to the site size of 12,000 SF results in an opinion of market value of $204,000, or rounded to;

**$205,000**
**Two Hundred and Five Thousand Dollars**

# Cost Approach

There are several steps involved in the development of market value by the Cost Approach. These steps are:

➤ estimate the value of the site as if vacant and available for its highest and best use;
➤ estimate replacement or reproduction cost of the building and site improvements;
➤ estimate all forms of accrued depreciation;
➤ deduct the various forms of depreciation from the estimated replacement or reproduction cost of the building and site improvements;
➤ add the land value to the total depreciated value of the building and site improvements

124

In order to determine the construction costs of this retail building the appraiser relied on the Marshall & Swift cost manual, as well as a review of the developer's budget.

The following summarizes the subject's construction costs "when completed":

## Building Improvements "when complete/when stabilized"

| | Unit Cost | Area | Cost |
|---|---|---|---|
| Base Construction - good[1] | $83.36 | 5,072 | $422,802 |
| Sprinklers[2] | $0.00 | 0 | $0 |
| Elevator | | | $35,000 |
| Package heating/cooling - moderate to ext.[3] | $3.10 | 6,510 | $20,181 |
| Subtotal Cost | | | $477,983 |
| **Refinements** | | **Adjustment** | |
| Perimeter Adjustments (average)[4] | | 1.1400 | $544,901 |
| Story Height Multiplier (15-12')[5] | | 1.064 | $579,774 |
| Current Cost Multiplier[6] | | 0.98 | $568,179 |
| Local Cost Multiplier[7] | | 1.17 | $664,769 |
| Base Building Replacement Cost | | | $664,769 |

1) Section 13, page 26
2) Section 13, 39
3) Section 13, page 39 (difference between moderate and extreme climate)
4) Section 13, page 40
5) Section 13, page 41
6) Section 99, page 3 (central zone category)
7) Section 99, page 8

Siegle & Associates, LLC

## Site Improvements

In addition to the building costs, site improvement replacement costs must be similarly considered and are summarized as follows:

| Item | Area or Quantity. | Unit Cost | Estimated Cost |
|---|---|---|---|
| Surface Parking[1] | 14 | $955.00 | $13,370 |
| Concrete Walks[2] | 800 | $2.96 | $2,368 |
| Trash enclosure[3] | 1 | $5,000 | $5,000 |
| Landscaping[4] | | | $15,000 |
| Sub Total | | | $35,738 |
| Refinements | | Adjustments | |
| Current Cost Multiplier[5] | | 1.03 | $36,810 |
| Local Cost Multiplier | | 1.17 | $43,068 |
| Total Cost | | | $43,068 |

1) Section 66, page 3.
of parking space formula
2) Rate near mid-point of low and high range - Section 66, page 2
for concrete sidwalks
3) Trash enclosures - masonry - Section 66, page 4
4) Appraiser's judgement, based on landscaped area cost
remaining net of landscaping costs included in the surface
parking cost formula
5) Unit in place current cost multiplier

## Soft Costs

After direct costs are considered, indirect costs must be considered. These costs include the property tax expense on the land, the loan origination fee, leasing commissions and followed by entrepreneurial incentive.

- Property taxes on the vacant land for a one-year period are utilized based on land value concluded multiplied by non-homestead tax rate - $205,000/2 or $102,500/1,000 = 102.50 x $58.8989 = $6,037 say $6,000 rounded.

- A loan origination fee of 1% is applied to the construction hard and soft costs.

126

- A leasing commission of 5% of the contract rate is applied for the 10-year terms -
  $60,000 each x 2 x 10 years x 5% = $60,000

| | | |
|---|---|---|
| Property taxes | | 6,000 |
| Loan Origination* | 1.00% | 7,078 |
| Leasing Commissions | | 60,000 |
| Total costs | | 73,078 |
| *Percentage of hard and soft costs | | |

## Entrepreneurial Incentive

The next consideration is entrepreneurial incentive. Entrepreneurial incentive is defined the Eleventh Edition of The Appraisal of Real Estate as, "Entrepreneurial incentive is a market derived figure that represents the amount of an entrepreneur expects to receive as repayment for expenditure (direct and indirect cost) and as compensation for providing coordination and expertise and assuming the risks associated with the development of a project."

According to the appraiser's research and analysis, entrepreneurial incentive for a project similar to the subject would suggest a range of 8 to 17% of total project costs. A figure of 8% is selected.

Siegle & Associates, LLC

## Cost Summary

| | | Building | Site Improvements | Total |
|---|---|---|---|---|
| Replacement Cost | | $664,769 | $43,068 | $707,837 |
| Soft Costs[1] | $73,078 | $68,632 | $4,446 | $73,078 |
| Sub-total | | $733,401 | $47,514 | $780,915 |
| Entrepreneurial Incentive | 8.00% | $58,672 | $3,801 | $62,473 |
| Total: | | $792,073 | $51,315 | $843,389 |
| Depreciation: | | | | |
| Physical Depreciation | | Long-lived | Short-lived | |
| Effective Age | | 1 | 1 | |
| Economic Life | | 45 | 14 | |
| Percent Depreciation | | 2% | 7% | |
| Amount | | $17,602 | $3,665 | $21,267 |
| Sub-Total | | | | $822,122 |
| Less: External Obsolescence | | | | $0 |
| Depreciated Replacement Cost | | | | $822,122 |
| Land Value | | | | $205,000 |
| Opinion of Market Value | | | | $1,027,122 |

(1) Taxes during construction, loan origination fees, and leasing costs (when applicable)

As the preceding analysis indicates, it is the appraiser's opinion that the subject's "prospective" market value via the Cost Approach is $1,027,000. Since the preceding is theoretically of the fee simple interest, a property rights adjustment must be applied in order to arrive at a leased fee value. In the Income Approach, it was concluded that the difference between fee simple and leased fee is $130,000 reflecting contract rents that are above market for the second floor user. Considering this, a property rights adjustment is applied as follows;

| | |
|---|---|
| Cost Approach Fee Simple | $1,027,122 |
| Leased Fee Adjustment | $130,000 |
| Leased Fee | $1,157,122 |
| Leased Fee Rounded | $1,160,000 |

It must be noted that the appraiser also analyzed the construction budget as provided by the architect. The costs per page 3 of the budget were based on a construction manual and may not reflect actual costs. Further, it does not appear that the budget includes site costs except for landscaping. Additionally, the budget does not appear to reflect interior

128

build out costs such as wall partitioning, ceilings, floor covering and hardware. The budget also would not reflect entrepreneurial profit, land value, property taxes during construction, loan origination fee, and leasing commissions associated with securing the tenants. A copy of the construction budget is included in the addendum.

Siegle & Associates, LLC

## Reconciliation and Final Value Conclusion

The following table summarizes the opinion of value from the approaches reported in this appraisal:

| Approach | As Is | When Complete |
|---|---|---|
| Sales Comparison | $250,000 | $1,170,000 |
| Income Approach | | $1,120,000 |
| Cost Approach | | $1,160,000 |
| Final | $250,000 | $1,130,000 |
| Date | June 13, 2006 | January 1, 2007 |

As the appraiser has researched the subject property, its neighborhood, and its comparable properties, the property appears to be more suitable for either investment or owner occupancy. The quantity and quality of data, however, via the Income Approach, however, far exceeds that of the Sales Comparison Approach given that fact that very few buildings comparable in size, of the quality level, and corner location have sold in recent years.

Considering this, most weight is placed on the Income Approach; however, the value via the Sales Comparison Approach is also given consideration, although to a much lesser extent.

Minimal weight is placed on the Cost Approach. Land values are minimally supported with only several land sale transactions available after an extensive search. Replacement costs were supported by Marshall & Swift with secondary reliance on the budgeted cost. However, the appraiser used good class C as a matter of judgment. Should the quality level be slightly less, say average of average to good, then the value via the Cost Approach would be lowered and become more in line with the Income Approach.

It is the appraiser's considered opinion that the subject's "as is" market value is;

**$250,000**
**Two Hundred and Fifty Thousand Dollars**

It is the appraiser's considered opinion, that the subject's "when complete/when stabilized" market value is;

**$1,130,000**
**One Million One Hundred and Thirty Thousand Dollars**

Siegle & Associates, LLC

## Certification

I certify that, to the best of my knowledge and belief,

The statements of fact contained in this report are true and correct;

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions;

I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved;

I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment;

This appraisal assignment was ordered by **Comerica Bank.** I have not prepared an appraisal on the subject property for another bank or financial services company or the borrower within the last year;

My engagement in this assignment was not contingent upon developing or reporting predetermined results;

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal;

That prior to receiving this assignment I was competent to prepare an appraisal of the subject property and was familiar with the market in which it was located;

To the best of my knowledge and belief, I have complied with the competency provision and rules 1-5 of the Uniform Standards of Professional Appraisal Practice (USPAP), as adopted from time to time by the Appraisal Standards Board of the Appraisal Foundation;

To the best of the appraiser's knowledge, the appraisal complies with **Comerica Bank's** Commercial Appraisal Guidelines, which requires conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) and current FIRREA/OCC Regulations. The report also complies with all Professional Standards and Code of Ethics of the Appraisal Institute and all federal and state laws governing the real estate appraisal industry;

In Michigan, appraisers are required to be licensed/certified by the Michigan Department of Consumer and Industry Services, Licensing Division, P.O. Box 30018, Lansing, Michigan 48909. I am licensed in the state of Michigan as a State Certified Real Estate Appraiser;

131

The appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan;

I have inspected the subject property;

No one provided significant professional assistance to the person signing this report;

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of the report, I, Kenneth R. Siegle, MAI, have completed the continuing education program of the Appraisal Institute.

Kenneth R. Siegle, MAI
State Certified Appraiser No. 1201005436

Date:   June 30, 2006

132

Kenneth R. Siegle, MAI, M.S.F.
Siegle & Associates, LLC
43455 Schoenherr, Suite #5
Sterling Heights, MI 48313

Cell:   586.344.9747
Phone: 586.997.3308
Fax:   586.997.3338

## Educational Background

1991 M.S.F.          Walsh College. Masters of Science in Finance

1987 B.S.            Taylor University. Major in Business Administration and minor in Systems
                     Analysis

## Appraisal Courses and Seminars

- Hotel/Motel Valuation
- Residential Appraising
- Standards of Professional Practice parts A and B
- Advanced Income Capitalization
- Appraisal Procedures
- Advanced Sales Comparison and Cost Approach
- Highest & Best Use and Market Analysis
- Advanced Applications
- Advanced Report Writing
- Appraisal Review – Commercial
- Land Valuation Principles and Procedures
- Evaluating Commercial Construction

## Appraisal Experience

**Owner, Siegle & Associates** – February 2003 to Current

Appraised numerous commercial & residential properties, including;

- Apartments
- General office buildings
- Medical office buildings
- Retail centers
- Subdivisions
- Industrial buildings

**Staff Appraiser, Standard Federal Bank** – April 1996 to February 2002

Appraised and/or reviewed numerous commercial properties, including;

- Apartments
- Retail buildings
- Office buildings
- Industrial buildings
- Vacant land
- Subdivisions
- Hotels

133

Siegle & Associates, LLC

## Professional Affiliations

- MAI Designtated Member of the Appraisal Institute
- Certified General Real Estate Appraiser

## Other Work Experiences

**Commercial Special Assets Loan Officer**
**Vice President, Commercial Special Assets Department**
February 2002 to January 2003

- Foreclosure, bankruptcy, and workouts of commercial real estate and business loans
- Asset disposition, including sale of commercial property and personal property
- Monitored a portfolio of loans

**Commercial Appraiser**
Vice President (April 1996 to February 2002)

- Review and appraise commercial property

Prior to merger with Michigan National Bank,
- Appraise and review commercial property
- Assist with the day-to-day management of the department
- Developed database for tracking commercial appraisal production and fee contractor data
- Assist in developing and maintaining department procedures and guidelines
- Department's computer and technology manager
- Prepare periodic reporting and financial analyses of residential appraisal production and cost analyses

**Commercial Real Estate Loan Servicing Officer**
Assistant Vice President (November 1989 to April 1996)

- Sold **$14.9 million** of Bank-owned fixed assets and real estate owned properties
- Prepared marketing packages for the sale of commercial property
- Negotiated leases, property sales, and troubled debt restructurings
- Proposed and analyzed troubled debt restructuring and loan workouts
- Constructed discounted cash flow analyses for commercial property valuation
- Analyzed financial statements and calculated debt coverage ratios
- Performed collection calls on delinquent commercial mortgage customers
- Conducted a seminar on discounted cash flow analyses

**Management Trainee (June 1987 to November 1989)**
- Closed residential first mortgages, equity lines, etc.
- Conducted sales calls to builders and brokerage firms
- Mortgage underwriting for residential mortgages
- Various residential loan servicing functions



134

Siegle & Associates, LLC

Addendum

Siegle & Associates, LLC

## Ken Siegle

| | |
|---|---|
| **From:** | NMTisaby@comerica.com |
| **Sent:** | Wednesday, May 31, 2006 11:20 AM |
| **To:** | ksiegle@mirealsource.com |
| **Cc:** | NMTisaby@comerica.com |
| **Subject:** | Engagement Letter - MI-2006-PLA-612 |
| **Attachments:** | Master Service Agreement.PDF; administrative review summary.PDF |

Congratulations! You have been awarded the appraisal assignment for the property referenced below, and this notification shall serve as your authorization to proceed, subject only to your confirmation of acceptance of this assignment. Your stated fee for this assignment is $2800 with a turnaround time of 28 days. We therefore request your reports by 6/28/2006. Please respond within 48 hours to the reviewer noted below to indicate your acceptance of the terms of this assignment as noted herein.

It is understood that your assignment will be prepared in accordance with Comerica's Appraisal Standards and Definitions and this assignment is subject to Comerica's Engagement Terms and Covenants. Copies of these documents as well as a copy of this notification must be included in the Addenda of your appraisal report.

CREA Number: MI-2006-PLA-612
Borrower: Nasser Chammout
Property Address: 13041-13033 West Warren, Dearborn, MI

COMERICA REVIEWER
Name: Nikkia M Tisaby
Mailing Address: MC 3203 - 500 Woodward Avenue, 4th Floor, Detroit MI 48275
Phone: (313) 222-3918
Fax: (313) 961-1447

CONTACT PERSON
Name: Nasser Chammout
Phone: 3133610888
Fax:

APPRAISAL INFORMATION
Report Type: Complete
Report Format: Summary
Interest to be Appraised: Leased Fee
Market Values to be Reported: As Is (current), As Completed/Not Stabilized (prospective), As Completed/Stabilized (prospective)
Special Appraisal Requests: IF THE PROPERTY IS LEASED AT SOMETHING OTHER THAN MARKET RENT, THEN WE MAY ALSO NEED THE FEE SIMPLE VALUE AS WELL AS THE LEASED FEE VALUE.

LOAN OFFICER
Name: Patricia L Alexander
Phone: (313) 359-9718
Fax: (313) 222-4414

7/3/2006

Please reply to this message and state whether or not you accept the terms of this assignment.

A copy of the Appraisal Standards and Definitions and/or the Engagement Terms and Covenants is attached.
*(See attached file: Master Service Agreement.PDF)(See attached file: administrative review summary.PDF)*

7/3/2006

## Comerica

### MASTER SERVICE AGREEMENT

All appraisals of real property or interests in real property prepared for Comerica Bank must comply with the following terms of engagement and covenants, the most current edition of the Uniform Standards of Professional Appraisal Practice (USPAP), the minimum appraisal standards for federally related transactions as set forth by the Federal Reserve Board (FRB), and Comerica's appraisal standards and definitions described below. A copy of this document must be included in all appraisal reports prepared for Comerica Bank.

### PAYMENT OF FEE BY LENDER

The Fee shall be due and payable by Lender (Comerica) within 30 days after satisfactory completion of an appraisal review and written confirmation by Comerica's Commercial Real Estate Appraisal group (CREA) to the lending officer that the appraisal complies with all of the terms and conditions of this Master Service Agreement.

Lender(Comerica) reserves the right to suspend payment of Fee if Lender, at its sole discretion, determines that Appraiser's performance under this agreement is unsatisfactory and Appraiser fails to cure such unsatisfactory performance **within 5 business days of such notice.**

**Your Federal Tax ID number and the CREA File # MUST be included on the appraisal invoice to ensure timely payment.**

### SCHEDULE OF PERFORMANCE

Appraiser agrees to commence performance of the obligations under this agreement immediately upon execution. Time is of the essence. If the appraisal report is not completed and received by the completion date noted above, Lender reserves the right, at its sole discretion, to (1) cancel the assignment under this engagement for cause, in which case no fee will be paid, or (2) reduce the stated appraisal fee by 5% per business day commencing on the completion date and thereafter until the date the appraisal is received. The penalty for any late appraisal report shall be deducted from the stated appraisal fee.

If delays are anticipated, the appraiser must initiate a written request for an extension of the completion date, citing the cause for the delay. Lender will provide a written response either approving or denying your request at its sole discretion.

Upon receipt of the appraisal, a review will be performed by the Lender's Appraisal Department. If at the Reviewer's discretion, the appraisal is incomplete or does not meet the Standards that were contracted, the appraiser will be informed of such issues. The appraiser will then have 5 business days to address such issues. If after 5 business days a response is not received from the appraiser, the Lender, at his sole discretion, reserves the right to reduce the stated appraisal fee by 5% per business day commencing on the 6th business day from when the

appraiser was initially contacted by the Lender's Appraisal Department.

### NUMBER OF COPIES

Four complete original appraisals, **three bound and one unbound,** are to be provided together with your invoice. Each report must have original photographs, and original signatures in the Letter of Transmittal and Certification pages. All copies of the appraisal will be delivered to the Lender's Appraisal Department, unless otherwise directed by engagement.

Each report must also contain a copy of the Engagement Letter (e-mail notification) and Comerica's Master Service Agreement.

### APPRAISER INDEPENDENCE AND COMPETENCY

By acceptance of this engagement, Appraiser certifies to Lender that he/she has no direct or indirect interest, financial or otherwise, in the property, or with the borrower or the seller of the property, and possesses sufficient experience, educational background and expertise in relation to this engagement and the subject property to satisfy the Competency Provision of the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

### COVENANTS

1) The appraisal report will be prepared in conformance with Comerica's Appraisal Standards and Definitions.
2) The Lender's requests for appraisals from Appraiser does not create or imply an agency or employee relationship. Appraiser is an independent contractor and is solely liable for his/her actions pursuant to the requested appraisals.
3) Appraiser agrees to indemnify, defend, and hold Lender and its directors, officers, employees, subsidiaries, affiliates and agents harmless from any and all claims, losses, costs (including attorney's fees), and liabilities, whatsoever, occasioned by Appraiser's negligence, fraud or wrongful act in providing requested appraisal to Lender.
4) Appraiser agrees to secure, maintain and provide Lender with evidence of the following minimum insurance coverage:
   a. Commercial General Liability: $1 Million
   b. Workers Compensation Insurance: Statutory

1

**COMERICA**

## MASTER SERVICE AGREEMENT

5) Appraiser acknowledges that his/her approval by the Lender for appraisal assignments is not an endorsement of the appraiser or his/her firm, and any reference to the Lender in public media advertisements by Appraiser or his/her firm is expressly prohibited.

6) Appraiser additionally warrants that he/she is in compliance with all applicable State and Federal Licensing and Certification Regulations and that he/she is eligible and competent to perform appraisals in the state where the subject property is located.

7) Appraiser acknowledges that Lender has entered into this letter agreement because of your professional expertise. You agree that your duties and obligations, including but not limited to personal inspection of the property, shall not be assigned or delegated to any third party without prior written consent of the Lender.

8) This agreement may be terminated prior to the completion of the appraisal on the following conditions:
   a. By mutual agreement of both parties.
   b. By either party upon the breach of the terms, conditions or covenants of this agreement, or falseness of the representation and warranties contained herein.

9) Appraiser acknowledges the confidentiality of this assignment and agrees not to disclose factual data obtained from the Lender or the Borrower, or the results of this assignment, to anyone but the Lender.

10) Appraiser agrees to not discuss or divulge the results of the appraisal to anyone outside of the CREA group unless instructed otherwise in writing.

## UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE (USPAP)

By law, all real estate appraisers must comply with USPAP regulations in accordance with the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA). The Appraisal Standards Board (ASB) publishes USPAP annually, and the most current edition of USPAP as of the effective date of the appraisal shall govern.

## MINIMUM APPRAISAL STANDARDS FOR FEDERALLY RELATED TRANSACTIONS

The banking regulatory agencies jointly issued *Interagency Appraisal and Evaluation Guidelines* on October 27, 1994, which supersede their previous guidelines issued in 1992. These guidelines address supervisory matters relating to real estate appraisals and evaluations used to support real estate-related transactions. The agencies' appraisal regulations include five minimum standards for the preparation of an appraisal. The appraisal must:

1. Conform to generally accepted appraisal standards as evidenced by the Uniform Standards of Professional Appraisal Practice (USPAP) promulgated by the Appraisal Standards Board (ASB) of the Appraisal

Foundation unless principles of safe and sound banking require compliance with stricter standards.

2. Be written and contain sufficient information and analysis to support the institution's decision to engage in the transaction.

3. Analyze and report appropriate deductions and discounts for proposed construction or renovation, partially leased buildings, non-market lease terms, and tract developments with unsold units.

4. Be based upon the definition of market value as set forth in the regulation.

5. Be performed by state-licensed or certified appraisers in accordance with requirements set forth in the regulation.

## COMERICA'S APPRAISAL STANDARDS
### Engagement Letters

A copy of the Engagement Letter (e-mail notification) and a copy of Comerica's Master Service Agreement must be included in the Addenda of each copy of the appraisal report.

### Personal Inspection

A Comerica approved appraiser is required to make a personal inspection of the subject property.

### Letter of Transmittal

All letters of transmittal shall **clearly state the real property value of the subject and all extraordinary assumptions and hypothetical conditions related to the value conclusions.** In cases where other values may be reported, such as going-concern or enterprise values, a detailed allocation of these values must be stated in the letter, properly identifying the real property's contribution to the value conclusion.

### Comparable Information

For self-contained reports, each comparable land sale, improved sale and comparable rental shall be described in detail. For summary reports, a grid of the market data which summarizes all pertinent property characteristics will be acceptable. For both formats (self-contained or summary) color photographs of all improved comparables are required. Additionally, a comparable location map indicating where all comparables, including land sales, are located shall be included in each copy of the appraisal report.

### Adjustment Grids

Adjustment grids are required for land sales, building sales and rent comparables, and must contain quantified adjustments which delineate each item of adjustment as well as the direction and amount of each adjustment made. Qualitative adjustments are not acceptable.

### Plans and Specifications

All appraisals based on plans and specifications (new construction, proposed additions, renovation or remodeling, etc.) shall adequately set forth the preparer of the plans and specifications, including project/job number, last revision

2

**ComericA**

## MASTER SERVICE AGREEMENT

date, and other pertinent information within the description of the improvements section of the appraisal.

### As Is Value

All appraisals of real property shall set forth the current "As Is" value of the property.

### Non-Stabilized Properties

All appraisals of non-stabilized properties shall set forth the current "As Is" value of the property and the prospective "Stabilized" value as of a projected date. For proposed and rehabilitated rental developments, the appraiser must make appropriate deductions and discounts for items such as leasing commission, rent losses, and tenant improvements from an estimate based on stabilized occupancy.

### Proposed/New Construction

All appraisals of proposed/new construction shall set forth the current "As Is" value of the property, the prospective value "Upon Completion", and, if not stabilized upon completion of construction, the prospective "Stabilized" value. For proposed and rehabilitated rental developments, the appraiser must make appropriate deductions and discounts for items such as leasing commission, rent losses, and tenant improvements from an estimate based on stabilized occupancy.

### Subdivision Appraisals

For proposed developments that involve the sale of individual houses, units, or lots, the appraiser must analyze and report appropriate deductions and discounts for holding costs, marketing costs and entrepreneurial profit.

**The sum of retail sales for a proposed development is not the market value of the development for the purpose of the agencies' (FRB) appraisal regulations.**

**Terminology such as "Bulk Sale Value" or "Discounted Value" is not considered appropriate. The proper term should be "Market Value".**

### DEFINITIONS

### Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;
(2) Both parties are well informed or well advised, and acting in what they consider their own best interests;
(3) A reasonable time is allowed for exposure in the open market;
(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
(5) The price represents the normal consideration for the

property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### Market Value "As Is"

The value of the property in its present condition and under market conditions prevalent on the date of appraisal. No hypothetical conditions, assumptions, or qualification concerning the physical or legal aspects of the property are to be observed.

### Prospective Market Value "Upon Completion of Construction"

The forecast value as of a specific future date estimated in context with hypothetical condition in which a building that is proposed, under construction, conversion or rehabilitation is assumed to be complete, including all tenant finish, and ready for occupancy. Should anticipated market conditions indicate that stabilized occupancy is not likely as of the forecast date of completion, all appropriate deductions and discounts for lease-up risks should be applied. Additionally, any pre-leasing activity should be reflected.

### Prospective Market Value "Upon Reaching Stabilized Occupancy"

The forecast value as of a specific future date estimated when an income producing property reaches its optimum net operating income, assuming all physical improvements have been completed. Considered to be the estimated value that can be achieved, at the point in time when a property's income is projected to be relatively level in succeeding years of the forecast period.

### Extraordinary Assumption (per USPAP 2003 Edition)

An assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions and conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

### Hypothetical Condition (per USPAP 2003 Edition)

That which is contrary to what exists, but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

### Insurable Value

That portion of the value of an asset or asset group that is acknowledged or recognized under the provisions of an applicable loss insurance policy. It is based on the replacement and/or reproduction cost of physical items that are subject to loss from hazards.

*Revised October, 2003*

3