EXHIBIT F

Complete Title Services Of S.E.
Michigan, LLC



The First American Corporation

**Privacy Policy**

**We Are Committed to Safeguarding Customer Information**

In order to better serve your needs now and in the future, we may ask you to provide us with certain information. We understand that you may be concerned about what we will do with such information - particularly any personal or financial information. We agree that you have a right to know how we will utilize the personal information you provide to us. Therefore, together with our parent company, The First American Corporation, we have adopted this Privacy Policy to govern the use and handling of your personal information.

**Applicability**

This Privacy Policy governs our use of the information which you provide to us. It does not govern the manner in which we may use information we have obtained from any other source, such as information obtained from a public record or from another person or entity. First American has also adopted broader guidelines that govern our use of personal information regardless of its source. First American calls these guidelines its *Fair Information Values*, a copy of which can be found on our website at www.firstam.com.

**Types of Information**

Depending upon which of our services you are utilizing, the types of nonpublic personal information that we may collect include:
- information we received from you on applications, forms and in other communications to us, whether in writing, in person, by telephone or any other means;

- information about your transactions with us, our affiliated companies, or others; and

- information we receive from a consumer reporting agency.

**Use of Information**

We request information from you for our own legitimate business purposes and not for the benefit of any nonaffiliated party. Therefore, we will not release your information to nonaffiliated parties except: (1) as necessary for us to provide the product or service you have requested of us; or (2) as permitted by law. We may, however, store such information indefinitely, including the period after which any customer relationship has ceased. Such information may be used for any internal purpose, such as quality control efforts or customer analysis. We may also provide all of the types of nonpublic personal information listed above to one or more of our affiliated companies. Such affiliated companies include financial service providers, such as title insurers, property and casualty insurers, and trust and investment advisory companies, or companies involved in real estate services, such as appraisal companies, home warranty companies, and escrow companies. Furthermore, we may also provide all the information we collect, as described above, to companies that perform marketing services on our behalf, on behalf of our affiliated companies, or to other financial institutions with whom we or our affiliated companies have joint marketing agreements

**Former Customers**

Even if you are no longer our customer, our Privacy Policy will continue to apply to you.

**Confidentiality and Security**

We will use our best efforts to ensure that no unauthorized parties have access to any of your information. We restrict access to nonpublic personal information about you to those individuals and entities who need to know that information to provide products or services to you. We will use our best efforts to train and oversee our employees and agents to ensure that your information will be handled responsibly and in accordance with this Privacy Policy and First American's *Fair Information Values*. We currently maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

© 2001 The First American Corporation. All rights reserved.

SCHEDULE B - SECTION II
EXCEPTIONS

Commitment No.: 12169

Any policy we issue will have the following exceptions unless they are taken care of to our satisfaction:

1.  Any discrepancies or conflicts in boundary lines, any shortages in area, or any encroachment or overlapping of improvements.

2.  Any facts, rights, interest or claims which are not shown by the public record but which could be ascertained by an accurate survey of the land or by making inquiry of persons in possession thereof.

3.  Easements, liens or encumbrances or claims thereof, which are not shown by the public records.

4.  Any lien, or right to lien for services, labor or material imposed by law and not shown by the public records.

5.  Taxes and Assessments not due and payable at Commitment Date.

6.  Revocable Permit to Maintain Encroachments within a County Road, recorded in Liber 20814 Page 59.

7.  Building and use restrictions and other terms, covenants, conditions, agreements, obligations and easements, but deleting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604 (c), disclosed by instrument recorded in Liber 3519 Page 414 and Liber 3589 Page 417.

8.  Easements within the platted subdivision.

End of Schedule B-II
First American Title Insurance Company

( d )　　You must tell us in writing the name of anyone not referred to in this commitment who will get an interest in the land or who will make a loan on the land. We may make additional requirements or exceptions relating to the interest or the loan.

**End of Schedule B-I**
**First American Title Insurance Company**

SCHEDULE B - SECTION I
REQUIREMENTS

Commitment No.:  12169

The following requirements must be met:

( a )    Pay the agreed amounts for the interest in the land and/or mortgage to be insured.

( b )    Pay us the premiums, fees and charges for the policy.

( c )    Documents satisfactory to us creating the interest in the land and/or mortgage to be insured must be signed, delivered and recorded:

1.    Warranty Deed from Nasser Chammout and wife, if any to To Be Furnished.

2.    Mortgage to be insured from To Be Furnished to Shore Mortgage.

3.    If subject property is connected to public-owned utilities, we should be furnished a copy of the current bill(s) showing that all charges have been paid to date, or the Owner's Policy to be issued will include the following exception on Schedule B: "Unpaid public-owned utility charges".

Pay unpaid taxes and assessments unless shown as paid:

2006 Summer Taxes in the amount of $3,110.02 are UNPAID (partial payment received).
2006 Winter Taxes in the amount of $277.60 are UNPAID.

Tax Parcel Identification:
Property Address:  13041 West Warren
Tax Parcel No.:  82-10-081-05-001 (as to Lot 1, 2, 3)
2006 State Equalized Value $56,550.00
2006 Taxable Value: N/A
Principal Residence Exemption: 0%

Special Assessment: Unavailable

The amounts shown as unpaid do not include collection fees, penalties or interest.

Pay unpaid taxes and assessments unless shown as paid:

2006 Summer Taxes in the amount of $1,945.24 are UNPAID (partial payment received).
2006 Winter Taxes in the amount of $173.53 are UNPAID.

Tax Parcel Identification:
Property Address:  13033 West Warren
Tax Parcel No.:  82-10-081-05-029 (as to Lot 4)
2006 State Equalized Value $35,350.00
2006 Taxable Value: N/A
Principal Residence Exemption: 0%

Special Assessment: Unavailable

The amounts shown as unpaid do not include collection fees, penalties or interest.

ALTA COMMITMENT
SCHEDULE A

Commitment No.:  12169

1.    Commitment Date:  **11/10/2006** at 8:00 am

2.    Policy or Policies to be issued:
      (a)                                                                     Policy Amount $ 100,000.00
         Proposed Insured:

         **To Be Furnished**

      (b)                                                                     Policy Amount $ 100,000.00
         Proposed Insured:

      **Shore Mortgage** , its successors and/or assigns as their interest may appear

3.    *Fee Simple* interest in the land described in this Commitment is owned, at the Commitment Date, by

      **Nasser Chammout**

4.    The land referred to in this Commitment, situated in the **City** of **Dearborn**, County of **Wayne**, State of Michigan, is described as follows:

**Lot(s) 1, 2, 3 and 4, Schanhite Morrison Gardens Subdivision, according to the recorded plat thereof, as recorded in Liber 37 of Plats, Page 28.**

End of Schedule A

**Complete Title Services Of S.E. Michigan, LLC**
**555 South Adams Road Suite 300**
**Birmingham, MI 48009**

Examined by:  **Frank Buttigieg** - (248) 647-3600