(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06 cr 00426 OWW |
| Plaintiff, | |
| vs. | **DECLARATION OF AHMED HAMAD IN SUPPORT OF RELEASE ON BOND** |
| TALAL ALI CHAMMOUT, | |
| Defendant. | DATE: January 11, 2007<br>TIME: 12:15 p.m.<br>DEPT.: Hon. OLIVER W. WANGER |

STATE OF CALIFORNIA,    )

COUNTY OF FRESNO.        ) ss.

I, AHMED HAMAD, declare that:

1.  I am a truck driver for Truckers Oil Company, whereby I drive, full time, a gasoline tanker, picking up and delivering gasoline;

2.  I have been working for Talal Chammout for approximately nine (9) months;

3.  My livelihood, and that of my family, depends upon the viability and success of Truckers Oil Company;

4.  To the extent that I am able, I shall agree to participate in compliance with all court orders as such orders

pertain to my relationship with my employer, Talal Chammout.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on January 10, 2007, at Fresno, California.


/s/ Ahmed Hamad

_____
AHMED HAMAD



NOTE: Original executed Declaration
      is in the possession of counsel
       herein.