**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>TALAL ALI CHAMMOUT,<br><br>          Defendant. | Case No.: 1:06 cr 00426 OWW<br><br>**DECLARATION OF MIKE ALGHONAYN IN SUPPORT OF RELEASE ON BOND**<br><br>DATE: January 11, 2007<br>TIME: 12:15 p.m.<br>DEPT.: Hon. OLIVER W. WANGER |

STATE OF CALIFORNIA,     )

COUNTY OF FRESNO.        ) ss.

     I, MIKE ALGHONAYN, declare that:

     1.  I have been Talal Chammout's key assistant (employee) for eight (8) years;

     2.  I am one of five employees whereby each of us have wives and children;

     3.  In my particular situation, I have a wife and three (3) daughters;

     4.  As a result of Talal Chammout's incarceration, we are all unemployed at this time;

     5.  I can attest to the fact that Talal Chammout's

presence is necessary to maintain the business known as Truckers Oil Company, in that, Talal Chammout has to maintain constant personal contact with our suppliers, as well as with our customers;

6.   The nature of the business involves the continual turnaround of products, mainly gasoline, and the payments of money for the product(s);

7.   The business simply cannot function without Talal Chammout's participation and presence;

8.   As an alternative to his presence and participation, Talal Chammout may be able, within a relatively short period, to introduce and establish his brother, Nasser Chammout, in connection with the suppliers and customers, such that these most important relationships may be re-established without Talal Chammout's presence;

9.   The nature of my involvement in the business does not allow for my being able to do this on my own; and

10.   I am willing and able to assist the court in assuring that Talal Chammout shall abide by any and all court orders or any of his conditions of release.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on January 10, 2007, at Fresno, California.

/s/ Mike Alghonayn

_____
MIKE ALGHONAYN

NOTE: Original executed Declaration
     is in the possession of counsel
       herein.

2