McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR0426 OWW |
| | ) | |
| | ) | |
| Plaintiff, | ) | APPEARANCE OF COUNSEL OF RECORD |
| | ) | AND CHANGE IN DESIGNATION OF |
| v. | ) | COUNSEL FOR SERVICE |
| | ) | |
| TALAL ALI CHAMMOUT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Stanley A. Boone, Assistant United States Attorney, hereby appears as counsel of record and requests a change in designation of counsel for service.

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for the United States of America and designate new counsel for service as follows:

///

///

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

1

Stanley A. Boone
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

I hereby declare that I am admitted to practice law in this district.

Dated: February 2, 2007          McGREGOR W. SCOTT
                                 United States Attorney


                                 By : /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

2