## SALAMEY & FARHAT, PLLC

Attorneys & Counselors
6053 Chase
Dearborn, Michigan 48126
Phone: 313.945.5100
Fax: 313.945.5716

---

# FACSIMILE TRANSMITTAL

**TO:** Nasser Chammout

**ATTN:**

**FAX #:** 559.783.1334

**RE:**

**CC:**

**FROM:** Helal A. Farhat, Esq.

**DATE:** January 15, 2007

**PAGES:**    (including this page)

---

___Urgent       ___For Review        ___Please Comment        ___Please Reply        ___Please Recycle

---

This message is intended only for the use of the individual to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy.

EXHIBIT A

STATE OF MICHIGAN
THIRD CIRCUIT COURT FOR WAYNE COUNTY

PEOPLE OF THE STATE OF MICHIGAN

               Plaintiff,

                                         Hon. Gregory Bill

-v-

                                         Case No. 05-3454

TALAL CHAMMOUT

               Defendant.

---

## DIVERSION ORDER

At a session held on May 31; 2005,

The Honorable Gregory Bill presiding.

**IT IS ORDERED THAT** Defendant Talal Chammout be placed on Diversion until

**MAY 30 , 2006**; during that time:

1.  Defendant will abide by the specific terms of reporting, community service, restitution, and disclosure of criminal activity that have been agreed upon in writing by Defendant, his attorney, and the Prosecutor.

2.  If applicable, Defendant will reimburse the court for court-appointed attorney fees.

3.  Defendant will not violate any criminal law of any unit of government.

4.  Failure to abide by the above conditions will result in revocation of Diversion.

5.  If these conditions are met, this matter will be reviewed for dismissal on **MAY 30 , 2006**.

_Gregory Bill_
Circuit Court Judge

STATE OF MICHIGAN
THIRD CIRCUIT COURT FOR WAYNE COUNTY

PEOPLE OF THE STATE OF MICHIGAN
                    Plaintiff,

                                                    Hon. Gregory Bill

-v-
                                                    Case No. 05-3454

TALAL CHAMMOUT
                              Defendant.
_____

## MOTION TO PLACE DEFENDANT ON DIVERSION AND RETURN BOND

The People of the State of Michigan, through the Wayne County Prosecutor,

move to place Defendant Talal Chammout on Diversion from today's date until **MAY 30**

**, 2006** with the following conditions:

1.  Defendant will abide by the specific terms of reporting, community service,

    restitution, and disclosure of criminal activity that have been agreed upon in writing

    by Defendant, his attorney, and the Prosecutor.

2.  If applicable, Defendant will reimburse the court for court-appointed attorney fees.

3.  Defendant will not violate any criminal law of any unit of government.

4.  Failure to abide by the above conditions will result in revocation of Diversion status.

5.  If all conditions are met, the People will move to dismiss this matter on the review

    date of **MAY 30 , 2006**.

6.  The People further move that any bond posted by Defendant be returned.

                                        Respectfully Submitted,

Date: May 31, 2005

                                        William J. Heaphy, Jr. (P46867)
                                        Director, Pre-Trial Diversion
                                        Wayne County Prosecutor's Office

## Diversion Agreement

**Date:**      May 31, 2005

**Re:**        **People of the State of Michigan v. Talal Chammout**
               **Third Circuit Court Case No. 05-3454**

Talal Chammout, after being advised by his attorney, Helal Farhat, has applied for placement in the Wayne County Prosecutor's Pretrial Diversion program. If the following conditions are satisfied, the Prosecutor will dismiss this matter one year after acceptance into the program. If any conditions are not satisfied, Mr. Chammout's Diversion status will be revoked and the case will proceed to disposition by trial or plea.

### Disclosure of Criminal Activity

*Letter explaining why 7 misd plea is impossible.*

1.   Mr. Chammout will accurately and honestly disclose his past criminal history.

2.   Mr. Chammout will accurately and honestly describe his role in the transaction that led to the pending criminal charges.

### Restrictions

3.   Mr. Chammout will not engage in any illegal conduct during the term of Diversion.

4.   Mr. Chammout will refrain from using or possessing firearms.

5.   Mr. Chammout will maintain a stable residence and notify the Diversion Section of any change in address.

### Restitution, Costs, and Fees

6.   *to be determined →* Before his next scheduled court appearance, Mr. Chammout will make restitution to any party that has suffered a monetary loss as a result of the instant case.

7.   If applicable, assigned counsel fees will be assessed by the court.

8.   A supervision fee will be assessed in an amount based on Mr. Chammout's ability to pay. *$ 750.00*

### Reporting

9.   Mr. Chammout will report as directed to the Diversion Section of the Wayne County Prosecutor's Office. *Attorney will facilitate.*

10. At the time of reporting, Mr. Chammout will be expected to provide proof of compliance with the conditions of Diversion.

11. Mr. Chammout will submit to drug screening at the request of the Diversion Section.

## Community Service

12. Within 60 days or acceptance into Diversion, Mr. Chammout will perform community service by completing 5 days work for the Wayne County Alternative Work Force and/or 60 hours of service for a pre-approved community organization. *Attorney will facilitate.*

13. Additional community service may be ordered in lieu of any unpaid costs, fees or restitution.

## Employment / Education

14. Mr. Chammout will seek or maintain employment, or participate in full-time vocational or educational training.

15. Diversion participants who have not obtained a High School Diploma or GED will be required to attend GED classes.

## Revocation

16. If any of the above conditions are not met, a hearing will be scheduled, and Mr. Chammout will be required to show cause why his Diversion Status should not be revoked.

17. Notice of the hearing will be sent to the address provided by Mr. Chammout. **Failure to appear at the hearing will result in an arrest warrant.**

Talal Chammout

Helal Farhat
Attorney for Defendant

William J. Heaphy, Jr.

PAGE 06/06

SALAMEY

01/15/2007  19:52   3139455716



| THIRD CIRCUIT COURT WAYNE COUNTY | MOTION AND ORDER TO DISMISS CHARGES AND DESTROY FINGERPRINT AND ARREST CARDS | CASE NO. 05-3454 |
| --- | --- | --- |
| CRIMINAL DIVISION | | CTN: 82-05506074-01 |

| PEOPLE OF THE STATE OF MICHIGAN | -v- | TALAL CHAMMOUT |
| --- | --- | --- |
| | | DOB: 1/1/59    SID: 1377759 |

NOTICE OF DIVERSION COMPLETION AND MOTION TO DISMISS

The Wayne County Prosecuting Attorney hereby gives notice that the defendant has satisfied all the conditions of the Diversion Program and moves to dismiss all charges.

Respectfully Submitted,

William J. Heaphy, Jr. (P-------)
Assistant Prosecuting Attorney, Wayne County
1441 St. Antoine, 19th Floor
Detroit, MI 48226

PACC CODE
750110A3

ORDER TO DISMISS CHARGES AND DESTROY FINGERPRINTS AND ARREST CARDS

IT IS ORDERED that the charges against the defendant be dismissed.

1. The following charges against the defendant are dismissed:

| COUNT | PACC DESCRIPTION |
| --- | --- |
| 1 | HOME INV. |

2. Pursuant to MCLA 28.243(8), the fingerprint and arrest cards be destroyed by the official holding them.

Hon.
Circuit Judge

Date: May 31, 2006



# Salamey & Associates, P.C.
## Attorneys & Counselors at Law

September 2, 2006

*Helal A. Farhat*

Mr. Talal Chammout
943 W. Westfield, St A
Porterville, CA 93257

Re:    *Case No: 05-3454*

Dear Mr. Chammout:

Enclosed, please find an Order to Dismiss the above referenced case and to Destroy Fingerprints and Arrest Cards. This order resolves all remaining issue of the case and dismisses same with prejudice.

I would like to thank you for allowing our office to serve your legal needs and further wish you the best of luck in all future endeavors.

As always, should you have any question or comment, please do not hesitate to contact me.

Sincerely Yours,

Helal A. Farhat

HAF/ne

6053 Chase Rd • Dearborn, Michigan 48126

Phone: 313-945-5100                                    Facsimile: 313-945-5716

| STATE OF MICHIGAN<br><br>THIRD CIRCUIT COURT<br>WAYNE COUNTY<br><br>CRIMINAL DIVISION | MOTION AND ORDER TO DISMISS<br>CHARGES AND DESTROY FINGERPRINT<br>AND ARREST CARDS | CASE NO. 05-3454<br><br>CTN:  82-05506074-01 |
|---|---|---|

| PEOPLE OF THE STATE OF MICHIGAN | -v- | TALAL CHAMMOUT |
|---|---|---|
| | | DOB: 1/1/59    SID: 1377759 |

### NOTICE OF DIVERSION COMPLETION AND MOTION TO DISMISS

The Wayne County Prosecuting Attorney hereby gives notice that the defendant has satisfied all the conditions of the

Diversion Program and moves to dismiss all charges.

Respectfully Submitted,

Date:  May 31, 2006

William J. Heaphy, Jr. (P46867)
Assistant Prosecuting Attorney for Wayne County
1441 St. Antoine; 10th Floor
Detroit, MI 48226

### ORDER TO DISMISS ALL CHARGES AND DESTROY FINGERPRINTS AND ARREST CARDS

IT IS ORDERED THAT:

1. The following charge(s) against the defendant are hereby dismissed:

| COUNT | PACC DESCRIPTION | PACC CODE |
|---|---|---|
| I. | HOME INV. | 750110A3 |

2. Pursuant to MCLA 28.243(8), the fingerprint and arrest cards taken in this matter shall be destroyed

by the official holding those items.

Date:  May 31, 2006

Hon. Gregory Bill
Circuit Court Judge

# EDWARD J. THOMAS

### A PROFESSIONAL CORPORATION
5201 CALIFORNIA AVENUE, SUITE 400
BAKERSFIELD, CALIFORNIA 93309-1673
TELEPHONE: (661) 322-1777
FACSIMILE: (661) 324-3660
E-MAIL: EDTHOMAS@EDTHOMAS.COM

**ATTORNEYS:**
EDWARD J. THOMAS*
ABIGALE M. AUFFANT

*Certified Family Law Specialist
The State Bar of California
Board of Legal Specialization

*Fellow, American Academy of Matrimonial Lawyers
Fellow, International Academy of Matrimonial Lawyers

**PARALEGALS:**
*STEPHANIE R. JONES
*+ ANGELA L. TURNER
BOBBIE D. MEBANE
TAWNYA R. WALLS
MICHELE C. REID
DANA C. PHARES

*Certified Legal Assistant
+California Advanced Specialist

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Roger T. Nuttall, Esquire | Bobbie D. Mebane |
| **COMPANY:** | **DATE:** |
| Law Offices of Nuttall & Coleman | January 18, 2007 |
| **FAX NUMBER:** | **TIME:** |
| 559-485-3852 | 11:34 AM |
| **PHONE NUMBER:** | **OUR FILE NUMBER:** |
| 559-233-2900 | 1159 |
| **RE:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| Marriage of Chammout | 16 |

☑ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☑ CONFIDENTIAL

NOTES/COMMENTS:

Edward J. Thomas, A Professional Corporation, intends that only the addressee read this material. This message contains information that is privileged, confidential, and exempt from disclosure under applicable law. Only the addressee, the employee, or the agent responsible for delivering this message to addressee is authorized to receive this facsimile and any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address on this letterhead by first class mail.

 

**EXHIBIT B**   RECEIVED 1-18-07

Case 1:06-cr-00426-LJO    Document 20-1    Filed 02/12/07    Page 10 of 25

Attorneys:
Edward J. Thomas*
Michael M. Adamson
Abigale M. Auffant

* Certified Specialist Family Law
The State Bar of California
Board of Legal Specialization
* Fellow, American Academy of
Matrimonial Lawyers and International
Academy of Matrimonial Lawyers
* Diplomate, American College
of Family Trial Lawyers

Law Office of

# Edward J. Thomas
A Professional Corporation

5201 California Avenue, Suite 400
Bakersfield, California 93309-1673

Paralegals:
Stephanie R. Jones
Vindy "Charlie" Hammons
°*Angela L. Turner
*Susan D. Pfeiffer
Bobbie D. Mebane
Cecilia A. Tejchma
Mitchell C. Herd

* Certified Legal Assistant
~ Certified Family Law Specialist

January 18, 2007

Our File No. 1159

VIA FACSIMILE

Roger T. Nuttall, Esquire
Law Offices of Nuttall & Coleman
2445 Capital Street, Suite 150
Fresno, California 93721

Re: Marriage of Chammout

Dear Mr. Nuttall:

Enclosed for your files are copies of (i) a letter to Richard Barron of Luke & Barron, dated July 5, 2006, enclosing a cashier's check in the amount of $66,000, which brought Mr. Chammout's child support and spousal support obligation current through June 30, 2006, and (ii) a letter to Linda Luke of Luke & Barron, dated August 30, 2006, enclosing a Stipulated Order Staying the Appellate Proceedings and a cashier's check in the amount of $17,850, which brought Mr. Chammout's child support and spousal support obligation current through September 30, 2006.

If I can be of any further assistance, please contact me immediately.

Sincerely,

EDWARD J. THOMAS
A Professional Corporation

Bobbie D. Mebane
Senior Paralegal

/bdm

Enclosures

cc: Mr. Talal A. Chammout

Attorneys:
Edward J. Thomas*
Abigale M. Auffant
* Certified Specialist Family Law
The State Bar of California
Board of Legal Specialization
* Fellow, American Academy of
Matrimonial Lawyers and International
Academy of Matrimonial Lawyers
* Diplomate, American College
of Family Trial Lawyers

Law Office of

# Edward J. Thomas
A Professional Corporation

5201 California Avenue, Suite 400
Bakersfield, California 93309-1673

Paralegals:
*Stephanie R. Jones
Vindy "Charlie" Hammons
*°Angela L. Turner
Bobbie D. Mebane
Tawnya R. Walls

* Certified Legal Assistant
° Certified Family Law Specialist

July 5, 2006

Our File No. 1159

HAND-DELIVERED

Richard B. Barron, Esquire
Luke & Barron, Attorneys at Law
632 West Oak Street
Visalia, California 93291

Re: <u>Marriage of Chammout</u>

Dear Mr. Barron:

Enclosed you will find (i) a copy of a Stipulation For Dismissal Of Order To Show Cause Re Contempt And Order Thereon (herein "Stipulation"), which contains the original signatures of Mr. Chammout and me, and (ii) a cashier's check for $66,000 made payable to the Linda Luke Trust Account. The Stipulation was previously prepared by your partner, Linda Luke, who forwarded it to me along with a letter dated June 29, 2006.

The Stipulation and cashier's check are being forwarded to you based on the understanding that I had with Ms. Luke regarding this matter. As I understand it, once you receive this letter, the Stipulation, and the cashier's check, you will immediately (i) file a dismissal with prejudice of the pending contempt actions against Emmanuel and Penie Viracrusis, Robert Singer, and my client, Talal Chammout, and (ii) withdraw and otherwise cancel your outstanding writ against Mr. Chammout. To the extent any court appearances need to be made to effectuate the dismissals of the contempts, you will be making those appearances on behalf of both Ms. Luke and me inasmuch as both of us will be out of the area on the date of at least one of the hearings. The next court date of which I am aware is July 7, 2006, when the contempt hearings against both Mr. and Mrs. Viracrusis and Mr. Singer are scheduled.

If I have misunderstood any portion of this arrangement, or if there is any confusion whatsoever, do not cash the enclosed cashier's check, and let me know immediately. Hopefully, this is the first step in what we all hope will be a very productive and

Telephone: (661) 322-1777          Fax: (661) 324-3660          E-mail: edthomas@edthomas.com

Law Office of
**Edward J. Thomas**
A Professional Corporation

Richard B. Barron, Esquire
July 5, 2006
Page 2

short process that will resolve all pending issues between our respective clients.

Sincerely,

*Edward J. Thomas*

EDWARD J. THOMAS
A Professional Corporation

EJT:bdm

Enclosures

cc:  Mr. Talal A. Chammout (w/enclosures)

**CASHIER'S CHECK**

00271    11-24
Office AU #    1210(8)

SERIAL #:  0027103788

ACCOUNT#:  4861-505295

Purchaser:    TALAL CHAMMOUT
Purchaser Account:  6426512296
Operator I.D.:    cu012314    cu015430

July 05, 2006

PAY TO THE ORDER OF    ***LINDA LUKE TRUST ACCOUNT***

***Sixty-six thousand dollars and no cents***

**$66,000.00**

WELLS FARGO BANK, N.A.
PORTERVILLE
815 W HENDERSON AVE
PORTERVILLE, CA 93257
FOR INQUIRIES CALL (460) 394-3122

NOTICE TO PURCHASER -- IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE  AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   66,000.00

NON-NEGOTIABLE

**Purchaser Copy**

T9004    u/es

**CASHIER'S CHECK**

00271    11-24
Office AU #    1210(8)

0027103788

Operator I.D.:  cu012314    cu015436

July 05, 2006

PAY TO THE ORDER OF    ***LINDA LUKE TRUST ACCOUNT***

***Sixty-six thousand dollars and no cents***

**$66,000.00**

WELLS FARGO BANK, N.A.
PORTERVILLE
815 W HENDERSON AVE
PORTERVILLE, CA 93257
FOR INQUIRIES CALL (460) 394-3122

VOID IF OVER US $   66,000.00

AUTHORIZED SIGNATURE

⑇0027103788⑇  ⑆121000248⑆4861  505295⑈

01-18-07    11:38AM    FROM-Law Offices of Edward J. Thomas    661-324-3660    T-094    P.005/016    F-436

KILPATRICK & WHITE

ATTORNEYS AT LAW

1122 TRUXTUN AVENUE, SUITE 200

BAKERSFIELD, CALIFORNIA 93301

MICHAEL R. KILPATRICK*
JILL WHITE

*CERTIFIED SPECIALIST · FAMILY LAW
THE STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

AREA CODE 661
TELEPHONE 327-2000
FACSIMILE 631-0189

August 30, 2006

FEDERAL EXPRESS – OVERNIGHT DELIVERY

Linda A. Luke, Esq.
Luke & Barron
632 W. Oak Street
Visalia, CA  93291

Re:   Talal Chammout v. Ferial Chammout
      Tulare County Superior Court No. 04-208905
      Court of Appeal Case No. F 049696
      Our File No. 3245

Dear Ms. Luke:

We are enclosing herewith the following documents for your approval, signature and forwarding to the Court of Appeals and/or your client as appropriate:

    1.  An original and six (6) copies of a Stipulated Order Staying the Appellate Proceedings; and ·

    2.  A Cashier's Check made payable to Ferial Chammout in the amount of $17,850.

It is my understanding that you and Mr. Edward J. Thomas, Esq. of the Law Offices of Edward J. Thomas, a Professional Corporation, negotiated an agreement whereby the appellate proceedings in connection with the above-captioned martial dissolution proceeding are stayed subject to the approval of the Court of Appeal upon the condition that Mr. Chammout bring current his support payments which, according to Mr. Thomas' correspondence to me include the months of July, August and September of 2006, totaling $17,850.

I have also provided a Federal Express envelope and appropriate correspondence to the Court of Appeals and upon signature of the original and six copies if you would kindly forward them directly to the Court of Appeal in the Federal Express envelope provided for that purpose along with my correspondence to the Clerk of the Court of Appeal in

which a carbon copy of the same is enclosed for your files and mailed this date to Mr. Thomas' office.

It is my understanding that you are authorized to tender this check to Ferial Chammout upon the single condition that you execute the original and six copies and forward them to the Court of Appeal as referenced hereinabove.

If there are any further questions and/or issues in connection with this matter, please let me know.

Very truly yours,

KILPATRICK & WHITE

By_____
    MICHAEL R. KILPATRICK

MRK:ep
Enclosures
Cc: Edward J. Thomas, Esq.
cc: Talal Chammout

## KILPATRICK & WHITE

ATTORNEYS AT LAW

1122 TRUXTUN AVENUE, SUITE 200

BAKERSFIELD, CALIFORNIA 93301

MICHAEL R. KILPATRICK*
JILL WHITE

*CERTIFIED SPECIALIST - FAMILY LAW
THE STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

AREA CODE 661
TELEPHONE 327-2000
FACSIMILE 631-0189

August 31, 2006

Court of Appeal
Fifth Appellate District
2525 Capitol Street
Fresno, CA 93721

FEDERAL EXPRESS
OVERNIGHT DELIVERY

Re:    Marriage of CHAMMOUT, TALAL and FERIAL
       Tulare County Superior Court No. 04-208905
       5th District Court of Appeal Case No. F049696
       Our File No. 3245

Dear Sir or Madam:

We are enclosing herewith a signed original and six (6) copies of a Stipulation Staying the Appellate Proceedings in connection with the above captioned marital dissolution proceeding now on appeal with the Fifth District Court of Appeal.

The parties have agreed that at this time, in light of Mr. Chammout's bankruptcy and other issues, that it is in the interest of all concerned that the appellate proceedings be stayed.

We therefore ask that you present this to the appropriate appellate judge for his signature and processing and provide endorsed copies to my office and all concerned, or in the alternative, I will provide endorsed copies to both Ms. Luke and Mr. Thomas who are representing Ferial Chammout and Talal Chammout in the martial dissolution proceeding wherein Ms. Luke represents Ferial Chammout in both the marital dissolution proceeding and the matter now before your court and Mr. Thomas represents Mr. Chammout in the underlying family law case.

If there are any questions, or if I can be of further assistance to expedite this matter, please advise.

Very truly yours,

KILPATRICK & WHITE

By:_____
        MICHAEL R. KILPATRICK

MRK/ep
Enclosures
cc:    Edward J. Thomas, Esq.
cc:    Linda Luke, Esq.
cc:    Talal Chammout

Attorneys:
Edward J. Thomas*
Abigale M. Auffant
* Certified Specialist Family Law
The State Bar of California
Board of Legal Specialization
* Fellow, American Academy of
Matrimonial Lawyers and International
Academy of Matrimonial Lawyers
* Diplomate, American College
of Family Trial Lawyers

Law Office of
## Edward J. Thomas
A Professional Corporation

5201 California Avenue, Suite 400
Bakersfield, California 93309-1673

Paralegals:
*Stephanie R. Jones
Vindy "Charlie" Hammons
**Angela L. Turner
Bobbie D. Mebane
Tawnya R. Walls

* Certified Legal Assistant
* Certified Family Law Specialist

August 28, 2006

Our File No. 1059

HAND-DELIVERED

Michael R. Kilpatrick, Esquire
Kilpatrick & White
1122 Truxtun Avenue, Suite 200
Bakersfield, California 93301

Re: Marriage of Chammout

Dear Mike:

Enclosed are (i) an original and six copies of a Stipulated Order Staying Appellate Proceedings (herein "Stipulated Order"), (ii) a cashier's check made payable to Ferial Chammout in the amount of $17,850, which represents payment of Mr. Chammout's child support and spousal support obligations to Ferial Chammout for the months of July, August, and September, 2006, and (iii) a proposed letter to Linda Luke signed by me that I ask you to hand-deliver to Linda Luke today, along with the check and original and copies of the Stipulated Order. Obviously, you will need to sign off on the original and all copies of the Stipulated Order before forwarding them on to Ms. Luke. You also had your own ideas as to how we were going to get Ms. Luke to forward the proposed Stipulated Order to the appellate court.

Please keep me advised.

Sincerely,

EDWARD J. THOMAS
A Professional Corporation

EJT:bdm

Enclosures

cc:  Mr. Talal A. Chammout

Attorneys:
Edward J. Thomas*
Abigale M. Auffant
* Certified Specialist Family Law
The State Bar of California
Board of Legal Specialization
* Fellow, American Academy of
Matrimonial Lawyers and International
Academy of Matrimonial Lawyers
* Diplomate, American College
of Family Trial Lawyers

Law Office of

# Edward J. Thomas
A Professional Corporation

5201 California Avenue, Suite 400
Bakersfield, California 93309-1673

Paralegals:
*Stephanie R. Jones
Vindy "Charlie" Hammons
*°Angela L. Turner
Bobbie D. Mebane
Tawnya R. Walls

* Certified Legal Assistant
* Certified Family Law Specialist

August 28, 2006

Our File No. 1159

VIA FEDERAL EXPRESS

Linda A. Luke, Attorney at Law
Luke & Barron, Attorneys at Law
632 West Oak Street
Visalia, California 93291

Re: Marriage of Chammout

Dear Linda:

Enclosed are (i) an original and six copies of a Stipulated Order Staying Appellate Proceedings (herein "Stipulated Order"), which has already been signed by Michael R. Kilpatrick, as Mr. Chammout's appellate attorney, and (ii) a cashier's check made payable to Ferial Chammout in the amount of $17,850, which represents payment of Mr. Chammout's child support and spousal support obligation to Ferial Chammout for the months of July, August, and September, 2006. Please note that this amount brings Mr. Chammout current through September 30, 2006.

Please review the Stipulated Order and, assuming it meets with your approval and that of your client, sign the original and all copies at the places indicated. The extra copy of the Stipulated Order is for your files. Pursuant to our prior agreement, you are hereby authorized to give the enclosed check to your client, Ferial Chammout, if, and only if, you sign the enclosed Stipulated Order. Once the Stipulated Order has been signed, please call either my office or Mr. Kilpatrick's office, and we will make arrangements to pick up the Stipulated Order and have it hand-delivered to the Fifth District Court of Appeal. As soon as we receive fully conformed and endorsed copies of the Stipulated Order back from the appellate court, we will, of course, send you two copies--one for your files and one for those of your client.

Telephone: (661) 322-1777          Fax: (661) 324-3660          E-mail: edthomas@edthomas.com

Edward J. Thomas
A Professional Corporation

Linda A. Luke, Attorney at Law
August 28, 2006
Page 2

As always, I appreciate your cooperation in this matter.

Sincerely,

EDWARD J. THOMAS
A Professional Corporation

EJT:bdm

Enclosures

cc:  Mr. Talal A. Chammout (w/enclosures)
     Michael R. Kilpatrick (w/enclosures)

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIFTH APPELLATE DISTRICT

- - - - - - -

Appeal from the Superior Court of the
County of Tulare

- - - - - - -

| | |
|---|---|
| TALAL A. CHAMMOUT | ) Fifth Appellate<br>) No.  F049696<br>) |
| Petitiioner/Appellant | ) Superior Court<br>) No. 04-208905 |
| vs. | )<br>) |
| FERIAL A. CHAMMOUT | )<br>) |
| Respondent/Respondent | )<br>) |

STIPULATED ORDER STAYING APPELLATE PROCEEDINGS

MICHAEL R. KILPATRICK (SBN 103263)
Kilpatrick & White
1122 Truxtun Avenue, Suite 200
Bakersfield, California 93301
(661) 327-2000

Attorney for Respondent/Appellant,
**TALAL A. CHAMMOUT**

## STIPULATION

Pursuant to stipulation between Appellant, Talal A. Chammout, and Respondent, Ferial A. Chammout, acting with the approval of and through their respective counsel, this court makes the following order.

1. Background Of Order. This order is made with reference to the following facts:

(a) On January 30, 2006, Appellant filed a Notice of Appeal, which addresses three separate issues and is currently pending under case number F049696 before the Fifth District Court of Appeal.

(b) To date, no briefs have been filed in connection with the merits of these matters. Absent this court taking further action, Appellant's Opening Brief and a response to Respondent's Motion to Dismiss are due on September 5, 2006.

(c) Appellant filed a petition for bankruptcy under Chapter 7 of the United States Bankruptcy Laws, and Notice of Bankruptcy and Automatic Stay was issued on August 7, 2006. There may be a dispute as to whether all or some portion of the issues currently pending before the Fifth District Court of Appeal are stayed by the automatic

stay issued by the United States Bankruptcy Court Eastern District of California (herein "Bankruptcy Court").

(d)    Without waiving the right to take any position either party may subsequently wish to take before the Bankruptcy Court, both parties have agreed that all matters currently pending before this court should be stayed until such time as either party obtains appropriate relief from the automatic stay from the Bankruptcy Court.

(e)    The purpose of this order is to avoid the possibility of either counsel's inadvertently violating the automatic stay and of creating a possible jurisdictional dispute between the Bankruptcy Court and the Fifth District Court of Appeal.

2.    Stay Of Appellate Proceedings. All appellate matters currently pending before the Fifth District Court of Appeal involving either Appellant, Talal A. Chammout, or Respondent, Ferial Chammout, are hereby stayed pending a further order from the Bankruptcy Court.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

3.   Approval By Counsel.  By signing below, counsel for each of the parties has indicated that he or she has approved this order and has explained its meaning and effect to his or her client.


DATED:  August __, 2006.          DATED:  August __, 2006.


KILPATRICK & WHITE                LUKE & BARRON


By:_____       By:_____
       Michael R. Kilpatrick              Linda A. Luke
       Attorney for Appellant           Attorney for Respondent


Dated: August __, 2006.


                                  _____
                                  Justice of the Appellate Court

\data\1159\papers

**CASHIER'S CHECK - CUSTOMER COPY**    0480003278    11-49-7
1210

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

50642    047

Seventeen Thousand Eight Hundred Fifty and 00/100ths Dollars    August 25, 2006

$ *****17,850.00

**NON-NEGOTIABLE**

TO THE
ORDER OF    Ferial Chammout

REMITTER:    Talal Chammout

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

**CASHIER'S CHECK**    0480003278    11-49-7
1210

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

50642    047

Seventeen Thousand Eight Hundred Fifty and 00/100ths Dollars    August 25, 2006

$ *****17,850.00

PAY TO THE
ORDER OF    Ferial Chammout

REMITTER:    Talal Chammout

(AUTHORIZED SIGNATURE)

FORM 00255-T3 (08/23/2000)    Overlay ID 00247-T3 (06/14/2004)

⑈0480003278⑈ ⑆121000497⑆ 0566000006⑈

RESOLUTUION OF THE BOARD OF DIRECTORS
OF TRUCKERS OIL COMPANY INC.

The undersigned, being all of the directors of TRUCKERS OIL COMPANY, INC., hereby take the following actions and adopt the following resolutions:

WHEREAS the corporation is in need of opening a new bank account pending the sale of the corporation's stock;

RESOLVED that Nasser Chammout or assignee is authorized to open up a bank account in federally insured banking institution in the name of TRUCKERS OIL COMPANY, INC. and is further authorized to conduct the business of TRUCKERS OIL COMPANY, INC. through said bank account.

Dated: _1-19-07_                    _Talal Chammout_
                                    TALAL CHAMMOUT



EXHIBIT C