(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

TALAL ALI CHAMMOUT,

       Defendant.

Case No.: **1:06 CR 00426 OWW**

**STIPULATION TO CONTINUE STATUS CONFERENCE**
**and**
**O R D E R**

**Date: May 7, 2007**
**Time: 9:00 a.m.**
**Dept: Hon. OLIVER W. WANGER**

TO:   THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

TALAL ALI CHAMMOUT, by and through his attorney, ROGER T. NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the matter of his Status Conference, currently scheduled for May 7, 2007, to May 14, 2007, at 9:00 a.m.

This continuance is respectfully requested and is necessary to give the parties an opportunity to engage in further discussions and negotiations, including, but not limited to, discussions relating to a potential resolution of the case.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and

3161(h)(8)(B)(i).

Counsel for Mr. Chammout has contacted Mr. Boone who has agreed to this short continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by a reasonable continuance of the Status Conference for the above-stated purposes.

DATED: May 3, 2007.

NUTTALL & COLEMAN

/s/ Roger T. Nuttall

By: _____
ROGER T. NUTTALL

UNITED STATES ATTORNEY'S OFFICE

/s/ Sheila Oberto

By: _____
STAN BOONE
Assistant U. S. Attorney

# O R D E R

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED: May_____, 2007.

_____
OLIVER W. WANGER
Judge, U. S. District Court

2