(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant
TALAL ALI CHAMMOUT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TALAL ALI CHAMMOUT,<br><br>Defendant. | Case No. 1:06CR00426-OWW<br><br>**STIPULATION TO SET HEARING DATE AND [PROPOSED] ORDER**<br><br>[Title 18 U.S.C. § 3145] |

**IT IS HEREBY STIPULATED,** by and between the parties through their respective counsel, that the hearing on Defendant's Motion To Release Pending Sentencing of this matter, shall be set for August 2, 2007, at 9:00 a.m., in the Courtroom of the Honorable Oliver W. Wanger.

This stipulation is entered into between defendant's counsel, Roger T. Nuttall, and Assistant United States Attorney, Stanley Boone, given that Mr. Boone will be unavailable until August 2, 2007.  Counsel for both parties have discussed this matter and neither party objects to this August 2, 2007, setting.

///

///

///

///

///

DATED: July 17, 2007.

NUTTALL & COLEMAN

By: /s/Roger T. Nuttall
    ROGER T. NUTTALL
    Attorneys for Defendant
    TALAL ALI CHAMMOUT

DATED: July 17, 2007.

OFFICE OF THE UNITED STATES ATTORNEY

By: /s/Stan Boone
    STANLEY BOONE
    Asssistant United States Attorney

\* \* \* \* \* \* \* \*

## O R D E R

**GOOD CAUSE APPEARING TO THE COURT, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion To Release Pending Sentencing in this matter, will be set for August 2, 2007.

DATED: _____, 2007.

_____
UNITED STATES DISTRICT JUDGE