**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:06 CR 00426 OWW** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S RELEASE** |
| TALAL ALI CHAMMOUT, | **and** |
| Defendant. | **O R D E R** |

TO:  THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

**IT IS HEREBY STIPULATED** by and between the parties hereto that the hearing on Defendant, TALAL ALI CHAMMOUT'S, release currently scheduled on August 20, 2007, at 12:00 noon, be continued to Wednesday, September 6, 2007, at 12:00 noon.

This short continuance is respectfully requested and is necessary due to the fact that counsel for the Defendant herein is engaged in a trial in the Fresno Superior Court entitled People vs. Quigley, which trial is not expected to conclude until August 29, 2007.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

Counsel for Mr. Chammout has contacted Mr. Boone who has agreed to this short continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by a reasonable continuance of the Status Conference for the above-stated purposes.

DATED: August 16, 2007.

                                    NUTTALL & COLEMAN

                                        /s/ Roger T. Nuttall
                              By: _____
                                    ROGER T. NUTTALL


                                    OFFICE OF THE UNITED STATES
                                    ATTORNEY

                                        /s/ Stan Boone
                              By: _____
                                    STAN BOONE
                                    Assistant U. S. Attorney

                    ***********************

## O R D E R


Good Cause Appearing,

**IT IS SO ORDERED**.


DATED: August_____, 2007.


                              _____
                              OLIVER W. WANGER
                              Judge, U. S. District Court

2