(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TALAL ALI CHAMMOUT,<br><br>                    Defendant. | Case No.: **1:06 CR 00426 OWW**<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING**<br>**and**<br>**O R D E R**<br><br>Date: August 27, 2007<br>Time: 9:00 a.m.<br>Dept: Hon. OLIVER W. WANGER |

TO:   THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT
      JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

     TALAL ALI CHAMMOUT, by and through his attorney, ROGER T. NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the matter of his Sentencing, currently scheduled for August 27, 2007, to September 17, 2007, at 1:30 p.m.

     Because of trial calendar conflicts, a continuance is respectfully requested in order that the court may be able to consider the Defendant's request for interim release pending Sentencing.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

Counsel for Mr. Chammout has contacted Stan Boone, Assistant U. S. Attorney, who has agreed to this continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by this continuance of the Sentencing for the above-stated purposes.

DATED: August _____, 2007.

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
By: _____
     ROGER T. NUTTALL


UNITED STATES ATTORNEY'S OFFICE

/s/ Stan Boone
By: _____
     STAN BOONE
     Assistant U. S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **O R D E R**

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED: August_____, 2007.

_____
OLIVER W. WANGER
Judge, U. S. District Court

2