ROGER T. NUTTALL-SBN. 42500
NUTALL & COLEMAN
2445 Capitol St. # 150
Fresno, CA 93721
Tel:  559.233.2900
Fax: 559.485.3852


STEPHEN T. CLIFFORD-SBN. 39020
TIMOTHY M. OSBORN-SBN. 239453
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
(661) 322-6023
(661) 322-3508 Fax

Attorneys for Defendant,
TALAL ALI CHAMMOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06 cr 00426 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF ASSOCIATION OF** |
| ) | **COUNSEL** |
| TALAL ALI CHAMMOUT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

TO THE CLERK OF COURT AND ALL PARTIES HEREIN:

NOTICE IS HEREBY GIVEN that Clifford & Brown and Stephen T. Clifford and Timothy M. Osborn of Clifford & Brown have associated with Roger T. Nuttall of Nuttall & Coleman as attorneys for defendant, TALAL CHAMMOUT herein.  Clifford & Brown, Mr. Clifford and Mr. Osborn are associating with Mr. Nuttall as counsel in this matter for the sole purpose of pursuing a writ of habeas

1

corpus ad testificandum on behalf of Mr. Chammout to secure Mr. Chammout's presence as a defendant at trial in the civil action currently pending in the California Superior Court, County of Tulare, entitled Chammout vs. Chammout, case no.: 05-214206. The office address and telephone number of such associated attorneys is:

Stephen T. Clifford
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel: 661.322.6023
Fax: 661.322.3508

Timothy M. Osborn
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel: 661.322.6023
Fax: 661.322.3508

DATED:  October 4, 2007                    CLIFFORD & BROWN


By____/s/ Timothy M. Osborn_____
STEPHEN T. CLIFFORD
TIMOTHY M. OSBORN
Attorneys for Defendant,
TALAL CHAMMOUT


DATED:  October 4, 2007                    NUTTALL & COLEMAN


By_____/s/ Roger T. Nuttall_____
ROGER T. NUTTALL
Attorneys for Defendant,
TALAL CHAMMOUT

NOTICE OF ASSOCIATION OF COUNSEL