ROGER T. NUTTALL-SBN. 42500
NUTALL & COLEMAN
2445 Capitol St. # 150
Fresno, CA 93721
Tel:  559.233.2900
Fax:  559.485.3852


STEPHEN T. CLIFFORD-SBN. 39020
TIMOTHY M. OSBORN-SBN. 239453
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
(661) 322-6023
(661) 322-3508 Fax

Attorneys for Defendant,
TALAL ALI CHAMMOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>TALAL ALI CHAMMOUT,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:06 cr 00426 OWW<br><br>**NOTICE OF ORAL STIPULATION FOR THE ISSUANCE OF AN ORDER ALLOWING DEFENDANT'S APPLICATION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO BE HEARD IMMEDIATELY FOLLOWING THE DEFENDANT'S SENTENCING HEARING ON OCTOBER 9, 2007**<br><br>**[Affidavit of Timothy M. Osborn; [proposed] Order and Defendant's Application For A Writ Of Habeas Corpus Ad Testificandum filed concurrently herewith]** |

1

TO THE CLERK OF COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties herein have orally stipulated to the issuance of an Order allowing Defendant Talal Ali Chammout's Application For A Writ Of Habeas Corpus Ad Testificandum to be heard immediately following Mr. Chammout's sentencing hearing on October 9, 2007 at 3:00 p.m. in Courtroom 3 of the above captioned court. The Affidavit of Timothy M. Osborn Setting Forth Good Cause For The Issuance Of An Order Allowing Defendant's Application For Writ Of Habeas Corpus Ad Testificandum Immediately Following The Defendant's Sentencing Hearing Pursuant To The Oral Stipulation Of The Parties, as well as a proposed Order and Mr. Chammout's Application For A Writ Of Habeas Corpus Ad Testificandum are being filed concurrently herewith.

DATED:  October 5, 2007                    CLIFFORD & BROWN


                                          By____/s/ Timothy M. Osborn_____
                                          STEPHEN T. CLIFFORD
                                          TIMOTHY M. OSBORN
                                          Attorneys for Defendant,
                                          TALAL CHAMMOUT

2

NOTICE OF ORAL STIPULATION