ROGER T. NUTTALL-SBN. 42500
NUTALL & COLEMAN
2445 Capitol St. # 150
Fresno, CA 93721
Tel:  559.233.2900
Fax:  559.485.3852


STEPHEN T. CLIFFORD-SBN. 39020
TIMOTHY M. OSBORN-SBN. 239453
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
(661) 322-6023
(661) 322-3508 Fax

Attorneys for Defendant,
TALAL ALI CHAMMOUT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06 cr 00426 OWW |
| Plaintiff, | ) |
| | ) **DECLARATION OF TIMOTHY M.** |
| | ) **OSBORN SETTING FORTH GOOD** |
| vs. | ) **CAUSE FOR  THE ISSUANCE OF AN** |
| | ) **ORDER ALLOWING DEFENDANT'S** |
| TALAL ALI CHAMMOUT, | ) **APPLICATION FOR A WRIT OF** |
| | ) **HABEAS CORPUS AD TESTIFICANDUM** |
| Defendant. | ) **TO BE HEARD IMMEDIATELY** |
| | ) **FOLLOWING THE DEFENDANT'S** |
| | ) **SENTENCING HEARING PURSUANT** |
| | ) **TO THE ORAL STIPULATION OF THE** |
| | ) **PARTIES** |
| | ) |
| | ) |

I, TIMOTHY M. OSBORN, declare as follows:

1.    I am an attorney duly authorized to practice before all of the Courts of the State of California and the United States District Court for the Eastern District of California.  I am a member of the law firm of Clifford & Brown, counsel of record for Talal Chammout in the civil action (the "State

DECLARATION OF TIMOTHY M. OSBORN

Civil Action") currently pending in the Tulare County Superior Court, Visalia Courthouse, entitled Chammout vs. Chammout, case no.: 05-214206. On October 4, 2007, I filed a Notice of Association of Counsel in this matter indicating that Clifford & Brown, and specifically attorney Stephen T. Clifford and myself, have associated with Nuttall & Coleman and Roger Nuttall as counsel for Mr. Chammout in this matter. I am thoroughly familiar with the facts stated herein and I submit this Declaration on this basis.

2.    Mr. Chammout's trial in the aforementioned State Civil Action is set to commence on November 13, 2007 and it is anticipated that trial in that matter will last 2 to 3 days.

3.    Mr. Chammout is scheduled to be sentenced in this matter on Tuesday, October 9, 2007 at 3:00 p.m. It is my understanding that once Mr. Chammout is sentenced, the Bureau of Prisons will determine where Mr. Chammout is to serve his prison term and that the location selected by the Bureau may be outside of California. Mr. Chammout is currently being housed in the Fresno County prison system.

4.    Clifford & Brown has associated with Nuttall & Coleman as counsel for Mr. Chammout in this matter in order to pursue a writ of habeas corpus ad testificandum from this Court to secure the presence of Mr. Chammout at trial in the State Civil Action.

5.    On the morning of Thursday, October 4, 2007, I left a voicemail with Stan Boone, the United States Attorney representing the United States in this matter. In that voicemail, I informed Mr. Boone that my law firm had associated with Nuttall & Coleman as counsel for Mr. Chammout in this matter and that we intended to file an ex parte application for an order shortening time to hear an application for a writ of habeas corpus ad testificandum by the end of the day. I also informed Mr. Boone that our objective was to have the writ application heard on October 9, 2007, the same day as Mr. Chammout's sentencing hearing.

DECLARATION OF TIMOTHY M. OSBORN

6.  Shortly before noon on October 4th, Mr. Boone returned my call and informed me that he was unopposed to Mr. Chammout's Application For Writ Of Habeas Corpus Ad Testificandum being heard immediately following Mr. Chammout's October 9th sentencing hearing.  Mr. Boone then authorized me to inform the Court of his non-opposition.

7.  Filed concurrently with this Affidavit and the Notice of Oral Stipulation that this Affidavit accompanies is Mr. Chammout's Application For Writ Of Habeas Corpus Ad Testificandum.  As discussed in detail in that Application, it is imperative that the Application be heard immediately following Mr. Chammout's sentence hearing and prior to the Bureau of Prisons' determination of the location in which Mr. Chammout is to serve his prison term.  This is because if Mr. Chammout is sentenced and transported to a distant federal prison before the Writ is issued (assuming it *is* issued), it will be far more difficult and expensive to transport Mr. Chammout to Visalia for trial in the State Civil Action than it would be if Mr. Chammout remains in the Fresno County prison system, or is held in a federal prison in California, until the end of the State Civil Action.  Moreover, if Mr. Chammout is sentenced and transported to a distant federal prison before the hearing on his Writ Application, the difficulty and expense that would result in transporting Mr. Chammout to trial in the State Civil Action will likely discourage the Court from issuing the Writ.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of October, 2007, in Bakersfield, California.

_____/S/ Timothy M. Osborn_____
TIMOTHY M. OSBORN

3

DECLARATION OF TIMOTHY M. OSBORN