IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06 cr 00426 OWW |
| Plaintiff, | ) |
| | ) **[proposed] ORDER ALLOWING** |
| | ) **DEFENDANT'S APPLICATION FOR** |
| vs. | ) **WRIT OF HABEAS CORPUS AD** |
| | ) **TESTIFICANDUM TO BE HEARD** |
| TALAL ALI CHAMMOUT, | ) **IMMEDIATELY FOLLOWING THE** |
| | ) **DEFENDANT'S SENTENCING** |
| Defendant. | ) **HEARING ON OCTOBER 9, 2007** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

On Thursday, October 4, 2007, the parties in this action orally stipulated that Defendant Talal Ali Chammout's Application For Writ Of Habeas Corpus Ad Testificandum may be heard immediately following Mr. Chammout's sentencing hearing on Tuesday, October 9, 2007 at 3:00 p.m. On Friday, October 5, 2007, counsel for Mr. Chammout submitted an affidavit setting forth good cause to hear the aforementioned Application immediately following Mr. Chammout's sentence hearing. Upon review of the affidavit submitted by counsel for Mr. Chammout, it appears that good cause exists to hear Mr.

Chammout's Application For Writ Of Habeas Corpus Ad Testificandum on October 9, 2007 at 3:00 p.m., immediately following the sentencing hearing in this matter.

IT IS HEREBY ORDERED THAT Defendant Talal Ali Chammout's Application For Writ Of Habeas Corpus Ad Testificandum shall be heard on October 9, 2007 at 3:00 p.m., immediately following the sentencing hearing in this matter.

IT IS FURTHER ORDERED that _____

_____

DATED:

_____
THE HON. OLIVER WANGER

2
[proposed] ORDER