ROGER T. NUTTALL-SBN. 42500
NUTALL & COLEMAN
2445 Capitol St. # 150
Fresno, CA 93721
Tel: 559.233.2900
Fax: 559.485.3852


STEPHEN T. CLIFFORD-SBN. 39020
TIMOTHY M. OSBORN-SBN. 239453
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
(661) 322-6023
(661) 322-3508 Fax

Attorneys for Defendant,
TALAL ALI CHAMMOUT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06 cr 00426 OWW |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF TIMOTHY M.** |
| | ) **OSBORN IN SUPPORT OF** |
| | ) **APPLICATION FOR WRIT OF HABEAS** |
| TALAL ALI CHAMMOUT, | ) **CORPUS AD TESTIFICANDUM** |
| Defendant. | ) |
| | ) DATE:   October 9, 2007 |
| | ) TIME:   3:00 p.m. |
| | ) DEPT.:  3 |

I, TIMOTHY M. OSBORN, declare as follows:

1.     I am an attorney duly authorized to practice before all of the Courts of the State of California and the United States District Court for the Eastern District of California. I am a member of the law firm of Clifford & Brown, counsel of record for Talal Chammout in the civil action (the "State Civil Action") currently pending in the Tulare County Superior Court, Visalia Courthouse, entitled

1

Chammout vs. Chammout, case no.: 05-214206. On October 4, 2007, my law firm filed a Notice of Association of Counsel in this matter indicating that Clifford & Brown, and specifically attorney Stephen T. Clifford and myself, have associated with Nuttall & Coleman and Roger Nuttall as counsel for Mr. Chammout in this matter. I am thoroughly familiar with the facts stated herein and I submit this Declaration on this basis.

2.      Mr. Chammout's trial in the aforementioned State Civil Action is set to commence on November 13, 2007 and it is anticipated that trial in that matter will last 2 to 3 days, including jury selection.

3.      Mr. Chammout is scheduled to be sentenced in this matter on Tuesday, October 9, 2007 at 3:00 p.m. It is my understanding that once Mr. Chammout is sentenced, the Bureau of Prisons will determine where Mr. Chammout is to serve his prison term and that the location selected by the Bureau may be outside of California. Mr. Chammout is currently being housed in the Fresno County prison system.

4.      On or about April 29, 2005, Mr. Chammout's wife, Ferial Chammout, filed the State Civil Action against Mr. Chammout. In that action, Mrs. Chammout is advancing causes of action for intentional infliction of emotional distress and assault and battery. In their simplest terms, the specific factual allegations against Mr. Chammout in that action are that during a trip to Lebanon, Mr. Chammout physically attacked Mrs. Chammout, causing her certain serious physical injuries.

5.      In the instant action, Mr. Chammout has pled guilty to a charge of Felon in Possession of Firearms, in violation of Title 18, United States Code, Section 922 (g)(1). Mr. Chammout is scheduled to be sentenced in connection with his guilty plea on October 9, 2007 at 3:00 p.m. As I understand, the maximum potential sentence that Mr. Chammout faces includes imprisonment for a term of up to ten years.

DECLARATION OF TIMOTHY M. OSBORN

6. Mr. Chammout's presence at trial in the State Civil Action will be vital to the full defense of his case. Mr. Chammout will be needed to consult with during the examination of witnesses regarding areas of examination, credibility of certain testimony, and to supply information to counsel that counsel may not have previously been aware of. I believe that Mr. Chammout's credibility will suffer if he is not present at trial.

7. If this Writ is issued I believe that the plaintiff in the State Civil Action will have added incentive to settle the matter. In other words, the plaintiff's motivation to settle without Mr. Chammout's presence at trial will most likely be significantly lower because of the distinct advantage the plaintiff will have in Mr. Chammout's absence.

8. It should be noted that Mr. Chammout may be willing and able to bear the costs of his transportation. However, due to his current state of incarceration and the rushed nature of this Application, Mr. Chammout's ability to do so has not been confirmed. This issue should be addressed at the hearing in connection with this Application.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of October, 2007, in Bakersfield, California.


_____/S/ Timothy M. Osborn_____
TIMOTHY M. OSBORN

3

DECLARATION OF TIMOTHY M. OSBORN