IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06 cr 00426 OWW |
| | ) |
| Plaintiff, | ) **[proposed] ORDER ISSUING WRIT OF** |
| | ) **HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | ) |
| | ) |
| TALAL ALI CHAMMOUT, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

On Tuesday, October 9, 2007, Defendant Talal Ali Chammout's Application For Writ Of Habeas Corpus Ad Testificandum came on for hearing. Stephen T. Clifford and Roger T. Nuttall appeared on behalf of the Defendant. _____ appeared on behalf of the United States of America. After full consideration of the Application, the Application is granted.

IT IS HEREBY ORDERED THAT a writ of habeas corpus ad testificandum shall issue ordering that Defendant Talal Ali Chammout be transported to personally appear at trial in the civil action

1

[proposed] ORDER

currently pending in the Tulare County Superior Court, Visalia Courthouse, entitled Chammout vs. Chammout, case no.: 05-214206.

IT IS FURTHER ORDERED that _____

_____

_____

_____

_____

_____

DATED:

_____
THE HON. OLIVER WANGER

[proposed] ORDER