ORIGINAL

ROGER T. NUTTALL #42500
NUTTALL & COLEMAN
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

STEPHEN T. CLIFFORD-SBN 39020
TIMOTHY M. OSBORN-SBN. 239453
CLIFFORD & BROWN
1430 Truxtun Avenue, #900
Bakersfield, CA 93301
(661) 322-6023
(661) 322-3508 Fax

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

(SPACE BELOW FOR FILING STAMP ONLY)

**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

OCT 0 4 2007

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:06 cr 00426 OWW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| TALAL ALI CHAMMOUT, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES HEREIN:

**NOTICE IS HEREBY GIVEN** that Clifford & Brown, and Stephen T. Clifford and Timothy M. Osborn of Clifford & Brown, have associated with Roger T. Nuttall of Nuttall & Coleman as attorneys for defendant, TALAL CHAMMOUT herein.  Clifford & Brown, Mr. Clifford and Mr. Osborn are associating with Mr. Nuttall as counsel in this matter for the sole purpose of pursuing a writ of habeas corpus ad testificandum on behalf of Mr. Chammout to secure Mr. Chammout's

presence as a defendant at trial in the civil action currently pending in the California Superior Court, County of Tulare, entitled Chammout vs. Chammout, case no.: 05-214206. The office address and telephone number of such associated attorneys is:

Stephen T. Clifford
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel:  661.322.6023
Fax:  661.322.3508

Timothy M. Osborn
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel:  661.322.6023
Fax:  661.322.3508

DATED:   October 4, 2007.      CLIFFORD & BROWN

By    /s/ Stephen T. Clifford

STEPHEN T. CLIFFORD
TIMOTHY M. OSBORN
Attorneys for Defendant,
TALAL CHAMMOUT

DATED:   October 4, 2007.      NUTTALL & COLEMAN

By    /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant,
TALAL CHAMMOUT

2