UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. _____ |
| Respondent-Plaintiff, | ) | No. 1:06-CR-00426-001-OWW |
| vs. | ) | |
| TALAL ALI CHAMMOUT, | ) | DECLARATION OF TALAL ALI CHAMMOUT IN SUPPORT OF 28 USC § 2255 MOTION |
| Petitioner-Defendant. | ) | |

I, Talal Ali Chammout, do hereby declare under penalty of perjury and the laws of the United States, that if called to testify in an evidentiary hearing, the following is true and correct:

(1)  I am the petitioner-defendant in the above captioned 28 U.S.C. § 2255 motion, and defendant in Case No. 1:06-CR-00426-001-OWW, in the Eastern District of California (Fresno);

(2)  On or about June 27, 1995, I was convicted in the County of Tulare, California of assault with force likely to produce great bodily injury, in violation of California Penal Code Section 245(a)(1). The Superior Court judge sentenced me to 365 days in the county Jail. The appellate court reversed my conviction, and I was sentenced to a shorter term in the county jail. Later, this conviction was expunged by the same court;

(3)  My attorney, Roger T. Nuttall, told me that this was a felony conviction that properly qualified me as a felon for the purposes of 18 U.S.C. § 922(g);