(4)  Roger T. Nuttall also failed to explain to me that the firearms listed in count one of my indictment must have been shipped and transported in interstate commerce. Instead, at my change of plea hearing Nuttall told me to just agree with all of the questions asked me by the judge;

(5)  Had I known that my prior California conviction did not qualify me as a felon for the purposes of 18 U.S.C. § 922(g), I would not have plead guilty to count one;

(6)  I cannot immediately or otherwise pay a fine of $10,100. Because of these criminal proceedings, I no longer have any money or personal property.

EXECUTED on this _6Th_ day of October, 2008, in the County of Santa Barbara, California.

                              _Talal C Hammout_
                              Talal Ali Chammout
                              Reg. #63245-097
                              Lompoc FCC Medium
                              3901 Klein Blvd.
                              Lompoc, CA  93436

2