SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF TULARE

| | |
|---|---|
| The People of the State of California ) | Visalia, California____ SEPTEMBER 14, 1995 |
|           Plaintiff ) | No.___95-35976____Dept._____5_____ |
| ) | Judge, Hon._____JOHN P. MORAN_____ |
|      vs ) | Clerk_____Margie A. Sadler_____ |
|    TALAL CHAMMOUT ) | Bailiff_____Janet Silva_____ |
|          Defendant ) | Reporter_____. Amber Ford_____ |
| ) | Interpreter_____ |

Nature of Hearing:_____JUDGMENT PROCEEDINGS_____ _/đ29/_

Counsel for the People:    Sharon Henry, Deputy District Attorney

Counsel for the Defendant:    Charles Rothbaum

Defendant ( ) present  ( ) not present  ( ) formal arraignment for judgment waived

Court finds offense to be:

Ct.2-Fel. to wit: Viol. of Penal Code section 245(a)(1)-Assault
Ct.3-Fel. to wit; Viol. of Penal Code section 236-False Imprisonment by Violence
Ct.6-Misd. to wit: Viol. of Penal Code section 242-Battery

ORDER:    Probation ( ) denied  ( ) granted for a period of _____5 Years_____subject to
the following terms and conditions ( ) additional terms and conditions on page two
(Imposition of sentence suspended during this term)

Defendant committed to ( ) State Prison  ( )California Youth Authority;
( ) Tulare County Jail for the term as follows:

365 Days

Remand on October 5, 1995 at 7:00 a.m. at BWDF.

Defendant given credit for ____1__days actual time plus____0_____days conduct
credit for a total of _____1_____days served awaiting sentence.

Defendant shall pay a restitution fine in the sum of $___1,000.00___pursuant
to Government Code §13967 ( ) stayed during term of probation after which time
it shall become permanent.

( )    Defendant advised of ( ) appeal rights; ( ) parole obligation upon release
from  prison; ( ) consequences of violation of probation.

( )    Court finds the defendant ( ) does not have the ability to pay attorney fees;
( ) has the ability to pay attorney fees in the sum of $_____.

( ) Remaining counts dismissed                                                      18
( ) Defendant remanded
( ) Bail Bond ( ) Cash Bail Exonerated         ___continued on page no. 2_____
( ) Defendant released on probation                                        Clerk

cc:da,pd,po,so,c
C-215 page 1 - Revised 07-89

Page No. 2          Case No.___55976____Judgment Proceedings  Date:___SEPTEMBER 14, 1995___

Terms and Conditions of Probation:

(✓) Defendant shall obey all federal, state and local laws.

(✓) Defendant shall report to the Probation Officer of Tulare County as directed and provide whatever information the Probation Officer requests and/or requires.

(✓) Defendant shall reside in the State of California, County of Tulare ( ) or _____unless permission is granted in writing, to reside elsewhere.

(✓) Defendant shall report to the Probation Officer immediately upon release from custody regarding terms and conditions of probation.

(✓) Defendant shall (✓) submit to a search of (✓) person (✓) automobile (✓) residence without a search warrant, by the Probation Officer at any reasonable time during the term of probation ( ) submit to ( ) narcotic ( ) alcohol detection test at the direction of the Probation Officer ( )participate in ( )alcohol ( )narcotic abuse ( )mental health counseling ( ) at his/her own expense at the direction of the Probation Officer.

( ) Defendant shall abstain from the use of ( ) alcohol ( ) any drug or narcotic unless prescribed by licensed physician.

( ) Defendant shall register as a ( ) narcotic offender ( ) sex offender pursuant to law.

( ) Defendant shall seek and maintain employment pursuant to §1203.1 of the Penal Code.

(✓) Defendant shall not possess any firearm or other concealable weapon ~~during the term of probation~~ for ten years pursuant to 12021(c)(1)PC

( ) Defendant shall participate in _____hours volunteer service under the direction of the Probation Officer.

( ) Defendant shall make restitution in the amount of $_500.00_____payable as recommended in the Probation Officer's report.

( ) Defendant shall pay a fine in the amount of $_260.00____plus penalty assessment of $_442.00___payable as directed by the Probation Officer.

FURTHER ORDERS:

( ) Defendant shall pay all or part of the costs associated with being tested, based on the defendant's ability to pay such costs. (These amounts are to be paid to the Probation Officer who is to deposit such amounts with the Tulare County Treasurer.)

( ) Defendant shall pay the laboratory analysis fee in the amount of $_____ payable as directed by the Probation Officer.

( ) Pursuant to §1203.1b P.C. defendant to pay $_330.00____for the cost of preparation of the presentence investigation report, payable to the Probation Officer who shall deposit such amounts as received with the Tulare County Treasurer.

( ) Probation officer be authorized to release information to the victim, in this matter upon request.

( ) The defendant have no further contact with the victim.

Margie Sadler _____
                                                          Clerk

19

C-215 page 2 - Revised 07-89