James Heusdens
LAW OFFICES OF JAMES HEUSDENS
821 West Morton Avenue, Suite B
Porterville, California 93257
Telephone No. (209) 781-0610
Fax No. (209) 781-1647

Attorneys for Defendant
TALAL CHAMMOUT

**FILED
TULARE COUNTY**

**AUG 2 3 1996**

Stephen Konishi, Clerk
By:

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF TULARE

| PEOPLE OF THE STATE OF CALIFORNIA | ) | NO.   95-35976 |
|---|---|---|
| Plaintiff, | ) | ORDER OF MODIFICATION OF SENTENCE |
| v. | ) | |
| TALAL CHAMMOUT, | ) | |
| Defendants. | ) | |

The Court having read and considered the Status Report of Sentinel, a home Monitoring program (Attached as Exhibit A), finds that Mr. Chammout has been an excellent participant in the monitoring program since his enrollment date of November 30, 1995, and as of August 23, 1996, will have served a total of 267 days on the monitor. In consideration thereof and good cause appearing,

IT IS HEREBY ORDERED that Mr. Chammout's original sentence of 365 days is modified to 266 days. Since Mr. Chammout has served 266 days, he is to be released from custody forthwith. All other terms of probation will remain in full force and effect.

Dated: August 2 3, 1996

JOHN P. MORAN, Judge of the Superior Court