SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF TULARE

Visalia, California  JUNE 27, 1995

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | No. 95-35976          Dept. No. 5 |
| Plaintiff | Judge, Hon.          JOHN P. MORAN |
| vs | Clerk          Margie A. Sadler |
| TALAL CHAMMOUT | Reporter          Amber Ford |
| Defendant | Bailiff          Al Brady |

NATURE OF HEARING     (✓) PRETRIAL          ( ) CHANGE OF PLEA          ( )12101 ( )12100

Attorney for People:          David Wooten, Deputy District Attorney

Attorney for Defendant:       Charles Rothbaum

Defendant: (✓) Present  ( ) Not Present          Interpreter_____

( ) Continued to_____          ( ) Trial date confirmed_____

Plea agreement: Ct.'s 4 & 5 to be dismissed at Judgment Proceedings.  All Special Allegations to be dismissed at Judgment Proceedings.

(✓) Indicated sentence Felony Probation. Serve up to 365 days in-custody.

(✓) Defendant advised and understands the maximum penalties, consequences of his plea, the possible defenses (✓) consequences of violation of probation ( ) possible deportation if not a citizen of the United States ( ) driver's license will be suspended.

(✓) Court inquired and finds that no drugs or alcohol have been used within twenty-four hours and there have been no threats or promises made.

(✓) Defendant advised by the court of the right to a trial, the right of silence, the right to confront and cross-examine witnesses and the right to subpena witnesses in his behalf; defendant waived each of these rights.

(✓) Stipulation as to the factual basis for the plea.

(✓) The court finds a ( ) written (✓) oral knowing, intelligent, voluntary, understanding and explicit waiver of constitutional rights and a factual basis for the plea.

(✓) Nature of the charges stated by the court.

(✓) Defendant withdraws NOT GUILTY plea and enters a plea of ( ) GUILTY (✓) NOLO CONTENDERE to the charge of Ct.2-245(a)(1)PC-ASSAULT

( ) pursuant to People v. West          ( ) with Harvey Waiver

~~URDEX     ( ) Matter is referred to the probation officer for report and recommendation.~~

(✓) Judgment proceedings (✓) Motion to dismiss remaining counts set for July 18, 1995 at 8:30 a.m. in Department 5

(✓) Trial date of August 14, 1995 is vacated.

14

Defendant status:
( ) Remanded  (✓) Bail  ( ) OR

SC278(Rev. 1992)                                        Clerk

TO:    THE TULARE COUNTY PROBATION DEPARTMENT

FROM:   (Specify Court) Superior    Judge Moran

CASE NUMBER: 35976

DEFENDANT: Talal Chammout    DEFENDANT STATUS:

D.O.B.    1-1-59    ( ) Custody (✓) Bail  ( ) O.R.

COUNSEL Charles Rothbaum    Lower Court:_____

( ) Interpreter Needed (Language)_____

REFERRAL FOR:

(✓) Standard Presentence Investigation    ( ) Release on OR and/or Bail Reduction
( ) Brief Report    Present Bail_____
( ) C.D. Format Report    ( ) Other_____
( ) Report Following Vio. of Probation    _____
(✓) Conviction  CTS. 3+6  ( ) Plea of Guilty  (✓) Plea of Nolo Contendere (CT.2)  ( ) Peo. v. West
( ) Admission of Violation of Probation

List Count or case number, felony/misd., offense:

Felony CT. 2 - 245 (a)(1) PC

Felony CT. 3 - 236 PC

Misd CT. 6 - 242 PC

Date of Offense: 10/18/95

Indicated Sentence: Felony Probation. Serve up to 365 Days JC

Next Hearing Date: 7/18/95  Time: 8:30 Department 5

Dated: 6/27/95

Margi Sadlin
                                    Clerk

LC-44 (2-91)