2790134b

# SUBSEQUENT ACTION DISPOSITION INFORMATION

## A. LAW ENFORCEMENT INFORMATION

NAME (LAST, FIRST, MIDDLE): Chammout Talal

FP CARD/CCA NO.: 
CII NO.: 

SEX: M  RACE: I  HGT: 5-11  DOB: 4-59  AGE: 35

ARRESTING AGENCY: TCSO

BOOKING/CITE NO.: 181697
FBI NO.: 

ARREST DATE: 10-19-94

BOOKING AGENCY: 

CRIME REPORT NO.: 94-16075
S.S. NO.: 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

CHARGE 1 (SECTION, CODE): 242 PC  TYPE: M _ F X
CHARGE 2 (SECTION, CODE): 245 PC  TYPE: M _ F X

IN-COUNTY WARR. NO.: 
D.L. NO.: C7122252

CHARGE 3 (SECTION, CODE): 207 PC  TYPE: M _ F X
CHARGE 4 (SECTION, CODE):  TYPE: M _ F _

REMARKS: 

### PLACE AN "X" IN THE APPROPRIATE BOXES IN SECTIONS B AND C. WHEN COURT ACTION/ SENTENCING OCCURS, COMPLETE THE APPROPRIATE INFORMATION IN SECTIONS C AND D.

## B. PROSECUTION INFORMATION

REOPEN FROM PROSECUTOR PREFILING DEFERRAL  DATE: 

☐ SUCCESSFUL Case Not Filed    ☐ UNSUCCESSFUL Case Filed

## C. SUBSEQUENT ACTION COURT INFORMATION

ORIGINAL L.C. JUD. DIST. NO.: 
ORIGINAL FILE NO.: 

ORIGINAL S.C. JUD. DIST. NO.: 54100
ORIGINAL FILE NO.: 35976

**REOPEN AFTER PROCEEDINGS SUSPENDED** — DATE:
- ☐ LC/SC BENCH WARRANT ISSUED
- ☐ LC/SC 1368/1370 PC - FOUND MENT. INCOMP. - COMM.
- ☐ LC/SC 3050 WI - NARCOTIC COMMITMENT
- ☐ SC 3051 WI - NARCOTIC COMMITMENT

DIVERSION
- ☐ SUCCESSFUL - Terminated and Dismissed
- ☐ UNSUCCESSFUL - Criminal Proceedings Reinstated

**PROBATION CHANGE** — DATE:
- ☐ PROBATION REVOKED
- ☐ PROBATION REINSTATED
- ☐ PROBATION MODIFIED
- ☐ PROBATION TERMINATED/1203.3 PC
- ☐ PROBATION TRANSFERRED/1203.9 PC (SPECIFY)  COUNTY _____ COURT CASE NO. _____

**SENTENCE CHANGE** — DATE:
- ☐ SENTENCE VACATED
- ☐ SENTENCE MODIFIED
- ☐ CYA VACATED/REJECTED
- ☐ APPEAL - JUDGEMENT REVERSED
- ☐ 1170 PC - SENTENCE MODIFIED

### LOWER COURT

TYPE OF TRIAL: ☐ COURT  ☐ JURY

| CHRG | FILE LEVEL I | M | F | FIRST PLEA NG | NG-I | FINAL PLEA G | NOLO | CONV | DISM | CERT JUV | ACQ | DISPO DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION/CODE/LITERAL | DISPO LEVEL I | M | F | HTA/CERT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |

### SUPERIOR COURT

TYPE OF FILING: ☒ INFORMATION  ☐ CERTIFICATION  ☐ INDICTMENT
TYPE OF TRIAL: ☐ COURT  ☐ JURY  ☐ TRANS

| CHRG | FILE LEVEL M | F | FIRST PLEA NG | NG-I | FINAL PLEA G | NOLO | CONV | DISM | CERT JUV | ACQ | DISPO DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION/CODE/LITERAL | DISPO LEVEL I | M | F | 17 PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | X | X | | | | | | | | 6-22-45 | 245(a)(2) PC | | | X | |
| 2 | | X | X | | X | | | | | | 6-27-95 | 245(a)(1) PC | | | X | |
| 3 | | X | X | | | | | X | | | 3-10-97 | 236 PC | | | X | |
| 4 | | X | X | | | | | X | | | 9-14-95 | 207(a) PC | | | X | |

## D. SUBSEQUENT ACTION SENTENCE INFORMATION

DATE OF SENTENCE: 

| CHRG | 17 PC X | ISS X | PROB MOS. | JAIL DAYS | DAYS SUS | FINE X | SUS | RSTN X | JAIL OR FINE DAYS | PAID | COMM | SUS | CONC X | CONS X | VOL WRK X | COSTS X | CYA X | TOTAL FIXED TERM (ALL COUNTS) YEARS | MONTHS | STAYED INFORMATION (SPECIFY COUNTS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | ☐ CONC ☐ CONS |
| 4 | | | | | | | | | | | | | | | | | | ☐ SUSPENDED | | W/CASE NO. |

REMARKS: Defendant is advised that, pursuant to Section 12021 of the Penal Code, possession of a firearm by a felon is a felony. Defendant may never again posses a firearm of any kind.

## E. SET ASIDE/ DISMISSED/ SEALED

CONVICTION SET ASIDE/DISMISSED[1]  DATE: 1-19-99

☐ 17 PC - REDUCED
☐ 1203.4A PC (NO PROBATION)
☒ 1203.4 PC (PROBATION)
☐ 1772 WI
☐ 3200 WI

RECORD SEALED[2]  DATE: 

☐ 851.7 PC - SEAL
☐ 851.85 PC - SEAL
☐ 781 WI - JUVENILE SEAL
☐ 851.8 PC - SEAL/DESTROY
☐ 1203.45 PC - MISD SEAL
☐ 389 WI - JUVENILE SEAL

[1] Use 1203.4 PC only when final sentence included probation; 1203.4A PC when no probation granted.
[2] A certified copy of the court order must be attached to each JUS 8715A when a sealing order is issued.

MS 1-22-99

*JUS 8715A: Subsequent Action Disposition Information*
COPIES: DOJ-Orange; COURT-reproduce copy for court files