**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**USCA NUMBER: _____**
USCA, please fill in your case number on the
copy provided and <u>return</u> to the US District
Court.

**TO:**          **CLERK, U.S. COURT OF APPEALS**

**FROM:**      **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**    **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

USDC Number:                **1:06–CR–00426–OWW**

USDC Judge:                 **JUDGE OLIVER W. WANGER**

USCA Number:                **NEW APPEAL**

Complete Case Title:        **USA vs. TALAL ALI CHAMMOUT**

Type:                       **CRIMINAL**

Complaint Filed:            **10/10/2008**

Appealed Order/Judgment Filed:    **6/9/2009**

Court Reporter Information:  **None, No Hearings Held re 28 U.S.C.§ 2255 Motion**

<u>FEE INFORMATION</u>

**Fee Status: Not Paid – Billed**

Information prepared by: /s/  **S. Arellano , Deputy Clerk**