# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

USA,

      Plaintiff

   v.                                **CASE NO. 1:06−CR−00426−OWW**

**TALAL ALI CHAMMOUT ,**

      Defendant

    You are hereby notified that a Notice of Appeal was filed on **July 09, 2009** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 22, 2009

### VICTORIA C. MINOR
### CLERK OF COURT

**by:** /s/ S. Arellano

Deputy Clerk