**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

**Victoria C. Minor**
Clerk of Court

**BILL FOR FEES DUE**

**To:   Talal Ali Chammout**

**RE:   USA vs. TALAL ALI CHAMMOUT**

  **USDC:**   **1:06−CR−00426−OWW**

A Notice of Appeal has been filed in the above−referenced case without the appropriate

fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

       **VICTORIA C. MINOR
       CLERK OF COURT**

  By:  /s/  **S. Arellano**

      Deputy Clerk