**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

| | |
|---|---|
| **USA,** | **USDC No.:**  1:06−CR−00426−OWW |
| Plaintiff | **USCA No.:** |
| v. | **HEARING DATES:** |
| | N/A |
| **TALAL ALI CHAMMOUT ,** | |
| Defendant | |

### CERTIFICATE OF RECORD

You are hereby notified that the record on appeal in the above entitled case, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purpose of the appeal.  This record is currently available in the office of the U.S. District Court Clerk.  It will be transmitted to the Ninth Circuit upon the direction of the Clerk of the Court of Appeals.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure.

July 22, 2009

**VICTORIA C. MINOR**
**CLERK OF COURT**

**by:**  /s/  S. Arellano

Deputy Clerk

CC:     All Counsel
         Court Reporters