PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:   1:06CR00426-01 -LJO** |
| | ) | |
| **Talai Ali Chammount** | ) | |
| | ) | |

On October 10, 2007, the above-named was placed on Supervised Release for a period of 3 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Christopher D. Baker, Assistant United Stated Attorney was consulted and has no objection to early termination on this case.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,
/s/ Leighann L. Milford
**Leighann L. Milford**
**Senior U.S. Probation Officer**

Dated:    February 7, 2014
          Fresno, California
          llm

/s/ Tim D. Mechem

**REVIEWED BY:**    **Tim D. Mechem**
                   **Supervising U.S., Probation Officer**

1

Rev. 05/2013
EARLY TERMINATION ~ ORDER (PROB35).DOTX

PROB 35 (ED/CA)

**Re:     Talai Ali Chammount**
**         Docket No:     1:06CR00426-01**
**         Report and Order Terminating Supervised Release**
**         <u>Prior to Original Expiration Date</u>**

# ORDER OF COURT

Pursuant to the above report, it is ordered that Talai Ali Chammount be discharged from Supervised Release, and that the proceedings in the case be terminated.

cc:     AUSA – Christopher D. Baker
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office
IT IS SO ORDERED.

Dated:     **February 10, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2