PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:   1:06CR00426-01 -LJO** |
| | ) | |
| **Talal Ali Chammout** | ) | |
| | ) | |

On October 10, 2007, the above-named was placed on Supervised Release for a period of 3 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Christopher D. Baker, Assistant United Stated Attorney was consulted and has no objection to early termination on this case.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,
/s/ Leighann L. Milford
**Leighann L. Milford**
**Senior U.S. Probation Officer**

Dated:      February 7, 2014
             Fresno, California
             llm

/s/ Tim D. Mechem

**REVIEWED BY:**      **Tim D. Mechem**
                    **Supervising U.S., Probation Officer**

1

PROB 35 (ED/CA)

**Re:**   **Talal Ali Chammout**
        **Docket No:   1:06CR00426-01**
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

# ORDER OF COURT

Pursuant to the above report, it is ordered that Talal Ali Chammout be discharged from Supervised Release, and that the proceedings in the case be terminated.

cc:     AUSA – Christopher D. Baker
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office
IT IS SO ORDERED.


   Dated:     **February 18, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2