| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | FOR COURT USE ONLY |
|---|---|---|

**TRANSCRIPT ORDER**

DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME CURT DEVINE | 2. EMAIL curt.devine@turner.com | 3. PHONE NUMBER 678-576-6976 | 4. DATE 5/29/18 |
|---|---|---|---|

| 5. MAILING ADDRESS 820 First St NE, 9th Floor | 6. CITY Washington | 7. STATE DC | 8. ZIP CODE 20002 |
|---|---|---|---|

| 9. CASE NUMBER 06-CR-426-LJO | 10. JUDGE Wanger | DATES OF PROCEEDINGS |
|---|---|---|

| | | 11. FROM 10-10-07 | 12. TO 10-10-07 |
|---|---|---|---|

| 13. CASE NAME US v Talal Ali Chammout | LOCATION OF PROCEEDINGS |
|---|---|

| | 14. CITY Fresno | 15. STATE CA |
|---|---|---|

**16. ORDER FOR**

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☒ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Sentencing | 10-10-07 | K. Hooven |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

| 18. ORDER | | | | (Grey Area for Court Reporter Use) | |
|---|---|---|---|---|---|
| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| ORDINARY | ☒ | ☐ | NO. OF COPIES | 53 | $1.20 per page |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☑ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 67.20 |
|---|---|---|

| 19. SIGNATURE | PROCESSED BY |
|---|---|

| 20. DATE 5/29/18 | PHONE NUMBER |
|---|---|

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |